**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA - ORLANDO DIVISION**

PAMELA POWELL, Indv. and on behalf of
G.B.J.H, her minor child

CIVIL CASE NO. 6: 17- CV-528 -ORL-18-GJK

In *Propria Persona*

, JUDGE

**COMPLAINT**

**AND DEMAND FOR JURY**

Vs

C. DAVID BROWN, II, Indv.; WANDA LEIGH BROWN,
Indv.; C. DAVID BROWN, II, P.A. as partner of BROAD
AND CASSEL, P.A.; ROBERT FRANKLIN MALLETT,
Indv; ROBERT F. MALLETT, L.L.C. as partner of
BROAD AND CASSEL, P.A., ISAOA; DOUGLAS E.
STARCHER, Indv.; DOUGLAS E. STARCHER, P.A. as
partner of BROAD AND CASSEL, P.A., ISAOA; BROAD
AND CASSEL, P.A.; J. GARY MILLER (NKA JAMES
G. MILLER AKA JAMES GARY MILLER, JR,) Indv. and
as partner of former MILLER, SOUTH AND
MILHAUSEN, P.A., nka SOUTH MILHAUSEN, P.A.;
MILLER JOHNSON LAW, P.L.; JEFFREY P.
MILHAUSEN, Indv. and as partner of former MILLER,
SOUTH AND MILHAUSEN, P.A. nka SOUTH
MILHAUSEN, P.A.; ANGELA D. SHAW, indv. and as
former partner of MILLER, SOUTH AND MILHAUSEN,
P.A. nka SOUTH MILHAUSEN. P.A., as a former
Associate Lawyer of BROAD AND CASSEL, P.A. and
currently as Of Counsel for BROAD AND CASSEL, P.A.;
MORRIS E. OSBORN; STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION; ORLANDO-
ORANGE COUNTY EXPRESSWAY AUTHORITY,

1

ORANGE COUNTY EXPRESSWAY AUTHORITY,
ISAOA; IRA WILLIAM 'BILL' MCCOLLUM, JR. aka
BILL McCOLLUM, Indv.; SCOTT MAXWELL;
ORLANDO SENTINEL COMMUNICATIONS
COMPANY, LLC as successor to ORLANDO SENTINEL
COMMUNICATIONS COMPANY; A. H. BELO
CORPORATION dba DALLAS MORNING NEWS;
JOHN ELLIS BUSH aka 'JEB' BUSH; GEORGE
WALKER BUSH; WILLIAM JEFFERSON CLINTON
aka BILL CLINTON fka WILLIAM JEFFERSON
BLYTHE, III; GEORGE H. W. BUSH; SHUTTS AND
BOWEN aka SHUTTS AND BOWEN LLP; KURT
O'BRIEN; GENERAL ELECTRIC COMPANY, GE
REAL ESTATE CORP and GE REAL ESTATE dba OB
COMPANIES; SIMPLY SELF STORAGE, LLC dba OB
COMPANIES; OB COMPANIES, LLC; OB
DEVELOPMENT CO., LLC, ISAOA; OB
MANAGEMENT SERVICES, INC., ISAOA;  O.B.
MANAGEMENT SERVICES, INC.; GENERAL
ELECTRIC COMPANY; GE REAL ESTATE as
subsidiary of  GENERAL ELECTRIC COMPANY;
GENERAL ELECTRIC CAPITAL REAL ESTATE, as
subsidiary of GENERAL ELECTRIC COMPANY;
BROOKFIELD ASSET MANAGEMENT through
BROOKFIELD STRATEGIC REAL ESTATE
PARTNERS II FUND as a successor of  SIMPLY SELF
STORAGE ACQUISITIONS, LLC; KURT O'BRIEN,
Indv. and as partner/manager of O.B. COMPANIES and/or
SIMPLY SELF STORAGE; JESSICA M. WOLF
O'BRIEN, Indv; KYLE ALLEN SCHMUTZLER; JASON
JACOBSON; DEBRA A. HANLEY; O.B. COMPANIES
and/or SIMPLY SELF STORAGE, operating under a
fictitious entity and ISAOA; O.B. MANAGEMENT
SERVICES, INC., operating under a fictitious entities,
ISAOA; O.B. DEVELOPMENT SERVICES, INC.,
operating under a fictitious entity, ISAOA, and equity
owners, Indv; O.B. DEVELOPMENT COMPANY, LLC,
an Indiana corporation, operating under fictitious entities
registered as foreign entities in Florida, ISAOA, and equity
owners, Indv.; SIMPLY STORAGE DEVELOPMENT,

INC.; SIMPLY STORAGE MANAGEMENT, LLC,
ISAOA, GE CAPITAL, AKERMAN, SENTERFITT &
EIDSON, P.A., ISAOA, fka AKERMAN SENTERFITT
nka AKERMAN LLP, ISAOA, LIBERTY UNIVERSITY,
INC. AND ANY EQUITY OWNERS; JERRY FALWELL,
JR., ROBERT MULLEN, SHENANDOAH BAPTIST
CHURCH; VALUEVISION MEDIA, INC. fka
SHOPNBC, fka SHOPHQ, nka EVINE LIVE, EVINE;
EVINE II; EVINE Live, Inc. dba EVINE LIVE, EVINE
LIVE II and EVINE; COMCAST CORPORATION fka
COMCAST HOLDINGS; CLINTON GROUP, INC.;
CLINTON RELATIONAL OPPORTUNITY MASTER
FUND, L.P.; CANNELL CAPITAL LLC; VALUEVISION
MEDIA, INC.; VALUEVISION RETAIL, INC.;
VALUEVISION INTERACTIVE, INC.; VALUEVISION
MEDIA ACQUISITIONS, INC.; VALUEVISION
INTERNATIONAL, INC.; VALUE VISION
INTERNATIONAL, INC.; MARK C. BOZEK; RUSSELL
NUCE; ROBERT 'BOB' ROSENBLATT; LANDEL
CLAY HOBBS; STACEY R. TRUSSONI; TRACY
MARIE RAICHE ROTHSTEIN; MERSIHA
DEMIROVIC; WAYNE HENRY; CENTURYLINK, INC.
fdba CENTURY TEL; ASF RADIO, L.P., as successor of
GE CAPITAL EQUITY INVESTMENTS, INC.,
GENERAL ELECTRIC COMPANY, and GENERAL
ELECTRIC CAPITAL CORPORATION;
NBCUNIVERSAL MEDIA, LLC, successor of NBC
UNIVERSAL, INC.; NBC UNIVERSAL; PRESCOTT
GROUP CAPITAL MANAGEMENT L.L.C.; PATRICIA
SHUSTER as a non-probated heir of JOSEPH M.
SHUSTER, SIRI ANN SHUSTER LEHMANN; THOMAS
E. LEHMANN; ESTATE OF JOSEPH M. SHUSTER;
PETER WALLACE SHUSTER; SUSAN SHUSTER
KING; LAEL KING; ELECTRONIC CONTROLLED
SYSTEMS, INC. dba KING CONTROLS dba KING;
LAURA KELLY, Indv., EXECUTIVE DIRECTOR OF
CFX fka CENTRAL FLORIDA EXPRESSWAY
AUTHORITY as successor of ORLANDO-ORANGE
COUNTY EXPRESSWAY AUTHORITY; RICHARD
LYNN 'RICK' SCOTT, Indv.; and ROBERT LEE. DIETZ,

Indv., LAURA DIETZ, Indv., ZIMMERMAN, KISER &
SUTCLIFFE, P.A., ISAOA

## VERIFIED COMPLAINT

### JURISDICTIONS

This civil action seeks remedies under Title VII of the Civil Rights Act of 1964, 42
U.S.C. §§ 2000e, as amended, relating to several former employers and agents violating
protections based on race, color, religion, sex and/or national origin.  Plaintiffs seek relief under
the 'Florida Whistle-blower's Act' Florida Statute, Sections 112.3187 and 112.31895, et seq.
Plaintiffs also seek remedies under, *inter alia,* Racketeer Influenced Corrupt Organizations Act
("RICO") remedies authorized by the federal statutes at Section 901(a) of the Organized Crime
Control Act of 1970 (Pub.L. 91–452, 84 Stat. 922, enacted October 15, 1970), codified at 18
U.S.C. ch. 96 as 18 U.S.C. §§ 1961–1968, and 18 U.S.C. §§ 1964(a) and (c), *et seq.*; for
declaratory and injunctive relief; for actual, consequential and exemplary damages; and for all
other relief which this honorable court deems just and proper which have occasioned this initial
VERIFIED COMPLAINT.  Insofar as it is deemed just and proper, Plaintiffs seek a Declaratory
Judgment waiving or extending any statute of limitations which normally would apply to a time
after the filing of this case and all related cases.  Plaintiffs seek a Declaratory Judgment any,
otherwise required, prior noticing to government agencies and/or defendants are waived for just
cause due to the necessity of protecting Plaintiffs and to preserve their rights of access to
exercise their constitutional rights to this and related court proceedings due to repeated threats
against their lives and that said formalized noticing would have increased perils during the
interim of giving prior notices (beginning a bar period while prohibiting the filing of any related

4

civil action until the period expired) and there be liabilities for repeated threats relating to this agenda. Plaintiff anticipates filing related cases in this jurisdiction to organize the actions in relative segments which will benefit the court administration while actions are viewed as related to a continuation of activities by employers, former employers, agents, and individuals who have conducted themselves outside the scope of their employment and have created illegal exposures to themselves as non-agents of employers and/or as spouses who have been directly involved in illegal activities and/or who share in asset management and protection strategies with other Defendants regarding also organizing financial assets to impair Plaintiffs' abilities to be justly compensated for their actions through any type of civil and/or any criminal victim's relief judgment.

Plaintiffs seek remedies allowed through the Federal Violence Against Women Act of 1994 (VAWA) which allows Federal civil law suits in cases of gender-based violence. The organized criminal conduct by some employers and agents are in support of what is termed a primarily as program and is diametrically opposed to women's rights. Plaintiffs relief under a broader definition of the VAWA to include violence through terrorism, threats, short-term and long-term emotion harm, especially relating to minor children who are female. In fact, 'criminal intent' has been exemplified to create such harm despite no criminal prosecutions have occurred to date. The RICO movement organizes itself to use less invasive, carefully strategized methods for deaths intending to protect it from criminal penalties. Plaintiffs seek recognition that its careful, shameless, repetitive activities are far more insidious and harmful than 'crimes of passion' for which people are punished and that these types of unprosecuted activities should bear risk to civil penalties for their victims. Plaintiff Powell seeks multiple damages relating to events and failed attempted events which defined Plaintiff G.B.J.H.'s perception of civil rights

which have not been protected which perverted or annihilated her innocence at an early age while creating a general sense of insecurity due to Plaintiff Powell's inability to provide a stable and secure lifestyle for her.

The primary cause of this action is a widespread criminal *enterprise* engaged in a *pattern of racketeering activity* across State lines and a conspiracy to engage in *racketeering activity* involving numerous RICO predicate acts during the past ten (10) calendar years. The predicate acts alleged herein involve criminal tampering, obstruction, intimidation and terroristic acts as retaliation against a qualified Federal Witness, relating to eminent domain, public transportation, fraud, obstruction of justice, obstruction despite the government protecting the criminals and not the victims and tampering of criminal investigations, and obstruction of State and local law enforcement. See 18 U.S.C. §§ 2319, 2320, 1512, 1513, 2315, 1503, 1510, 1511 and 1581-1588 respectively.

RICO predicate actions are part of an overall conspiracy and pattern of racketeering activities despite appearing to be isolated events. See 18 U.S.C. §§ 1341 and 1344, respectively.

One of the primary objectives of the racketeering enterprising has been to first inflict severe and sustained economic hardship upon Plaintiff and her minor child, G.B.J.H, with the intent of impairing, obstructing, discourage and/or prevent Plaintiff from being self-sufficient, to prevent an ability to support said minor child without the interference of the government authorities interfering with continued custody, or assist with investigating and conducting judicial activism against retaliatory individuals and to further retaliate against Plaintiff through her and her minor child being harmed by the organization by posturing threats and attempting to create extreme emotional and/or physical harm to both Plaintiffs.

6

Another primary objective of the racketeering enterprising is to deny non-racketeering individuals their rights of access to protections afforded by the U. S. Constitution, as amended, including the right to a) own property, including the ancillary real estate rights, fruits of land and waters, minerals, oil and gas through eminent domain laws, b) have equal access to due process rights in courts (which was impaired through loss of income creating an inability to retain a lawyer/law firm to represent Plaintiffs during a period while statutes of limitations were running), c) have equal access to a legal forum for defenses and protections of perceived wrongs in lieu of retaliations through organized criminal actions of intimidation and retaliation, c) advocate and protect rights to participate in a fair democracy within any non-racketeering environment d) pursue Life, Liberty and Happiness and enjoy an expression of human rights to do more than survive organized, criminal actions against them without waiting to repeatedly defend themselves from the next assault planned against their persons, tangible and intangible properties and assets (including past/present employment abilities); e) free speech including through the press; f) be secure in homes and outside homes while their voices, images, and other affects are free from surveillance (Plaintiffs deem this acts as unannounced, unreasonable, searches to aid in illegal seizure attempts); g) be protected from unlawful intrusions into their private affairs (while not providing prior notice within an approved legal forum which is designed to enforce rights contained in U. S. Constitution and Amendments to protect Plaintiffs' private reputations and information, h) be legally protected from false, libelous, slanderous and defamatory statements made relative to employment retaliations and to cultivate organized retaliatory acts against Plaintiff Powell directly and Plaintiff Doe indirectly; i)  enjoy legal protections to have Plaintiff Powell's reputations conveyed for personal and/or business financial and/or opportunistic gains; j) enjoy freedom of expressions of religious rights at and/or despite

the workplaces; k) enjoy and envision self-sufficiency through academic and career recognitions and future prosperities during expressions of religious rights at a national or local public education venue; and l) equal protection of race and color, generally, in the workplace as well as at a national or local public education venue; and m) enjoy private, educational, and employment relationships without fear of methods of harm of Plaintiffs or their affiliates; k) be legally protected from terroristic activities as a result of being a whistler-blower and <u>being a targeted minor child of a whistler-blower due to retaliations.</u>

Relief is further sought under Sherman Antitrust Act, (Sherman Act, July 2, 1890, Ch. 647, 26 Stat. 209, 15 U.S.C. 1-7) implemented to limit cartels and monopolies.  Furthermore, relief is sought under the Security Act of 1933 ("Securities Act"), Sections 11 and 15 (and any state Blue Sky Laws); Sections 10(b) 16 and 20(a) of the Exchange Act, (15 U.S.C. §78j(b) and 78t(a)), and Rule 10b-5 17 promulgated thereunder (17 C.F.R. §240.10b-5), and pursuant to Sections 11 and 18, 19, 15 of the Securities Act, 15 U.S.C. §§ 77k and 77(o).  Relief is further sought under 21 to 28 U.S.C. §§ 1331 and 1337 and Section 27 of the Exchange Act, 15 U.S.C. § 78aa, and Section 22 of the Securities Act, 15 U.S.C. §77v.

## JURISDICTION

Plaintiffs bring this complaint under federal diversity jurisdiction, 28 U.S.C. § 1332, as the parties are diverse in citizenship and the amount of controversy exceeds $75,000.  At the time of core, genetic events, Plaintiffs and several defendants were citizens of this jurisdiction as businesses registered to do in-state and inter-state business with the Florida Secretary of State as well as their states of origins.   Additionally, pursuant to 28 U.S.C. §1331, this court has original jurisdiction due to claims arising under Article III of the Constitution regarding a federal

question involving the First Amendment Freedom of Speech; Fourth Amendment Right to
Privacy; Civil Rights Act of 1964 (18 U.S.C. § 1964, et seq.), regarding religion, color and race
under Title VII; and Racketeer Influenced Corrupt Organizations Act ("RICO") at Section 901(a)
of the Organized Crime Control Act of 1970 (Pub.L. 91–452, 84 Stat. 922, enacted October 15,
1970), codified at 18 U.S.C. ch. 96 as 18 U.S.C. §§ 1961–1968, and 18 U.S.C. §§ 1964(a) and
(c), *et seq,* and 42 U.S.C. § 1985(3).  Jurisdiction is also gained through protections under 28
U.S.C. § 1350, Alien Tort Claim Act.  "The district courts shall have original jurisdiction of any
civil action by an alien for a tort only, committed in violation of the law of nations or a treaty of
the United States." regarding conspiracies to kidnap, torture and/or murder Plaintiff G.B.J.H and,
later, Plaintiff mother and/or others relating to Plaintiffs in Florida, Virginia, and Minnesota,
USA on behalf of alien government(s) and with regard Canadian, Bahamian, Cuban, German and
Mexican Defendants (now or declared later) and non-citizens or purporting to be legally non-
recognized 'dual-citizens' as natural-born USA citizens cited herein plus as it may relate to those
alleging Israeli citizenship as Americans.  Any federal civil remedies relating to the Adam Walsh
Child Protection Safety Act of 2006, et seq. regarding abductions and/or attempted organized
abductions of a minor child and kidnapping pursuant to 18 U.S.C. § 1204, et seq.  Supplemental
jurisdiction is asserted under 28 U.S.C. § 1367 ["The district courts shall have supplemental
jurisdiction over all other claims that are so related to claims in the action within action within
such original jurisdiction that they form part of the same case or controversy under Article III of
the U. S. Constitution."] which applies to subject matter and events relating to Florida,
Connecticut, Kentucky, Massachusetts, Minnesota, New York and Virginia, residents and/or
businesses, alien residents and/or businesses and/or government agencies relating to core events
arising in Florida within this district.  Indirectly, this action affects indirectly a Canadian/United

Kingdom, Bahamian, and French business entities while doing business in the United States of America including Florida.  At various times and places, all Defendants did acquire and/or maintain, directly or indirectly, an interest in or control of a RICO *enterprise* of individuals who were/are associated in fact and who did engage in and whose activities did affect, interstate and foreign commerce, all in violation of 18 U.S.C. §§ 1961(4), (5), (9), and 1962(b).  During more than ten (10) calendar prior years to date, all Defendants did cooperate jointly and severally in the commission of two (2) or more of the RICO predicate acts that are itemized in the RICO laws at 18 U.S.C. §§ 1961(1)(A) and (B), and did so in violation of the RICO law at 18 U.S.C. 1962(b) (Prohibited activities).  Plaintiff further alleges that all Defendants did commit two (2) or more of the offenses itemized above in a manner which they calculated and premeditated intentionally to threaten continuity, *i.e.* a continuing threat of their respective *racketeering activities*, also in violation of the RICO law at 18 U.S.C. 1962(b).

The original Statutes at Large relate that RICO laws itemized above are to be liberally construed by this Court.  Said construction rule was never codified in Title 18 of the United States Code, however.  See 84 Stat. 947, Sec. 904, Oct. 15, 1970.  The *respondeat superior* principal is applicable for agents' misconduct: knowledge of, participation in, and benefit from a RICO enterprise); plus, individual liability should be liberally applied.  Civil remedies resulting from Whistleblower Protection Act of 1989, et seq. also apply liberally (This Act is for government employees which may also apply due to government contracts and agents involved via law firms representing government entities and politicians acting during their governmental official capacities and/or the lack of expiration of government positions in written and/or by oral statements/vows, such as 'President', 'Representative', 'Senator', and 'Governor' without meeting the same authentications as their commissioning acts which actually dismisses as

10

evidenced by their addressing themselves with the same titles and official capacities).  Federal

grants and insured student loans are also involved in this case with Liberty University having

almost 95,000 online students of its reported 110,000 total 2016-2017 student body currently

assessed at approximately $22,000 annual tuition per student which qualifies them primarily as a

government agent administering substantial federal funding and obligated to federal standards of

operations.   As to whistle-blower compensations for reporting fraud involving government, tax-

paid funds, there is a requirement that the disclosures be kept under seal with the court, the

informant remain confidential, and the informant not having any protection, whatsoever, with

regard to said disclosures while the government allegedly works on the case or cases.  Powell

believes said secrecy is to allow retaliations by those committing the illegal activities without

any overt third-party discussions or lawsuits which Powell asserts said laws protect the criminals

to the potentially fatal detriment of the informant.  Therefore, Powell seeks compensations from

the government as a whistle-blower without the confidential secrecy due to it being counter-

productive to the process of ultimately compensating the whistle-blower who may not live

without breaching the code of secrecy.  Even without the shroud of secrecy, a prior noticing

period given to the State of Florida gives rise to opportunities to retaliate before informants can

materialize seeking relief in courts and for the state to continue with the fraud without

interruption.

Civil remedies resulting from 42 U.S.C. § 1983, et seq., regarding deprivation of rights,

privileges, or immunities secured by the Constitution and laws and that Defendants shall be

liable to Plaintiffs injured, including through redress and injunctions.

11

Relief is also sought under Section 806 of the Sarbanes-Oxley Act, 18 U.S.C. § 1514A, forbids a publicly traded companies from retaliating against its employees as to publicly traded defendants, especially , *inter alia*, EVINE Live, Inc.

## VENUE

Proper venue is established through slanderous, libelous, and defamatory statements occurring in Orlando, Florida and all subsequent retaliatory, threatening, harmful, and terroristic actions occurring regarding post-employment events with Defendants which transcends from Orlando, Florida to/from other states, i.e. Indiana, Virginia, Minnesota, Connecticut, New York, and Massachusetts.

## STATEMENT OF FACTS

1.     Plaintiff PAMELA POWELL ("POWELL") appears individually (fka Pamela Short, Maiden) and on behalf of her minor daughter, Plaintiff G.B.J.H, ("PLAINTIFF G.B.J.H") who are domiciled in Minnesota;

2.     Defendant C. DAVID BROWN, II, Esq.'s residence is 5284 Islesworth Country Club Drive, Windermere, Florida 34786;

3.     C. DAVID BROWN, P.A was and/or is associated with Broad and Cassel, P.A. as Partner, Chief Financial Officer, President and Director of Broad and Cassel, P.A, (and spouse of Donna Leigh Brown, Esq.) whose principal place of business is 390 North Orange Ave., #1100, Orlando, Florida 32801.

4.     DONNA LEIGH BROWN, Esq., Individually, was 'Of Counsel' for Broad and Cassel, P.A., (and spouse of C. David Brown, II) which principal place of business was 390

Orange Ave., #1400, Orlando, Florida whose residence is 5284 Islesworth Country Club Drive, Windermere, Florida 34786.

5.    ROBERT F. MALLET, Esq., c/o Broad and Cassel, P.A, whose principal place of business is 390 North Orange Ave., #1400, Orlando, Florida 32801;

6.    ROBERT FRANKLIN MALLET, L.L.C., was and is associated with Broad and Cassel, P.A. as Partner and/or 'Of Counsel' of Broad and Cassel, P.A, which principal place of business is 390 North Orange Ave., #1400, Orlando, Florida 32801;

7.    DOUGLAS E. STARCHER, Esq., c/o Broad and Cassel, P.A, which principal place of business is 390 North Orange Ave., #1400, Orlando, Florida 32801;

8.    DOUGLAS E. STARCHER, P.A., was and/or is associated with Broad and Cassel, P.A. as Partner, Secretary, Treasurer and Director of Broad and Cassel, P.A, which principal place of business is 390 North Orange Ave., #1400, Orlando, Florida 32801;

9.    BROAD AND CASSEL, P.A. was/is established in Florida with the firm's principal place of business as 390 North Orange Ave., #1400, Orlando, Florida 32801;

10.    J. GARY MILLER (aka James Gary Miller, Jr. nka James G. Miller), Esq., J. GARY MILLER (AKA JAMES GARY MILLER, JR, NKA JAMES G. MILLER) Indv., partner of former MILLER, SOUTH AND MILHAUSEN, P.A., nka SOUTH MILHAUSEN, P.A, as partner of MILLER, HESTER & EISELE, P.A., nka MILLER JOHNSON LAW, P.L., principal place of business is 429 S. Keller Road, Suite 310, Orlando, Florida 32810;

11.    MILLER, SOUTH AND MILHAUSEN, P.A., nka SOUTH MILHAUSEN, P.A., principal place of business is Gateway Center, 1000 Legion Place, Suite 1200, Orlando, FL 32801;

12.     JEFFREY P. MILHAUSEN, Indv., and as partner of MILLER, SOUTH AND MILHAUSEN, P.A., nka SOUTH MILHAUSEN, P.A., principal place of business is Gateway Center, 1000 Legion Place, Suite 1200, Orlando, FL 32801;

13.     Defendant SHUTTS & BOWEN LLP, trademarked as SHUTTS & BOWEN nka 'SHUTTS', (appears informally branded with unregistered name/trademark at the time of filing) and ISAOA, is a Florida registered entity as 'SHUTTS & BOWEN' using a trademark 'SHUTTS & BOWEN LLP', principal place of business is 200 S. Biscayne Blvd., Suite 4100, Miami, FL 33131;

14.     ANGELA D. SHAW, Esq.  930 Alba Drive, Orlando, Florida 32804;

15.     MORRIS E. OSBORN, Esq., 1400 Lake Dora Drive, Tavares, Florida 32778;

16.     STATE OF FLORIDA DEPARTMENT OF TRANSPORTATION;

17.     ORLANDO-ORANGE COUNTY EXPRESSWAY AUTHORITY, ISAOA,

18,     IRA WILLIAM 'BILL' MCCOLLUM, JR. aka BILL McCOLLUM, Indv., c/o 1720 Main St. NE – Bldg. 4, Melbourne, Florida 32905;

19.     ORLANDO SENTINEL COMMUNICATIONS COMPANY, LLC as successor to ORLANDO SENTINEL COMMUNICATIONS COMPANY which principal place of business is at 633 N. Orange Ave., Orlando, Florida 32801.  These entities shall hereinafter be referred to as 'Orlando Sentinel'.

20.     SCOTT MAXWELL, whose residence is unknown; however, is employed by ORLANDO SENTINEL COMMUNICATIONS COMPANY, LLC as successor to ORLANDO SENTINEL COMMUNICATIONS COMPANY dba Orlando Sentinel at 633 N. Orange Ave., Florida 32801;

21.     A. H. BELO CORPORATION dba THE DALLAS MORNING NEWS, 508 Young Street, Dallas, Texas 75202;

22.     JOHN ELLIS BUSH, SR. aka 'JEB' BUSH SR's residence is 651 Almeria Avenue, Coral Gables, FL 33134;

23.     Defendant GEORGE WALKER BUSH's residence is located at 10141 Daria Place, Dallas, TX 75229;

24.     Defendant WILLIAM JEFFERSON CLINTON aka 'BILL' CLINTON' who operated business with other Defendants in Orange County, Florida during Powell's employment at Broad and Cassel, P.A. until 2009.  His principal residence is now located at 15 Old House Lane, Chappaqua, NY 10514;

25.     Defendant GEORGE H. W. BUSH's residence is located at 9 South West Oak Drive, Houston, Texas 77056, whose mailing address is 10000 Memorial Dr., Suite 900, Houston, Texas 77024-3412;

26.     Defendant BARBARA PIERCE BUSH's resident is located at 9 South West Oak Drive, Houston, Texas 77056, whose mailing address is 10000 Memorial Dr., Suite 900, Houston, Texas 77024-3412;

27.     Defendant GENERAL ELECTRIC COMPANY (and as dba OB COMPANIES) and its ISAOS is a company registered in New York (not Massachusetts at the time of filing). which principal place of business is 41 Farnsworth, Boston, Massachusetts 02210,

28.     Defendant SIMPLY SELF STORAGE ACQUISITIONS, LLC and and Its successor(s) and/or Assignees (possibly dba or fdba OB COMPANIES); **

29.     OB COMPANIES, LLC, are Delaware entities which principal place of business is 7505 West Sand Lake Road, Orlando, Florida 32819;

30.     Defendant OB COMPANIES, LLC, an Indiana entity which principal place of business is 7505 West Sand Lake Road, Orlando, Florida 32819;

31.     Defendant OB DEVELOPMENT CO., LLC, ISAOA is an Indiana limited liability company which principal place of business is 7505 West Sand Lake Road, Orlando, Florida 32819;

32.     Defendant OB MANAGEMENT SERVICES, INC., ISAOA; is believed to be an alias for O.B. Management Services, Inc., an Indiana corporation authorized to do business in Florida as of 3/21/07, which principal place of business is 7505 West Sand Lake Road, Orlando, Florida 32819;

33.     O.B. MANAGEMENT SERVICES, INC.; is an Indiana corporation registered 11/21/2002 and registered to do business in Florida on 3/21/07 which principal office which principal place of business is 7505 West Sand Lake Road, Orlando, Florida 32819;

34.     GENERAL ELECTRIC COMPANY; G. E. CAPITAL as subsidiary of GENERAL ELECTRIC COMPANY; GENERAL ELECTRIC CAPITAL REAL ESTATE, as subsidiary of GENERAL ELECTRIC COMPANY; and GE REAL ESTATE a company registered in New York which principal place of business is 41 Farnsworth, Boston, Massachusetts 02210.

35.     BROOKFIELD   ASSET   MANAGEMENT   through   BROOKFIELD STRATEGIC REAL ESTATE PARTNERS II FUND is a Canadian alien entity and a successor of SIMPLY SELF STORAGE ACQUISTIONS, LLC which principal place of business is in Florida;

36.     Defendant KURT O'BRIEN's residence is located at 5353 Islesworth Country Club Drive, Windermere, FL 34786;

37.     Defendant JESSICA M. WOLF O'BRIEN's residence is located at 5353 Islesworth Country Club Drive, Windermere, FL 34786;

38.     Defendant KYLE ALLEN SCHMUTZLER's residence is 8023 Citron Ct., Orlando, FL 32819-3350;

39.     JASON JACOBSON, believed to be a resident of Florida, c/o Simply Self Storage, 7505 West Sand Lake Rd, Orlando, Florida 32819;

40.     Defendant DEBRA A. HANLEY's residence is 5433 Peaco Place, Winter Park, FL 32792-7333;

41.     O.B. COMPANIES and/or SIMPLY SELF STORAGE, operating under a fictitious entity and ISAOA;

42.     O.B. MANAGEMENT SERVICES, INC., operating under fictitious entities, ISAOA;

43.     O.B. DEVELOPMENT SERVICES, INC., operating under a fictitious entity, ISAOA, and equity owners, Indv;

**44.**     O.B. DEVELOPMENT COMPANY, LLC, an Indiana corporation, which principal place of business is 7505 West Sand Lake Rd, Orlando, Florida 32819;

45.     SIMPLY STORAGE DEVELOPMENT, INC. is an Indiana corporation which principal place of business located in Florida as depicted in Exhibit A incorporated and made a part hereof;

46.     SIMPLY STORAGE MANAGEMENT, LLC, a Florida limited liability company has a principal place of business depicted as Exhibit A incorporated and made a part hereof;

17

47.    GE CAPITAL REAL ESTATE, ISAOA as a subsidiary of General Electric Company, a company registered in New York which principal place of business is 41 Farnsworth, Boston, Massachusetts 02210;

48.    AKERMAN, SENTERFITT & EIDSON, P.A., ISAOA, fka AKERMAN SENTERFITT nka AKERMAN LLP, ISAOA which principal address is One SE 3rd Avenue, 25th Floor, Miami, Florida 33131;

49.    LIBERTY UNIVERSITY, INC. dba LIBERTY UNIVERSITY, a Virginia corporation which principal place of business is 1971 University Blvd, Lynchburg, VA 24515;

50.    JERRY FALWELL, JR. whose residence is 5925 Otterville Rd, Goode, VA 24556-2551

51.    ROBERT A. MULLEN, whose residence is 311 Wyndhurst Drive, Lynchburg, Virginia 24502-2449

52.    SHENANDOAH BAPTIST CHURCH, INC., a Virginia corporation which principal place of business is 6520 Williamson Road, Roanoke, Virginia 24019;

53.    PATRICIA SHUSTER who resides at 24060 E. Cedar Lake Drive, New Prague, MN 56701;

54.    SIRI ANN SHUSTER LEHMANN, who resides at 9771 Liverly Lane, Lakeville, Minnesota 55044-7127;

55.    THOMAS E. LEHMANN, who resides at 9771 Liverly Lane, Lakeville, Minnesota 55044-7127;

56.    PETER W. SHUSTER; 218 Plum Street, Northfield, Minnesota 55057-1553;

57.    SUSAN SHUSTER KING who resides at 24060 E. Cedar Lake Drive, New Prague, MN 56701;

58.     LAEL KING who resides at 24060 E. Cedar Lake Drive, New Prague, MN 56701;

59.     ELECTRONIC CONTROLLED SYSTEMS, INC. fdba KING CONTROLS ndba KING, a Minnesota corporation which principal place of business is at 1200 Hampshire Avenue South, Bloomington, Minnesota 55438-2453;

60.     VALUE VISION MEDIA, INC. fka SHOPNBC, fka SHOPHQ, nka EVINE Live, Inc., fdba EVINE LIVE and  EVINE LIVE II; now dba EVINE and EVINE II.

61.     COMCAST CORPORATION, a New Jersey corporation which principal place of business is located at 1701 JFK Boulevard, Philadelphia, PA 19103;

62.     CLINTON RELATIONAL OPPORTUNITY MASTER FUND, L.P., a New York limited partnership which principal place of business appears to be located at 601 Lexington Avenue 51st FL, New York, New York 10222;

63.     CLINTON GROUP, INC., a New York corporation which principal place of business is located at 601 Lexington Avenue 51st FL, New York, New York 10222;

64.     CANNELL CAPITAL LLC, a Wyoming limited liability company which principal place of business is located at 2120 Carey Avenue, Suite 300, Cheyenne, WY 82001;

65.     PRESCOTT GROUP CAPITAL MANAGEMENT L.L.C., _____

66.     STEVEN B. BURKE, Indv., and as President and CEO, NBCUNIVERSAL and EVP, COMCAST CORPORATION, c/o COMCAST, CORPORATION, 1701 JFK Boulevard, Philadelphia, PA 19103

67.     NBC UNIVERSAL (NBCU), a subsidiary of COMCAST CORPORATION #45 **.

68.     VALUEVISION MEDIA INTERNATIONAL, INC. dba SHOPHQ (active), a Minnesota corporation which principal place of business is located at 6470 Shady Oak, Shady Oak Road, Eden Prairie, Minnesota 55344;

69.     EVINE LIVE, INC. dba EVINE LIVE and dba EVINE and EVINE II, a Minnesota corporation which principal place of business is located at 6470 Shady Oak, Eden Prairie, Minnesota 55344;

70.     VALUEVISION RETAIL, INC.,  a Delaware corporation which principal place of business is located at 6470 Shady Oak, Shady Oak Road, Eden Prairie, Minnesota 55344;

71.     VALUEVISION MEDIA, INC., a Delaware corporation which principal place of business is located at 6470 Shady Oak, Shady Oak Road, Eden Prairie, Minnesota 55344;

72.     VALUEVISION INTERACTIVE, INC., a Minnesota corporation which principal place of business is located at 6470 Shady Oak, Shady Oak Road, Eden Prairie, Minnesota 55344;

73.     VALUEVISION MEDIA ACQUISITIONS, INC., a Delaware corporation which principal place of business is located at 6470 Shady Oak, Shady Oak Road, Eden Prairie, Minnesota 55344;

74.     VALUEVISION INTERNATIONAL, INC., neither a Delaware, New York nor a Minnesota corporation (no evidence of good standing anywhere for any period), which principal place of business is located at 6470 Shady Oak, Shady Oak Road, Eden Prairie, Minnesota 55344;

75.     VALUE VISION INTERNATIONAL, INC., neither a Delaware, New York nor a Minnesota corporation (no evidence of good standing anywhere for any period), which principal

place of business is located at 6470 Shady Oak, Shady Oak Road, Eden Prairie, Minnesota 55344;

76.   MARK C. BOZEK who resided in Minnesota all times herein relating to Evine Live, Inc., dba 'Evine' and 'Evine II' and any residual predecessor(s) of said entities which assets may have been severed from Evine Live, Inc., etc., with the criminal intent, thereby piercing the corporate veil and the legal entities being reversionary to prior identities and assets. Bozek's residence is 158 East Shore Road, Huntington Bay, New York 11743 having established residency in Minnesota and sold his Minnesota home mid-January, 2016 and resigning the Sunday after Powell's last payroll deposit early February, 2016.

77.   GEORGE RUSSELL NUCE who resided in Minnesota all times relating to Evine entities, whose residence is also 2 Bay Colony Court, East Hampton, New York 11937 and place of business is c/o of Evine Live, Inc., 6470 Shady Oak Road, Eden Prairie, Minnesota 55344;

78.   ROBERT 'BOB' ROSENBLATT who is a resident of Minnesota, c/o of Evine Live, Inc., 6470 Shady Oak, Shady Oak Road, Eden Prairie, Minnesota 55344;

79.   LANDEL CLAY HOBBS who is a resident of Minnesota, c/o of Evine Live, Inc., 6470 Shady Oak Road, Eden Prairie, Minnesota 55344;

80.   STACEY R. TRUSSONI who resides 5680 136th Street, Savage, Minnesota, 55378-1865;

81.   TRACY MARIE ROTHSTEIN who resides at 8421 Spruce Creek, Victoria, Minnesota 55386-9578;

82.   MERSIHA DEMIROVIC who resides in Bowling Green, Kentucky, c/o Associates in Counseling and Psychology, 1011 Lehman Avenue, Suite 103, Bowling Green, Kentucky 42101;

83.     WAYNE HENRY who resides at 721 Lake Susan Drive, #109, Chanhassen, Minnesota 55317;

84.     CENTURYLINK, INC. fdba CENTURY TEL a Louisiana corporation which principal place of business is 100 Centurylink Drive, Monroe, Louisiana 71203;

85.     ASF RADIO, L.P., a Delaware limited partnership which principal place of business is c/o ASF Radio, GP, LLC, 1370 Avenue of the Americas, 22nd Floor, New York, New York;

86.     NBCUNIVERSAL MEDIA, LLC successor of NBC UNIVERSAL, INC, a Delaware limited liability company;

87.     LAURA KELLY, EXECUTIVE DIRECTOR, 'CFX' fka CENTRAL FLORIDA EXPRESSWAY AUTHORITY as successor of ORLANDO-ORANGE COUNTY EXPRESSWAY AUTHORITY, a Florida government agency;

88.     FLORIDA DEPARTMENT OF TRANSPORTATION, a Florida government agency, 605 Suwanee Street, Tallahassee, Florida 32399;

89.     ROBERT LEE DIETZ whose residence is 2421 N WESTMORELAND DRIVE, Orlando, Florida 32804;

90.     LAURA DIETZ whose residence is 2421 N WESTMORELAND DRIVE, Orlando, Florida 32804;

91.     ZIMMERMAN, KISER & SUTCLIFFE, P.A., ISAOA, a Florida entity which principal place of business is 315 E. Robinson St., Suite 600, Orlando, 32801

## HISTORY

1.     Plaintiff Powell was gainfully employed with Broad and Cassel P.A. as a paralegal assigned to two government clients at all times herein which were funded through

federal tax-paid funds and said government organizations exceeded the statutory number of employees to require conformity to all aspects of 18 U.S.C. 1963 and 18 U.S.C. 1983.  The entities were the Orlando-Orange County Expressway Authority ('OOCEA') whose successor is 'CFX' (as of June 20, 2014) fka Central Florida Expressway Authority, before OOCEA was fraudulently declared as 'defunct' by the State of Florida through the Orlando Sentinel after years of a 'culture of corruption'.  It is alleged 'defunct' status without the state declaring bankruptcy, *en toto,* a RICO defensive strategy in anticipation of this lawsuit to create an illusion that assets have not transferred to another government entity which is also an undivided entity which is part of the Florida government and is organized under the same required principles, laws and policies of the OOCEA which includes gubernatorial (Gov. 'JEB' John Ellis Bush) appointments of Chairmen of said organizations.  OOCEA has been identified to have a 'culture of corruption' by a grand jury during three indictments in 2014 and the new naming has been used to create an illusion of a 'new phase' with new ethical standards. There had been two related indictments, while Powell was employed by Simply Self Storage, which Powell believes led to a murder of the assistant prosecutor immediately thereafter which was declared without any real investigation since his supervising Sheriff stated no suicide note was left and that friend stated he was happy.  This belief is reinforced by those cases being dismissed without prosecution.

  2.  The other government agency assigned to Powell was the Greater Orlando Aviation Authority ("GOAA") which is now doing business as the Orlando International Authority and includes the Orlando Executive Airport of Orlando, Florida.

  18.  Both clients/accounts were assigned to C. David Brown, II, and were co-administered by attorneys Robert F. Mallet, a partner and Morris E. Osborn, an associate.

Another associate administered OOCEA matters with Powell who has since associated with

Shutts & Bowen LLP.  As to Brown and Mallet, it is believed those individuals also operated

under alter-egos registered with the Florida Secretary of State which they may allege as 'defunct'

also to avoid legal liabilities for criminal and/or unethical conduct against the public regarding

taking of properties outside Florida eminent domain laws, policies and procedures, Powell and

Plaintiff G.B.J.G.  was also associated with the Orlando office until resigning after Powell's

employment began with his department while Powell provided paralegal support on Eminent

Domain (and other types of services controlled by Wanda Leigh Brown, Robert F. Mallet, C.

David Brown, II relating to government clients) matters which included Part C of the "Daniel

Webster Western Beltway" (State Road 429) and other government right-of-ways.  Morris later

associated with AKERMAN SENTERFITT as an associate lawyer, and later associated with

LIBERTY UNIVERSITY as a law school faculty member.  'Broad and Cassel, P.A.' shall

hereinafter be referred to as 'Broad and Cassel'.  State Road 429 was faced with considerable

controversy due to allegations the project was 'developmental' and not necessary within the

scope of U. S. Constitutional rights to own property and within the legal realm of eminent

domain right of government takings.  Additionally, considerable controversy ensued for

approximately four (4) years, relentlessly, due to allegations of culture of corruption, the

resignation of Chairman Keen, the death of Orange County Prosecutor Scott Pignone right after

issuing two indictments against two involved with the OOCEA and his death being immediately

ruled a suicide by his boss, in lieu of it being investigated.  The story did not dissuade until the

Casey Anthony trial issues took over the media.  In the case of the FBI disclosures, Plaintiff

reported a seller's attorney and OOCEA Attorney Mallet contracting to be 'consultants' to the

appraiser which resulted in a large reduction of the net purchase price of a property which was an

operating citrus grove.  There was no compensation for loss of future business profits as part of that closing or sale, either.  Compensation of the seller's fees was objected to by OOCEA, stating it was exorbitant in comparison to OOCEA's counsel.  Additionally, as a government agency governed by the Sunshine Laws, the certification of the appraisal disallowed it ever being released to the media.  Contrary to tradition, the Purchase/Sale Agreement had no purchase price and provided that Seller counsel and OOCEA's counsel could be 'consultants' while arriving at the sales price, in lieu of the standard that no input be made to the appraiser other than staff of said appraiser.  Contrary to customary processing, Robert Franklin Mallet instructor Powell not to send the appraiser to the regulated certifying appraiser and then, after Powell was removed from handling OOCEA matters during mid-processing of the closing, Mallet instructed the replacement paralegal to forward it to the certifying appraiser.  Powell believes Mallet instructed Powell not to send it due to taking a phone call from the appraiser which led Powell to suspect the appraisal was irregular which led to Powell observing a change in the valuation and a very irregular certification which forbade the appraisal from being released to the media.  Powell drafted a memorandum opposing finishing the project due to irregularities and attempted to meet with a lawyer for a legal opinion regarding criminal exposure.  The day Powell met with the lawyer during lunch, an old archived letter from that lawyer was printed and left on the printer all day which Powell found intimidating as the day wore on since this never before occurred during Powell's employment since all print jobs were promptly retrieved by the one who initiated it.  The letter related to former partner Robert Rosen's file.   Powell believes Broad and Cassel knew about the draft and/or lunch meeting which led to intimidating Powell all day.  All determinants of confidentiality are not applicable under the Sunshine Law until the Purchase/Sale Agreement exists which is part of the right of public scrutiny, per Robert Franklin Mallet.  Powell processed

Freedom of Information Requests regularly which were predicated by Shutts & Bowen which appeared to be the law firm for the requesting agents. It is undetermined whether Defendant Shaw was involved in said Freedom of Information Requests or other eminent domain matters involving the OOCEA while she was employed with Shutts & Bowen. Powell has experienced anguish over confidentiality ethics which are prevalent while being employed with lawyers and, accordingly, being employed by Broad and Cassel without full-disclosure being made to Powell prior to or during said employment stating she would be required to participate in criminal activities which could lead to retaliation. Powell was manipulated into a conference roomful of lawyers to allegedly interview for a secretarial position very shortly after being discharged from employment by Defendant Miller which created enormous internal conflict and anguish due to not being able to explain why Miller had recently discharged her from employment. Powell believes the purpose of Miller, South and Milhausen, P.A. employing Powell was to discover personal information regarding where Powell would move out-of-state, abruptly discharge her and intimidate her overtly on behalf of the Bush family to ensure continued future non-employability. Baker-Hostetler layed-off Powell at her one-year anniversary (allegedly with eight peers) which appeared as very prejudicial on Powell's resumé by the timing suggesting a bad annual review occurred on the anniversary which led to a discharge. Powell believes this was deliberate and in retaliation for discussing with Rep. 'Bill' McCollum (later Attorney General of Florida after JEB Bush, Sr.'s terms), very briefly in an elevator, the enormous deadly threat against those who have been immunized with vaccines with cow AIDS, said facts depicted in a report by Journal of American Medicine Report dated September 13, 2001. McCollum denied to Powell that any mad-cow-tainted vaccines could hurt any human despite the cow-aids being injected into human systems via 'vaccines'. The word vaccine is latin for 'cow'.

Englishman William Jenner discovered the first vaccine which was for small-pox. Due to an edict by Qn. Elizabeth when she was pregnant with her second son, Andrew, that Charles, his first-born and his first-born are German relating to her husband's German royal descent. Charles has domain over Scotland, as Duke of Rothesay, which denotes being under his German royal rule. Said German ruling transcends into Russian royal lineage through Qn. Elizabeth's husband. It has since been clarified the edict only applies to first-born sons.

3.      Powell believes she was 'passed-off' from Baker Hostetler Broad and Cassel to Miller, South and Milhausen, P.A. and to Simply Self Storage as well as illicitly manipulated into the Shutts & Bowen office to be informally asked by a secretary, *exactly* from what part of Louisiana I had resided before moving to Orlando which had never been discussed at Miller, South and Milhausen, P.A.. Additionally, despite being summoned for an interview with one person, I was left by that person in a conference-room of lawyers to conduct the interview after his phone rang and he quickly left the room. He was the only person who Powell knew by name which appeared to be the reason he excluded himself immediately, never returning, or called back for an actual interview with him as originally planned, allegedly.

4.      Powell was advised, by co-workers observing traffic into and out of Brown's office by 'JEB' Bush that both were 'close personal friends'. Powell was advised during a purported employment interview with partners of Akerman that one as a 'close personal friend' with Brown's wife, 'Wanda Brown'. This information was conveyed privately before another partner appeared for the alleged interview. Powell later observed that firm's website was featuring an article about how to get through a federal investigation and believes the entire time at that meeting was due to fraud.

5.      Morris E. Osborn moved from Broad and Cassel to Akerman, Orlando, for employment and then moved to Liberty University in Virginia for employment as a law professor for seven years and one month.  When Osborn's employment ended with Liberty University, there was evidence of communications between the former School of Law Dean which evidenced a termination for non-production and Osborn's allegation that politics had led to several staff members being discharged or otherwise left.  However; research of those individuals revealed they were/are employed with Liberty University.  Powell believes Osborn was given full-time employment at the School of Law to allow a seven year criminal statute of limitation to pass without him being available in Florida for criminal prosecution due to his involvement in eminent domain matters with Broad and Cassel, P.A.  There are other politicians, nationally, which Liberty University has allowed become employed during politically controversial periods or immediate after-math of their career which supports Liberty University is part of a national or international criminal element which is antithetical to high Christian standards of ethics and practices while collecting substantial federal funds from the federal government through Federal Student Aid of grants and federally-subsidized student loans while describing itself as the 'Largest Christian University in the World' while it systemically dismisses other necessarily defined Christian values articulated and emulated by Christ Jesus (the non-negotiable, required preeminent leader of all those who use 'Christian' to describe themselves or their missions) whose ministry was revolutionary due to the elevation of women, such as a prostitute, as equal to or more virtuous than respected males.  Powell believes the normally very private dialogue between Morris and the Dean Matt Staver from Orlando, Florida online was to overtly posture his participation with the treasonous movement and needed a silent 'explanation' for leaving Liberty right after a seven year criminal statutory period expired.

28

Osborn had opportunities to attempt to protect Powell (and Plaintiff Doe) during early employment periods before his departure from Broad and Cassel and afterward when they spoke. Powell believes he had a duty to warn Powell about risks related to her new employment relationship with Broad and Cassel and potentials for retaliation, including loss of life of her daughter, herself and/or others close to them.

6.      Powell was moved from the OOCEA responsibilities amidst several closings which had ensued over a period of a year and one half with regard to acquisitions of eminent domain properties.  Amidst this era, Wanda Brown as 'Of Counsel' divested representation of the Orange County School District through transmission of all files and a disengagement letter. The other private counsel for Orange County School Board was Frank Kruppenbacher who also served as *counsel for CenturyLink* and now serves as Chairman of GOAA.  At this time, Orange County School Board had tax-paid in-house counsels.  At all times herein school districts participate in eminent domain matters.

7.      Contrary to policy and published procedures, Mallet called Powell on the telephone and advised Powell not to convey an appraisal to a second-tier certification agent after the appraisal was complete and bore a certification evidencing completion.  Powell observed activities outside the Sunshine Laws which involved 'consultants' detrimentally affecting the valuation of a parcel, Ross Groves #216, pursuant to the Purchase Agreement relating to the Western Expressway, Part C aka Daniel Webster Expressway.  Powell also observed an unconventional 'certification' by the appraisers which forbade it being released to media. During Powell's employment, there had been no deviation of a customary certification of appraisals, other than this one.  The 'consultants' appeared to be lawyer Mallet and the lawyer representing the 'seller' which, through the eminent domain taking, was forced to ultimately abandon a

working citrus farm business and forfeit its federally protected right to own property for some determined price established sometime in the future and not defined in the Purchase Agreement: another deviation of normalcy with regard to acquisitions of real estate.  As such, it evidenced a commitment to sell property compelled due to eminent domain laws without any prior agreement of a purchase price when the Purchase Agreement was endorsed.  Powell has no knowledge of any compensation for the sellers' citrus farm future losses after the property sold despite an agreement existed to allow the business to operate with the requirement that OOCEA would insure the business operation for $1 million which was never done.  Compensation of the seller's lawyer was conveyed to Powell as 'too high' by the OOCEA closing funding agent which appeared to be a 'kick-back' to sellers' attorney for deflating the value of the property.

8.      There were parcels which did not close during the bulk closing period.  One was the "Columbia" parcel which was the merged entity from the Jefferson National Title Insurance Company which principle agents involved Terrence McAuliffe and his relative's law firm Swann & Hadley P.A.

9.      Powell was taken off as from handling the OOCEA client as its only paralegal on the day the Ross Groves parcel was funded by OOCEA during a department meeting.  Powell was directed to turn over all the files to her successor.  Later that same day, the successor requested assistance from Powell with the address to the appraiser to the second-tier certifier for the Ross Groves parcel.  Powell advised the successor she was advised not to send it to the second-tier certifier by Mallet and recommended the successor to email Mallet seeking confirmation the second-tier certification phase was required for the Ross Groves sale.  Powell, coincidentally, was later on the phone with her successor when Mallet walked into her office and Powell heard Mallet tell successor her to send the Ross Groves appraisal for a second-tier review

30

certification.  Powell relies on this event as an explanation why Mallet had not replied to emails Powell had sent to Mallet, other than walking into her office to orally answer/discuss information requested of him, unlike other firms which required email communication for efficiency and customary file-documentation.

10.     Unlike other parcels, the Ross Groves Agreement to Purchase was signed before the appraisal was completed and a purchase price was established.  It was customary that Sunshine Law allowed full disclosure to the public from the appraisal, forward and, hence, these events are open to the Sunshine Law allowances.  Powell has experienced deep anguish regarding the employment relationship involving illegal acts and being forced to not discuss those acts with third parties which conflicts decades of attorney-client privileges which Powell honored and still honors.  Powell was never advised her duties would include protecting anyone from justified legal oversight, including policing agencies, such as the Federal Bureau of Investigation.  Powell signed an employment agreement long after employment began which did not include evidence of these duties either.  Powell asserts the employment relationship was fraudulently entered into by Board and Cassel, Mallet and C. David Brown, II.  C. David Brown, II was the established partner who managed 'his' account which evidenced Brown had cultivated receiving that account in a leadership role.  Powell had been advised that 'JEB' John Ellis Bush had been observed regularly visiting Brown's Orlando office.  Chairmen of OOCEA were always selected by the Governor of Florida.  Bush served as governor before and during Powell's employment.

11.     Powell had received calls from the public regarding concerns of other closings which were not evidenced in the OOCEA Minutes which are deemed public record.

12.     Powell conveyed difficulties with regard to managing these requests and Mallet advised Powell he would 'take care of it'; however, Powell did not collaborate with Mallet afterward to know whether/how Mallet had handled such calls with letters and correcting or supplementing OOCEA Minutes missing information which preceded Powell's employment. Powell had no prior knowledge of losing one of the two accounts assigned to her and received no explanation regarding the changes except for partner Douglas E. Starcher previously advising Powell that Brown wanted him to begin using Powell for the corporate department without advising there had been a formal transfer or physically moving Powell into Starcher's part of the firm. Powell later learned her completely being removed from the real estate eminent domain duties would have exposed Defendant Broad and Cassel and its agents to retaliation liabilities with clear evidence that Broad and Cassel actively retaliating against Powell for non-compliances of compulsory fraud in the original position for which Powell was employed. As such, Broad and Cassel and its agents conspired to avoid penalties with slanderous strategic meetings to harm Powell and her livelihood precisely to harm Powell's career and reputation before Powell's employment was terminated based on *speculations* and *baseless accusations* Powell could affect harm to the company or individuals (partners/of counsel) while not conforming to the firm's expectations to commit illegal acts against its clients and/or the public as a firm that represented tax-paid government entities. The Florida Secretary of State shows it was at this time that Starcher and Brown began to both appear for the firm as its registered agents while replacing the legal agent that had served in this capacity since 1996. The predecessor legal agent/partner also worked on eminent domain matters. Hence, Starcher and Brown conspired to control who in the firm received service of lawsuits against the company which timing was in anticipation of Powell seeking court relief in case she could afford to or do so without any law

32

firm's representation.  Powell believes relentlessly adversely affecting Powell's income earnings

and basic security was based on fears by the Browns, Mallett and Starcher Powell could exercise

her constitutionally-protected rights to seek relief from a court.  It is for these reasons any

statutes of limitations should be waived or extended to a date after the filing of Powell and

Plaintiff G.B.J.H.'s cases.  Powell has feared for her life after the seven year criminal statute for

fraud had passed and had two males visit her home with two get-away cars after that threshold

which appears Defendants 'laid in waiting' to remove evidence of motives to harm and/or

murder Powell as retaliation for refusing to conform to the unethical and criminal standards of

the law firm.  Waiting the full seven year period to pass justified the local authorities dismissing

any criminal motive during any investigation relating to Powell's demise.  As Plaintiff G.B.J.H.

has become older, she has become a threat as a witness and a potential litigant for another statute

of limitation for a period extending more years after she passes the age of majority.  Any statute

existing has been extended with each fresh act against the Powell family which has never

stopped.   Powell believes BROWN has conspired against Powell with numerous threats made

against her life, individually, and as an agent for his wife.  Due to the criminally-focused

activities which protracted beyond statute of limitations available to Powell and Plaintiff

G.B.J.H., Plaintiffs seek a waiver of said expired statute of limitations.

13.    Powell had observed Passovers, requesting time off prior to that final Passover

kept before leaving employment.  Said transfer of registered agent to Brown and Starcher

occurred April 22; whereas, April 17 was Powell's second Passover observance for which

Powell had given prior knowledge and received permission to take off for this purpose.

Afterward, Human Resources Director, Noelle Dinse', conveyed to Powell on behalf of the firm

that Powell had made a 'offensive religious statement'; however, would not be any more specific

regarding who was offended, when or how.  Powell sought clarification from her supervising

partner, Mallet, who alleged not knowing why this was conveyed from the Human Resources

Director.  It was believed this was the reason why Powell received a 'Very Good' and not an

'Excellent' review rating.  Ms. Noelle Dinse' left the firm very shortly afterward which was

shortly after she began her employment.  Powell sought clarification with the new Human

Resources Director after waiting a delay to fill the position and found no resolution or

clarification.  In fact, Powell was advised 'they would never do this' in response to Powell's

request for clarification in writing about the alleged 'offensive religious statement'.  Powell was

also criticized for observing Passover 'properly' by Partner Robert Rosen while alleging proper

Passover observances end at midnight which communicated Powell had no actual right to

observe her religious holiday while missing work the second Passover.  It is believed the firm

promotes 'traditional Jewish traditions' in an anti-Christ expression through placing a menorah

on the reception desks and only observing the pagan 'Winter Solstice' in decorations and

intimidating Christians for observing holidays – especially while traditional Jews did not.  The

information conveyed to Powell by Rosen is incorrect and, as such, was needlessly insulting and

overtly intimidating due to him not keeping his Passover in the same manner and stating so.

Starcher, with an associate partner who is now a Partner, invited Powell to attend bible meetings

before work which Powell declined despite Starcher's religion promotes adult baptisms and

some of Powell's Christian beliefs; however, typically denounces observance of Christian gifts,

including taking Holy Communion properly, keeping traditional Sabbaths, both which manifests

God's presence inside or around his people through the unity of God and Jesus being One with

the Holy Ghost, acknowledging the Trinity through observing the Holy Spirit and the Holy

Ghost, both, as separate parts of the Triune Powers of God, gifts of the Holy Ghost and Holy

Sabbaths defined in the Old and New Testaments (by example of Christ Jesus as The Messiah observing as a High Priest right before his co-murder due to his co-High Priests (having taken Holy Communion with him) observing the Passover Sabbath and within His and God's authority (being conceived with the Holy Ghost, becoming God, in part).  It is necessary to discuss these details regarding religious trending and the law firm's orientations which was displayed during the employment for future fact establishment.  Anti-Christ 'christians' with anti-Christ 'jews' have asserted for years the non-existence of the 'Holy Ghost' while asserting the 'Holy Spirit' is the only Godly entity which is a very wicked concept.  Starcher, despite alleging to be of a 'Baptist' faith, is essentially another facet of anti-Christian Judaism due to an organized effort to deny God's commandment through his son, Christ's J'shua (aka Jesus) to 'eat my flesh' and 'drink my blood' regularly and not to annul the existence of the 'Holy Ghost' (i.e. 'blaspheming the Holy Ghost' which is an 'unforgivable sin') by asserting this term has been replaced entirely by 'Holy Spirit'.  The holy conception establishes Christ Jesus' unique composition, being made of God and man, and without the Holy Ghost he is merely a man who is separated from God due to original sin.  Mainstream 'protestant' (begun by an anti-Christ who once took Holy Communion and then withdrew from this truth by teaching it is a symbolic ritual with no actual transformation or manifestation of a peculiar holiness conveyed through eating and drinking items which have been blessed to be holy, creating a One-ness with the Trinitarian Personas. These concepts are contradictory to biblical teachings and it anti-teaches the Body of Christ requirements.)  Starcher's denomination contradictorily asserts males who are 'born-again' are 'patriarchal leaders as are males', whereas, Christ Jesus is the *'Only'* begotten *Son* of God and, therefore, their philosophy is a contradiction of Truth to debase and debilitate the femme gender. As such, and in consideration of Brown and Starcher assuming assignment as the only two legal

agents for Broad and Cassel, P.A. in conjunction with the timing of harassing Powell for her religious observances of required Holy Sabbaths and as a prelude before Powell's assignment of corporate law duties which were essentially undefined, broad and elusive (being undefined, generally conveyed and never discussed by Starcher or Mallett) and containing no actual reassignment to the corporation department, as alleged, nor any actual commitment of regular work after the OOCEA account was taken from her mid-way in several closings, this shows their co-conspiracy between Starcher and Brown to the detriment of Powell's spiritual protections that come from keeping Sabbaths and ensures exclusion from harm to her life, her ability to be present to protect her daughter, Plaintiff G.B.J.H. as the only present parent, guarantees protections of children, her ability to be employed there and elsewhere and enjoy the long-term career as an American Bar Association - Certified Paralegal and later as a Florida Registered Paralegal. Powell asserts the 'bible study' was contrived to dissuade Powell's family from truly being protected. Additionally, Brown's former assistant with Broad and Cassel, P.A. who was a personal associate with him while she was associated with Simply Self Storage as a paralegal was placed on a Florida Bar committee which developed genetic paralegal registration standards that also became another barrier to Powell's competitive, gainful employment. It is believed Brown used that committee member to *sadistically* gloat later, after Powell was employed with Simply Self Storage (and its major investor General Electric through its subsidiary O.B. Companies), about another substantial impairment he was involved in creating to Powell's employability detriment. Founder, Shepard Broad 'died' at the precise time Powell began employment which may be evidence of his own involvement toward hiring Powell to arrange her death , ultimately. Broad was a 'jew' who was allegedly taken-in as a child refugee from Russia before moving to New York. He has taken partial credit (with other jews who allegedly met in

New York) for 'Israel' existing since 1948. He later established himself in South Florida as a successful businessman and lawyer. It is believed that Starcher's solicitation, through a female associate of his department, for Powell to attend 'Christian' meetings held in the office during mornings was to dissuade Powell from observing necessary Jewish religious traditions which have been paramount to Powell's and Plaintiff G.B.J.H.'s safety over the years before and after leaving employment with his firm. It is believed that the two government (OOCEA and GOAA) accounts assigned to Powell was anticipated to either involve Powell in perpetuation of criminal activities or to destroy Powell after a federal statute of limitation for criminal fraud passed at seven years after employment to divert the firm's obvious involvement in that type of retaliation including through other entities.

14.     When Starcher discussed with Powell the pseudo-transfer to his department during an elevator ride, he acted mystified regarding why Brown requested this of him and said he did not understand why he was being required of this by Brown. This is despite Brown and Starcher both being changed to the firm's only two 'legal agent' at the same time which evidences prior collusion by both since the single predecessor had been the legal agent since 1995 or longer. Starcher fraudulently 'played Powell' while craftily acting like he was not a core planner and making statements that he had no idea why the changes were occurring under the direction of CFO/Co-Partner (and co-legal agent for service of process which was co-changed to include both Starcher and Brown while dismissing a long-standing firm legal agent, Ken C. Bishop as the legal agent since the mid-90's for Broad and Cassel. P.A.'s entity (name changed in 2012 which Powell believes was done to employ asset protections strategy due to these direct and peripheral issues). The strategizing for Brown and Starcher to solely be served with lawsuits created a protection for all eminent domain lawyers, partner Bishop, and all other partners from

37

being overtly culpable for liabilities relating to firm-wide corrupt activities with an ability to allege only Brown and Starcher were aware of opposing legal actions by third parties like Powell and Plaintiff G.B.J.H.  Starcher thwarted possible questions by Powell by making this his fraudulent statements during the elevator ride and never offered any hope of any explanation from Starcher, Brown, Mallet or the Human Resources department regarding career changes unilaterally made by the firm.  Mallet continued to not convey any reason for requiring Powell to transfer files to a successor before the project had ended, without prior notice, advising Powell to do so during a meeting with a successor and other attorneys.  Powell alleges this public messaging was inappropriate, needlessly debasing, insulting and punitive.  Powell's predecessor was treated similarly after her involuntary discharge through a meeting which was called during which time insulting and debasing statements were made against her and her abilities.  She was not present to defend herself and statements regarding her performance was unnecessary and unprofessional.  Powell believes similar treatment was developed against her after her departure to posture for a collective voice and cultivated opinion for any firm-wide defense and to discredit Powell's reputation due.  Powell later learned another part of the Western Beltway was also being investigated by the federal government – said portion being administered by her predecessor.

15.     C. David Brown, II, served as Chairman and Chief Financial Officer in the Orlando office despite the firm being otherwise head-quartered for operation in Fort Lauderdale, Florida.

16.     Powell initiated a meeting with the Human Resource Director, Susan Ruberti, to discuss the unexplained directions of Powell's career due to OOCEA account being removed from her responsibilities without any explanation about why before or afterward.  While Powell

was walked by Ruberti to her office to retrieve her personal items after receiving a two-week

severance check which apparently was already prepared prior to the meeting, Powell asked what

she had done wrong to justify termination of employment.  Ruberti advised Powell the

termination had nothing to do with what Powell had done, but what Powell could do.  Powell

believes the billing meeting was their 'litmus test' to measure Powell's moral compass as a final

decision regarding impending discharge based on Powell's non-conformity to fraud.

      17.     Prior to several OOCEA acquisitions, Powell had drafted a memorandum to

Ruberti and also expressed to a former lawyer-friend about concerns about one of the OOCEA

closings.  During a day Powell had an arranged lunch to discuss those concerns with the friend,

Powell was intimidated by a print-out of an old letter from him on his firm letterhead relating to

an unrelated closing which had been received by Broad and Cassel partner Robert Rosen in the

real estate department.  This letter was printed and left on the department printer the entire day

without retrieval which act had neither been done neither before nor since during Powell's

employment with the firm and Powell sees this as intimidation since the memorandum had not

been sent to Ruberti.  Powell attended the planned lunch, anyway, to discuss concerns about the

irregular parcel acquisition regarding 'Ross Groves' citrus business.  These events created much

anguish to Powell.  Powell was advised during her discharge meeting that Powell had done

nothing wrong, but it was what Powell 'could do' that had led the firm to terminate her

employment.  Powell alleges that statement was slanderous and the termination was legally

baseless.  Said related intimidations has not ended since before this date with the most recent

occurring on November 2, 2016 while said threats have expanded to be levied against Plaintiff

Doe, her daughter, in retaliation and/or for what Powell could do currently and/or in the future.

18.     Powell had enormous difficulties becoming employed afterward despite very successful interviews which ended with a commitment to make firm offer after they could check Powell's references.  This is despite a severe shortage of closers/real estate paralegals due to the prime rate being extremely low for an extended period during William "Bill" Clinton's and George W. Bush's presidential terms.

19.     One interview involved two partners at the 'Deem Weems' firm when one advised the supervisor for the real estate department, in front of Powell, that she had something with 'Bob' Mallet while Powell was involved in an interview for the same position a year earlier which was shortly after leaving employment with Broad and Cassel.  She told the department head she was 'heads up' on Powell and then excused herself immediately and never returned. The other Partner left with her and then returned to continue the interview; however, never made an employment offer.  Powell was told before this interview that the human resource representative who handled the prior interview had just died of lung cancer, despite appearing to be late 20's, early 30's years old.  She told Powell the day of the first interview a year prior that she was just diagnosed with lung cancer.

20.     Powell had held Notary commissions in two states, one of which commissioned Powell to conduct closings without lawyers, while bonded, during a life commission.  The life commission was highly respected and it was generally presuméd law graduates would fail the test after the first attempt.  This commission was achieved by Powell twice within that state. Powell received a 'Very Good' evaluation before OOCEA was removed from her responsibilities.  Powell also has held two Real Estate Sales state licenses, one with REALTOR® designation due to a having a commitment to a high-level of ethical conduct and learning about

real estate industry requirements.  Powell attended real estate CLE courses, on behalf of the department.

21.     Powell contacted Starcher seeking a reference letter which was passively denied by stating he was unsure about the firm policy to do so which replicated his act in the elevator. Starcher agreed Powell had performed excellent services on the only large project she was assigned by his department and those services were better than the previous paralegal assigned to the project which had been with the firm for more than 15 years.  That project was incomplete; however, had progressed as far it could due to the type of administration thereof.  Starcher never contacted Powell afterward to update her on him checking into the policy.  Had Powell been given any prior notice of termination, Powell would have procured letters from appropriate people before leaving and not providing any reference letter has further damaged Powell's reputation.  Since leaving, Powell's resumé

22.     The legal agents for the firm had been transferred to Starcher and Brown from another eminent domain lawyer who held that role since the 1990's.  This appeared to be planning toward both being concerned Powell would sue them, personally, their companies, and the firm for actions for which they were planning regarding unjustifiably removing Powell from her position and continued post-employment activities which would likely lead Powell and her family into severe financial hardships.

23.     Powell had spoken with former U. S. Representative Ira William 'Bill' McCollum while employed with Baker Hostetler, Orlando, about vaccines made with cow blood not being checked for 'mad cow disease' during manufacturing.  At the time, it was conveyed as 'Of Counsel and was enjoying an employment relationship with the firm in that capacity.  McCollum had associated with the Baker firm as 'Of Counsel' and Powell was one of eight staff members

41

who were layed-off while the press conveyed Baker was paying McCollum a 'rumored' $1MIL salary. McCollum advised Powell 'the good thing is, humans cannot be infected with Mad Cow Disease" which absolutely was not true as confirmed by a Journal of American Medical Association report dated September 13, 2000. McCollum was termed a Bush 'Pioneer' as was Richard T. 'Rich' Crotty, who ultimately became the Chairman of OOCEA within one month or two after 'JEB' Bush, Sr. left office as governor after Crotty had already been appointed by Bush as 'Mayor' of Orange County. The lay-off of eight employees was conveyed publicly through the Orlando Sentinel that it was not a financial need. Shortly thereafter, George W. Bush began a mandatory 'small pox vaccination' that was to have been nationwide. Before Congress intervened, the majority of victims of this program were military personnel. Small pox had been officially eradicated, effective May 8, 1980 after a period of it being unofficially eradicated. The program violated protected human rights to refuse medical treatment before the program was stopped. The prior Chairman of OOCEA, Allan Keen, (during the employment of Powell with Broad and Cassel), was appointed by 'JEB' Bush, Sr.

24.     Powell was told during the only employment interview with Mallet that they were looking for the 'right person' for six months.

25.     After leaving Baker Hostetler, during the beginning of George W. Bush's second term, Bush attempted to mandate compulsory 'small-pox' vaccine program, nationwide, despite it being officially eradicated effective on May 8, 1980. It was first imposed against the military and health-care providers. Congress promptly intervened to stop his agenda; however, his program began with tens of thousands of military personnel and east-coast hospitals administering the vaccines which could allow for elite medical communities to falsify hospital records stating that some had been vaccinated when they had not (due to their prior knowledge

that small pox had been eradicated decades before).  Statistically, it was reported approximately 35,000 military personnel complied with this requirement while medical professionals were able to avoid the mandated vaccines.   It was projected 500,000 health care workers would begin the program, increasing to 10 million more public service personnel.  Due to the fatality risks and side-effects, the program was depicted as a form of 'torture' in light of the extremely low-risk for contracting small-pox.  This program was initiated by George W. Bush in late 2002.

26.    Observance of jewish holidays and other Sabbaths are instrumental to Powell and her family's safety and protection from harm due to God ordering the steps of a righteous person (away from harm).  It is believed the core reason why Broad and Cassel attacked Powell keeping Sabbaths as a 'Christian' through two different types of strategies through two different channels of authorities (a partner and the human resource director) was to break the protection from harm. The firm commemorated Hanukah holidays without acknowledging the Christmas holiday, whatsoever, while honoring a pagan 'Winter Solstice' season for weeks.  As such, it was primarily a pagan, anti-Christ firm.

27.    Powell asserts employment with Broad and Cassel was predicated with fraud and slander.  OOCEA has had years of controversy which existed prior to and long afterward Powell's employment which organization.  Powell was not advised fraud would be required as a condition for employment nor when Morris E. Osborn left employment with Broad and Cassel. Powell was also not advised of a necessity to conform to an anti-Christian agenda expressed through suppressing Powell's ability to observe necessary religious beliefs and holidays.  After Osborn left employment with Broad and Cassel Mallet distanced himself substantially by first being unofficially transferred to the Tampa Office and then selling his home and moving his residence to that coast.  This is while Mallet remained the only supervising partner in Powell's

department while she was the sole paralegal for OOCEA and the Orlando international airport. After Powell's departure, controversy in the media regarding OOCEA accelerated and ultimately subsided when the Casey Anthony Trial took precedence as a media event.

28.     After leaving, Powell contacted the Orlando Federal Bureau of Investigation regarding fraud of which she was aware regarding the Ross Groves Parcel 216 and likely other eminent domain matters.  Powell suspected the Columbia parcel had been fraudulently handled by C. David Brown, II and Robert Franklin Mallet which was reported to the Orange County State Attorney's Office when Powell reported the intimidation and harassment by Simply Self Storage agents during a meeting with Supervisor Gary Means and Investigator Floyd shortly after their co-worker, Scott Pignone, was found dead, allegedly of a suicide, after two indictments were initiated by Pignone as part of a 'high-profile government-accountability unit'. The 'Columbia Financial Holding Company' parcel is the result of a 2002 merge with Jefferson National Title Insurance Company.

29.     After long-term difficulties with re-employment and apparent risks to the family, Powell researched OOCEA Minutes and Orlando Sentinel articles over a period of years, plus the Secretary of State records.  Powell discovered a property involved in Part C, Columbia, had merged with Jefferson National Title Insurance Company.  Columbia Financial Holding Company merged with the Jefferson entity in 2002 and was one of the parcels which did not close on Part C or an ancillary related right-of-way.  The Jefferson entity showed Terrence McAuliffe, former President Clinton's and Hillary Clinton's presidential campaign co-managers for all three of their presidential campaigns, one of the principals with his wife and father-in-law or brother-in-law with Swann & Hadley.  Ultimately, Mallet promoted the entire parcel being sold to OOCEA, *en toto,* while alleging it was a 'wholesale' purchase in anticipation of

remediating future costs of purchasing other parts of the parcel. Eminent domain does not allow for speculative purchases and, by nature, are takings by necessity due to our U. S. Constitutional right to own property being protected which is a primary element that makes a distinction of government-controlled, chronically impoverished countries and countries which allow residents to borrow against equity earned through ownership of real estate property, fruits of the land (including oil, gas and minerals) and negotiable rights such as leases, rights of ingress and egress, air and other rights of traverse or occupations. Due to McAuliffe's relationships with the Clintons during three of prior presidential campaigns, Powell believes 'Jefferson' relates to former President William Jefferson Clinton. McAuliffe owned a Washington, D.C. consulting company which suggested more sell-offs similar to the one which involved 'Columbia' existed, nationwide. This was during a period the Clintons were notoriously alleging being political *adversaries* of the Bushes which relationships were never neutralized with the public until several years later all the while both families campaigned and collected party-related donations which were purported to be antithetically party-related. The Clintons had already established a controversial reputation for Whitewater real estate investments and Mallet had already established a reputation for pitching at least one OOCEA controversial real estate purchase (Ross Groves) to its committee and Chairman. Powell also inquired into the propriety of removing standard exceptions in title insurance companies which affirmatively insured oil and gas rights for the purchaser. In some states, such rights are retained by owners during eminent domain takings; however, this was not the case in Florida.

30.    As to claims against J. GARY MILLER, Indv. and as partner of former MILLER, SOUTH AND MILHAUSEN, P.A., nka SOUTH MILHAUSEN, P.A.; JEFFREY P. MILHAUSEN, Indv. and as partner of former MILLER, SOUTH AND MILHAUSEN, P.A. nka

SOUTH MILHAUSEN, P.A.; ANGELA D. SHAW, indv. and as former partner of MILLER,

SOUTH AND MILHAUSEN, P.A. nka SOUTH MILHAUSEN. P.A. and as a former *Associate*

lawyer of BROAD AND CASSEL, P.A. and currently as *Of Counsel* lawyer for BROAD AND

CASSEL, P.A.; Powell was employed and discharged shortly after Powell was advised Shaw and

her family was having dinner with then-President George W. Bush with family portraits.  When

Powell was discharged by Miller, she was advised she would be given no reason and Miller had

a legal right to not give any reason for the discharge.  Powell asserts there was pre-employment

collusion which involved slander against Powell and was intended to be further retaliation in

concert with Broad and Cassel and its agents.  It is believed the dinner and portraits was planned

to posture the Bush Crime Family would be part of the retaliation since Powell would not likely

identify this as a component at that time.  Powell has since realized that the organized element

was waiting for a seven-year criminal fraud period to expire before moving much more

aggressively against Powell and her family by seeking to harm or murder them without any

justified allegation in an investigation file there was any motive which existed with regard to her

former employment with Broad and Cassel (perhaps Baker-Hostetler).  The delay of impairment

of continued, prosperous employment was also directed to further debilitate Powell from having

access to years of earned social security benefits and the security of having access to social

security disability benefits as needed.  Powell asserts the organization sought to completely and

perpetually debilitate Powell's earnings and ability to provide a supportive, secure, healthy and

faith-oriented environment for her minor child who attended elementary school when this began.

More recently, Angela Shaw became employed with Broad and Cassel. P.A., as one of its

Orlando *associate* lawyers on June 9, 2014 and adjusted that relationship to 'Of Counsel' with

the Orlando office on approximately August 6, 2015.   Both relationships involved the Orlando

location of Broad and Cassel, P.A., at 390 North Orange Ave., #1400, Orlando, Florida 32801.
Shaw is also a former associate of Shutts and Bowen LLP, trademarked 'SHUTTS & BOWEN'
and branded informally as 'SHUTTS' as well as a former partner of MILLER, SOUTH AND
MILHAUSEN, P.A. at the time Powell was employed with it and later informally co-associated
with Defendant J. Gary Miller ndba Miller Johnson Law, L.P. Shaw used Miller, Hester &
Eisele, P.L. as her legal agent for her law firm after leaving Miller, South & Milhausen, P.A.,
structuring attorney-client protections, *on a continuing basis*, as it related to Miller and Shaw
being partners with the Miller, South & Milhausen, P.A. entity. Powell believes Shaw's
conversion from an employee to 'Of Counsel' relates to recent failed attempts to abduct and/or
murder Plaintiff G.B.J.H. in the Minneapolis area which had been anticipated by her, Broad and
Cassel, P.A. and its agents/affiliates to be successful before the conversion. Powell also believes
delays co-associating with Broad and Cassel, overtly, related to waiting another seven year
criminal and civil statute of limitation from the dates of her involvements against Powell during
Shaw's partnership relationship with Miller, South and Milhausen, P.A. which ran concurrent
with Shaw informing Powell that Shaw was having family portraits with 'President' George W.
Bush in her father-in-law's home later that day. This disclosure ultimately gave 'bragging
rights' to Bush for the impetus of Powell's employment being terminated with Miller, South and
Milhausen, P.A., via J. Gary Miller, and the subsequent activities with Shutts and Bowen (former
employer of Shaw) immediately thereafter during an interview. The discharge was shortly after
the closing relative to the meeting. Her father-in-law, Eugene Clay Shaw, Jr., had served as a
U. S. Representative during George H. W. Bush, William J. Clinton terms and George W. Bush
presidential terms until 2006. Shaw's August 6 conversion also began a customary annual
NASA ten-day count-down to Columba Bush's birth date (8/17) [abutting Dorothy Bush Koch's

birth date (8/18) leading to William Jefferson 'Bill' (Blythe) Clinton's birth date (8/19)] which has been a period of risk imposed on the Powell family annually since at least moving to Minnesota. The NASA count-down period gives credit of George H. W. Bush's involvement with these activities, having a 'Apollo' 'Nasa' or 'July 20' referencing motto to depict publicly to a movement his direct involvement for his own 'bragging' rights to it. None of these activities have entirely and/or permanently stopped as of March 22, 2017.

31.     Powell sought Morris E. Osborn for assistance with job networking and a Broad and Cassel reference at which time Powell learned that Osborn had left employment with Akerman Senterfit (hereinafter 'Akerman') to become a law professor at the Liberty University in Virginia. As a result, Powell interviewed with Akerman during which time Powell privately met with a partner who stated she was 'close personal friends' with Wanda Brown who is C. David Brown, II's spouse.

32.     After interviewing two partners at Akerman, Powell met privately with the human director who tried to prod Powell to discuss her former relationship with Broad and Cassel, the facts surrounding Powell's departure by reaching out with her hand to Powell's while gently telling Powell, "You can tell me …" which Powell refused to make any disclosures, whatsoever. Powell, in fact, was told by the Human Director of Broad and Cassel her employment was not due to anything she had done, but what she could do. Powell had a 'Very Good' review and there were no other problems expressed to her. Not being able to explain the scope of Powell's dismissal has created a lack of confidence and unfair disadvantage during subsequent interviews.

Shortly after this interview, Powell was contacted by a 'Simply Self Storage', was interviewed and offered full-time employment on December 5, to begin immediately after the Christmas holiday. During the interview, in-house counsel Kyle Schmutzler advised Powell the

company had to stop using Broad and Cassel due to it over-billing the company.  Powell made no response.  Debbie Hanley was present holding a Monster.com printout of Powell's online resumé.  Powell later observed the 'close personal friend' of Wanda Brown's with whom Powell interviewed at Akerman represented the bank in Simply Self Storage acquisitions with Broad and Cassel representing Simply Self Storage.

33.     This employment revealed was no history of closings or other work saved on the server which was explained by Hanley that the server had just been changed.

34.     Hanley casually explained she was 'close personal friends' with 'David Brown' and his family as a former paralegal for him at Broad and Cassel and as a baby-sitter while he travelled.  The relationship to David Brown created 'bragging rights' for future intimidations which trellised to the Bush family's 'bragging rights' for being the core source of retaliations, threats and activities against the Powell family.  This conversation included informing Powell she was on a state-wide Registered Paralegal committee which defined Florida marketable paralegals as being those who worked under the direct supervision of Florida licensed lawyers during recent years.  She was deliberately ensuring Powell knew the unique devastation of Powell's paralegal marketability, especially since this regulation had transpired since being regularly employed before the retaliations began.  Powell believes the formation of that committee and Hanley's involvement was an extension from C. David Brown, II, personally, and those related to Broad and Cassel and that Hanley was placed on that committee to ensure all aspects of retaliations against Powell could be maximized through regulations of paralegals.  At the time, Hanley depicted herself as a nationally certified paralegal through the National Association of Legal Assistants, a designation she has stopped using.  Since 1991, Powell has held the previously marketable title as a 'Certified Paralegal, ABA' given by the national

American Bar Association and the local-level 'certification' and regulation averted this marketability. She also advised Powell that the in-house counsel was not a Florida licensed lawyer which, essentially, was part of her advisement that Powell would not be able to enhance her general marketability as a 'Registered Paralegal' during that relationship while working with a lawyer under the governance of only the Indiana Bar (Schmutzler). Hanley also made statements to inform Powell that power was most important to people who have so much wealth that 'money doesn't matter anymore'. Powell was deeply intimidated and felt threatened by this dialogue which obviously was primarily to inform Powell how Defendants were still retaliating against the Powell family and that those retaliations would permanently debilitate Powell's earning unless Powell agreed to co-conspire with the criminal movement and its 'members'. Powell had hoped after the 2016 election cycle finished, it would stop; however, it has persisted. Powell believes a Verified Complaint is necessary for protection while seeking relief. Hanley's remarks were not spontaneous and served to give credit to the movement for prior activities against Powell and to make it clear Powell had not been able to distance herself from the criminality, despite believing she had done so with the new employment relationship with Hanley. Powell was advised by the company in-house counsel, Schmutzler, during the initial interview (with Hanley present) that it had to find another law firm after using Broad and Cassel due to billing issues. In Hanley's in-box, Powell later observed an invoice from C. David Brown, II to the company dated November 30, immediately prior to a December 5 interview/offer of employment. Powell was also advised the server had been just changed by Hanley as an explanation why there was little history of activity which Powell had been told was two-years old when the company had begun in Orlando. There was one file on the server when Powell was employed immediately after the Christmas Holidays. Powell believes it has been the

intent to corrupt Powell to debilitate her Christianity which would make Powell vulnerable to

harm by a criminal movement which hinges itself on spiritual dynamics. Powell also believes if

harm could not be achieved, physically, defendants was seeking to involve Powell in criminal

activities up to be punished (primarily because of initial disclosures to the Tampa Federal Bureau

of Investigation the October before Powell was contacted for an employment interview) by being

criminally prosecuted for it. Hanley also provided preliminary information (threats) for further

retaliations on behalf of Brown, Mallet, and Broad and Cassel as well as the Bush Family as well

as participated with disclosing there was an element with Simply Self Storage for which Hanley

stated some agents were going to prison for criminal conduct. Hanley later exposed a

consortium which existed within the company about a general knowledge about Powell's

disclosures to the FBI Office and a general an awareness (by her, the CFO (Ray from Minnesota)

and Todd Agnew) of at least one of Powell's disclosures to federal authorities regarding Broad

and Cassel, P.A., its agents, which intimidated Powell during that employment (both at work and

elsewhere) creating fear for her life, her daughter's and another child for whom Powell was

caring regularly. Powell asserts these activities relate to ongoing and recent RICO activities

transcending from Florida to Minnesota which persist. The FBI offices conveyed apathy through

non-response, refusing to provide their names or provide business cards after first learning the

nature of the issues and who it involved. This created a 'nowhere to go' element and a general

sense of insecurity of life, liberty and freedom to pursue happiness. One FBI office had a framed

black-and-white picture of George H. W. Bush inside its reception area on the wall, omitting all

evidence that President Obama was in office as the (purportedly duly elected) Commander-in-

Chief. That presidential Bush bust-picture also had a picture of George H. W. Bush in his wheel-

hair taped to it which depicted Bush had a criminal influence over that FBI office and general

jurisdiction. That office's two agents refused to provide Powell their names, give business cards, or create a receipt on letter-head to bear evidence of that office receiving a lengthy narrative which had been hand-delivered to it on that date (Mankato, MN).

35. Powell had read of the paralegal Florida Bar 'registration' program and wondered whether it related to Broad and Cassel seeking to retaliate against Powell for speaking to the Federal Bureau of Investigation especially since Powell had observed the firm authoring (through discussing how new laws should be written prior to being proposed to the Florida Legislature) while Marco Rubio was Speak of the House. Powell has since learned that Florida licensed attorney Marco Antonio Rubio, as Speaker of the House, was employed by Broad and Cassel as a 'consultant' which has been alleged as an illegal lobbying relationship favoring Broad and Cassel, P.A. and all its partners and clients. Also, this 'employment' was initially speculated as artificial by individuals posting articles online while stating there were no actual clients who Rubio represented as a lawyer performing legal services on behalf of the firm. This strategizing evidences using confidentiality laws (attorney-client privileges) which is as pervasive and spousal immunity criminals enjoy while avoiding testifying against each other in criminal cases. Powell believes Rubio colluded with Broad and Cassel agents, with GOP individuals by and/or for the Bush family and 'Bill' Clinton to ensure the paralegal registration program was discussed and passed as a governing agent to facilitate and intensify retaliations through the legislature and Florida Bar after it *already formally acknowledged the prestigious status of 'American Bar Association' paralegals in 1997*, a status which Powell had already earned through her education in 1991. It is believed this was collusively and carefully strategized to debilitate Powell and other 'whistle-blowers' who did not hold any revocable state-issued license which could be suspended and/or permanently revoked. Powell believes Hanley,

as an agent for Broad and Cassel, P.A., Brown, Mallett, and agents with Simply Storage sought to create a sense of despair regarding her employment and career despite Powell otherwise having an ability to enjoy the security of employment and general security at her home and those who resided in it. This is despite the fact that the position was presented as full-time, permanent employment (with no probationary period).

36.     C. David Brown, II and spouse Wanda Leigh Brown reside a mere .3 miles from the Chief Executive Officer of Simply Self Storage, Kurt O'Brien and Jessica Wolf. Powell was advised Simply Self Storage had been in operation in Florida for two (2) years before being employed by it. O'Brien, all times herein, has continually been the CEO of Simply Self Storage and its aliases and/or assignees and Jessica Wolf-O'Brien has been his executive and/or marketing assistant and ultimately has become employed wife.   The company has employed one lawyer registered exclusively with the Indiana Bar, Kyle Schmutzler, who has never become a licensed attorney governed by the State of Florida.

37.     Powell was advised that O'Brien had cancer and his wife and family resided in another state. Powell believes he has since wed the company's marketing manager, Jessica Wolf O'Brien, (with whom O'Brien regularly co-habitated near the Brown resident) for potential criminal spousal immunity protections.   Powell also believes the cancer allegation is a precursor to criminal involvement to prepare family members for a potential death if the perpetrator's mission leads to their own death. Cancer also redesigns prosecution decisions due to avoidance of expense of incarcerating someone who deserves medical care, apparently.  Joseph M. Shuster also had been diagnosed with 'cancer' many years before he 'died'. **

38.     Powell discovered Simply Self Storage employed Broad and Cassel (C. David Brown, II) up to November 30 due to seeing an invoice in Hanley's work space, which

53

represented it was less than a week before Powell received an offer of employment on

December 5 that the company had used Broad and Cassel's services.  Powell also discovered,

along with removing Powell's ability to access a two years' worth of digital activity of the

company, that Akerman represented the bank which was regularly used for closings and the

partner normally involved in those closings was the partner who advised Powell she was 'close

personal friends' of 'Wanda Brown' during the fraudulent Akerman interview which had

occurred shortly before Powell was contacted for an interview with Simply Self Storage.  It is

unknown whether that partner also resided close to the Browns' and O'Briens' Islesworth

Country Club Drive residences.  It is believed Akerman and the Partner slandered and colluded

with Broad and Cassel, P.A., its partners, legal affiliates and agents for the benefit of themselves

and against Powell by creating only a temporary employment relationship with Simply Self

Storage to vitalize Powell's resumé with current information relating to it creating their ability

deliberately harm future employability further while keeping connecting to Powell through

future employers' calls for reference information.  It is also believed Wanda Leigh Brown has

always been available to legally defend her husband's activities personally without dependence

upon Broad and Cassel, P.A.'s involvement in his defenses.  This legal defense is particularly

beneficial since discussions of criminal activities could not be compelled regarding her spouse,

C. David Brown, II, which would be detrimental against him during criminal proceedings.

Powell alleges Wanda Leigh Brown had consigned to her husband's criminal activities, in lieu of

reporting them to authority and advising him to find a lawyer other than his wife whom he would

use as a shield while alleging 'client/attorney privileges' and/or 'spousal immunity' regarding

her 'personal knowledge and consents'.  Powell believes she was slandered with Akerman prior

to an employment interview, particularly by C. David Brown and/or Wanda Leigh Brown who

allegedly was a close personal friend of one of the interviewing partners if not also client(s) with regard to their involvement(s) with a federal investigation into imminent domain matters which Powell may have reported to federal authorities. During the initial employment period, neither this bank nor the partner was used for the company's loans; however, after three months the company resumed using the same bank with a different Akerman office and lawyers. Powell asserts this phase was also coordinated through organized criminal conduct and based upon slanderous allegations against Powell relating to speculating 'what you could do', as alleged by the Human Resource Director to Powell as she was being escorted after being discharged. It is believed it was a consortium of effort, at the time, to harm Powell's future employable; however, due to severe intimidations which occurred regarding retaliation against Powell and Plaintiff G.B.J.H. repeatedly and relentlessly, for making disclosures to the Federal Bureau of Investigation and events since it is viewed as a precursor to identify Powell's future employment locations (via those companies calling for verification of employment information) to conduct harm Powell and/or Plaintiff G.B.J.H. There have been murders of others which Powell has identified as related to Powell's situation which deaths has created more intense concerns regarding Plaintiff G.B.J.H.'s safety and deep grief for the survivors. Powell has felt responsible for those deaths which has created a inexplicable sense of remorse, despite not being directly related to their killings, yet wondering whether there was anything Powell could or should have done which would have averted their deaths. Concern for friends' safety was also paramount which created a constant struggle of balancing protecting Plaintiff G.B.J.H. and her contacts. Plaintiff G.B.J.H. has also been a target by those in her day-to-day contacts which has led to persistent assessment of safety factors.

39.     C. David Brown, II is/was on the Board of Directors for ITT Educational
Services, Inc., one of the nation's for-profit education programs, and a member of both the
Compensation Committee and the Nominating and Corporate Governance Committee.  This
organization recently closed most of its 130 schools, nationally, with accusations of 'widespread
fraud and abuses' affecting 35,000 students which led to refusal of the federal government
funding any federally tax-paid student grants and loans.   Those students who can locate schools
to accept credits for transfer will be liable for their student loans; however, it is reported it is
unlikely they will be able to transfer any of their credits to credible schools.  This has debilitated
students and tax-payers with an investment with no return.  Powell eventually sought to change
her career by pursing a degree.  Plaintiff has incurred *substantial debt* and, due to needing to
protect Plaintiff G.B.J.H., inordinately, from harm and needing to move and change programs,
Powell has earned many credits without any degree.  Daniel Webster College (the name of the
project which Powell reported is the Daniel Webster Western Beltway) was one ITT school
which did not close with the other 130 which seems to posture for a criminal element.  Powell
accounts this anomaly as a 'bragging' event that Defendants have financially debilitated the
Powell family with the same results of ITT Educational Services, Inc.  Additionally, Powell
asserts BROWN sought to further uniquely debilitate Powell through the ITT association since it
was a vendor used and promoted through welfare education programs to which Powell would be
predictably entitled after being deemed 'unemployable'.  Powell has struggled intensely over
caring for her daughter, keeping grades high to become employable again, and staying vigilant
about the family's safety.  The 2016 posturing through the Daniel Webster College shows
intense fixation with relentless criminal intent to perpetuate retaliations against Powell and
Plaintiff G.B.J.H. for POWELL not committing to conform to the unprofessional, unethical and

very likely criminal expectations of theirs' and later becoming a 'whistle-blower' against BROWN, MALLET and their associates, some of whom have acted as extensions of them, severally and together.

40.     Shortly prior to the only employment interview with Simply Self Storage, Powell contacted Federal Bureau of Investigation Officer Eduardo "Ed" Ortega, Tampa Office, in October regarding the Broad and Cassel OOCEA/Ross Groves Parcel 216.  At that time, Powell was not aware of the Clinton/Bush/Columbia/Jefferson National Title Insurance Company parcel irregularities.  However, Powell researched articles and public OOCEA minutes to determine the controversial history regarding whether parts of the beltway were even necessary and to learn that the Jefferson/Columbia sale defeated eminent domain precepts to the extent that OOCEA was a trustee for federal funds to be used for takings by necessity and not to become speculative real estate investments or to particularly financially enrich speculative real estate investors. Powell was compelled to discover why events were occurring to her and her family.   When Powell suspected the Columbia parcel was or would be mal-administered, Powell reported this in early April when Powell met with the Orange County Attorney's Office shortly after Scott Pignone allegedly committed suicide (within a week) and very shortly after Powell resigned from Simply Self Storage.

41.     Powell believes Florida has an organized element that has leveraged itself to deny informants/witnesses and their family member(s) access to early policing protections.

42.     Shortly after employment began with Simply Self Storage, the Orlando Sentinel published a Sunday front-page story about the State Road 429, Daniel Webster Western Beltway, Part C, becoming part of an existing investigation with the story citing it was 'confirmed' by the Federal Bureau of Investigation.   Hanley, visibly upset, advised Powell about the article the

following Monday morning and expressed an expectation of lawyers would be 'hiding things' to keep her from facing consequences after Powell asked her if she was afraid about going to jail. Powell was not knowledgeable about Hanley participating in any eminent domain matters, especially the Western Beltway, until this discussion.

43.   Powell observed a Broad and Cassel, C. David Brown, II invoice dated November 30 in Hanley's 'in' box after approximately four months of employment after being told early December by Attorney Schmutzler in Hanley's presence that Broad and Cassel no longer worked for the company due to over-billings. Due to this, Powell realized there was planning for her employment by several events which were unusual. Powell called Ortega very upset since Ortega had informed Powell she would have her identity protected and his office would be able to process the matter without her further assistance. Federal agents later generically responded to Powell she could contact 911 if she believed her life was in jeopardy.

44.   Either before or after this phone call, Schmutzler had begun to repeat statements made to the Federal Bureau of Investigation within Powell's hearing range. The first time was to Jason Jacobson after Schmutzler skated down a concrete-floor hallway from the front of the office where his office was located to Jacobson's (near to Hanley's and Powell's desks) on a pair of inline roller-blades. This overt talking aloud began a regular event which intimidated Powell into seeking employment elsewhere while she called the Tampa Federal Bureau of Investigation with updates to seek protection for her and her family. Those updates were also repeated to such a degree that Powell advised the FBI office that messages which were left after-hours from Powell's personal phone line at home which were not being repeated by Schmutzler aloud and they obviously had a breach of security with their live conversations on their phone-lines in the Tampa office. There was no interest shown either about the intimidations or the apparent

breaches of security of the Tampa FBI phone-lines.  Powell never contemplated the breach was

with her line since there had been no other indicators with her line being breached.  Powell since

discovered the 'Metropolitan Bureau of Investigation' was a hybrid with the Federal Bureau of

Investigation and they appeared to trade information, seamlessly.  Due to the hybrid relationship,

Powell believed absolutely no confidentiality was ever contemplated by the Tampa FBI Office,

contrary to Ortega's assurances he had spoken to someone who stated Powell's disclosures

would be protected.  Powell had also confronted Ortega about the front-page article published

very shortly after Powell had spoken with him.  Ortega neither made any comment nor sounded

surprised.  Powell experienced very serious duress over the safety of her family during the direct

intimidations occurring at her place of employment, involving listening and watching outside for

intruders in lieu of going to bed at night to rest.  Powell temporarily stayed employed while

seeking employment elsewhere, due to the intense difficulties in being employed, and eventually

gave up on having policing interventions.

45.     Due to Hanley conveying Powell her resumé was found on 'Monster.com' which

precipitated the initial interview, Powell refrained from initiating use of Careerbuilders.com,

Monster.com or posting other online marketing databases as part of her employment searches in

Florida.  Powell also sought employment across the state in Tampa and south as an attempt to

resuscitate her career, all of which are drastic steps with an anticipation of more than an hour

commute until a relocation could be justified.  This was before Powell realized she was to be

targeted for retaliation by attacks made against her life in Orlando and seeking to unconscionably

harming her daughter permanently through the loss of her mother through her death.

46.     Regarding General Electric Corporation, GE Real Estate Corp and GE Real

Estate:  Powell was informed during her employment with Simply Self Storage by Hanley that

OB Companies was a subsidiary of 'General Electric'. At the time of Powell's employment, her employer had a two year history of operation. Powell had prepared a closing involving "GE Real Estate Partners" involving a 'Robert Cirrone' and later observed an email from 'Bob' Cirrone generated from the inner-office email company account. As to General Electric and EVINE Live, Inc., General Electric owned 80% and Vivendi University owned 20% of NBCUNIVERSAL which was a primary stock-holder of Evine (predecessors ValueVision, etc., and EVINE Live, Inc.) which ultimately merged with COMCAST.

47. Powell resisted believing her co-workers would be retaliating against her on behalf of Broad and Cassel (and others) until Powell sat near the former Simply Self Storage CFO 'Ray' sitting near her desk, observed him appearing *very nervous* and heard him speak of his anxiety from seeing someone or people walking in the business office hallway he could see while sitting near Powell's desk. Hanley responded, laughing, "Yeah, like FBI nervous?" Hanley was immediately called into Todd Agnew's office on the other side of Powell's desk and closed that door closed behind her. At this point, there was no question their cruel, regular intimidation was retaliation for Powell contacting the FBI with regard to Broad and Cassel (and refusing to commit fraud on behalf of partners, 'JEB' Bush, Sr. as appointing agent of OOCEA's chairmen, and the McAuliffe/Jefferson Title Insurance Company/Columbia matter later) and that slanderous discussions regarding Powell had ensued prior to being employed by Simply Self Storage and her employment was predicated upon fraud stemming at least from Broad and Cassel and its agents, Akerman-Senterfitt and its agents, Simply Self Storage and its agents. The CFO was anxiously expressing concerns after returning from an office-initiated birthday event for him which Powell did not attend due to a commitment to send a resumé' to a placement counselor to procure employment elsewhere as soon as possible due to the intimidation and

retaliation after viewing the November 30 invoice to Broad and Cassel, listening to Schmutzler repeating statements made by Powell to the Tampa FBI, and experiencing apathy by the Tampa Federal Bureau of Investigation Office regarding Powell's and her household members' safety.

48.     Powell ardently sought employment elsewhere while remaining employed with Simply Self Storage until a closing occurred which Hanley had directed Powell to include a line-item which was depicted unusually. [Powell, in fact, had just begun looking for employment elsewhere the day CEO 'Ray' expressed his 'FBI anxieties' outwardly while sitting close to Powell.] Hanley assured Powell it was customary to include it as she proposed with that lender and law firm. When Powell transmitted the closing statement to the lawyer for the lender, Powell included a statement in the email that she had been advised the entry was 'customary and acceptable'. A copy of that email to the bank's law firm was sent to Hanley and Schumutzler, concurrently. [By this time, Simply Self Storage had shifted back to its regular bank and Akerman-Senterfit as its legal counsel; however, it used a different Akerman lawyer in a different office than which had been used before Powell's employment. This Akerman office was different than which was used with C. David Brown, II and Broad and Cassel's involvement with closings there prior to Powell's employment).] As such, Akerman colluded with Simply Self Storage for  Powell's fraudulent pre-employment activities to use a different lender and then a different Akerman office when Simply Self Storage resuméd its usual lender. Using a different Akerman lawyer and office was to cover-up Akerman's partner's involvement (the close personal friend of 'Wanda Brown') during the fraudulent employment relationship and intense intimidation. This activity may have related to intense witness tampering and informal, illegal discovery tactics by Browns' lawyers which was one of Akerman's advertised specialties at the time Powell had interviewed with it mere months before being employed with Simply Self

Storage.  Additionally, as a 'close personal friend' of Wanda Brown, said 'retained' defense counsel may not have been evidenced in Akerman's list of clients while the 'close personal friend' had access to consult with experts on this topic within its Orlando firm.  Despite this email being truthful and consistent with Hanley's directive, Hanley immediately walked to Powell's chair and ordered Powell to stop the email quickly before it left the server.  Previously, Powell had been advised by Hanley on several occasions that she believed that Schumtzler and the company CPA were 'going to jail' and Hanley explained to Powell the questionable entry on the closing statement was why Hanley believed they were 'going to jail'.  Hanley then quickly walked to Schmutzler's office immediately after watching Powell attempt to retrieve the email via being stopped or recalled and Powell believes it was to assure Schmutzler that the email had been recalled.  The outcome of those efforts is unknown.  Prior to these events, Powell never asked Hanley about specifics about why she believed Schmutzler and the CPA there should be imprisoned; however, Powell stayed within ethical conduct within her employment relationship and duties.  Due to the controversy about making disclosures of an entry on a closing and being directed by Hanley to disassociate from a full-disclosure email to an attorney listed on a closing statement, Powell resigned the following work day morning since returning to work meant to participate in fraud while finishing the closing.  Powell sent an email resigning early on the next business day morning.  There was never any inquiry by management or conveyance of any concerns to Powell regarding why the resignation was necessary, without prior notice, or to seek resolution of any issues with Powell.  Powell endured enormous anxiety over the necessity of resigning under such circumstances, especially without another employment relationship pending and especially needing a good reference of a current employer due to the history of retaliations after leaving Broad and Cassel.

49.     Powell was hired on the basis of a salary, plus production-based commissions. Powell was never compensated any commissions which evidences more pre-employment fraud. Due to the difficulties with the relationship, Powell never asserted her commissions were due while none were paid to her.

50.     Powell asserts pre-employment fraud involved slander and/or libel on the part of Defendants.

51.     Simply Self Storage did not transmit Powell's W-2's within the legally required period, despite several requests made to the company HR Director.  There had been no address change or any allegation they had been sent and returned.  In fact, Powell's requests were entirely ignored.  After contacting O'Brien, the W-2's were conveyed immediately.  Due to the intimidations, Powell had concerns the non-conveyance of W-2 was to cover-up Powell's employment entirely with the U. S. Internal Revenue Service.

52.     Powell resigning under such circumstances has created anguish since it was, generally, unprofessional not to give any employer at least two weeks' prior notice.

53.     Due to pre-employment planning, scripting, and intimidations, Powell believes that Schmutzler bringing Powell to O'Brien's home near the Browns' home to notarize signatures of documents was, minimally, to posture power and impending retaliatory events which were to ensue on behalf of the Brown couple after this one visit to O'Brien's home which is otherwise inexplicable.  Ms. Brown may have been at her home to observe whether Powell was the same one as who worked with Broad and Cassel lurid reasons which have since manifested.

54.     Powell has since learned of pages posted on the internet citing former employees who were murdered and allegedly murdered or committed a (staged) suicide after working

for/with George H. W. Bush, George W. Bush, Marvin Pearce Bush, and/or William Jefferson Clinton [Blythe].  Despite not being aware of this history, while Powell was at home, she feared for her life and the lives of two small children who resided in the Powell home at that time she endured intensified intimidation by employees within Simply Self Storage's head-quarter in Orlando, ie. Debra Hanley and Kyle Schmutzler, with involvement of the former CFO, 'Ray" (from Minnesota), the CPA, and Todd Agnew, which gives evidence of the fraudulent hiring and retention of Powell and slandering Powell prior to employment and during same.

55.      Powell has relocated to Minnesota which has a distinct presence of German, Ashkenazi "nazi" jews which frequently posture through the local media news, especially KSTP/ABC.  A visit to the Minnetonka FBI office revealed observing a presidential black-and-white bust photograph of George H. W. Bush with another photograph of him sitting in his wheel-chair taped to it which was posted for the front counter view.  No evidence of President Obama could be found, especially as Commander-In-Chief.  No names were provided by either FBI agents, no business cards were provided despite Powell requesting same, or use of official letterhead for a receipt would be used to evidence any visit.  Powell had problems with her daughter being stalked (under cameras in a drugstore) by someone from New York despite a restraining order being in effect.  The restraining order had been revised as the result of a private meeting between the prosecutor, issuing judge and defendant.  No court notice was issued or sent to Powell to attend a hearing which adversely affected Powell's and Plaintiff Doe's rights to ensure the resulting changes to a restraining order favorable to Powell and Plaintiff Child Doe were not detrimental to them.  The result was no required buffer zoned distance between parties' bodies which lack of provision was exercised by the stalker traversing extremely close to Powell very regularly and briskly following Plaintiff G.B.J.H from the front of a store to the back as she

was very terrified he was racing to catch her.  The stalker was not a legal resident of the building

and copies of court orders were hand-delivered to the office.  The local police refused to

prosecute the violations of Plaintiff Child Doe being briskly stalked from the front of a store to

the back (presumably under store cameras of a national chain drugstore) despite the police

advising Powell and Plaintiff Child Doe the activity was considered by him a violation of the

restraining order.  The stalker aggressively followed the child while she very fearfully sought to

evade him chasing her and be in the safety of her mother who was in the back of the store.  The

unit across from Powells' unit was vacated until shortly after Powell typed in a document, while

on the wifi, how the vacancy was facilitating someone being inside (not a renter) while Powell

opened their door across the hall and easily invading the Powell unit.  Despite being in a

different town, that internet relationship with CenturyLink was not secure, either.  The tenant

who vacated the unit moved back into the building immediately after a date Powell was harassed

by the HRA Director, Jon Ford, to move out so Powell would not become aware that tenant had

resuméd tenancy and had moved out particularly to make the unit across Powell's unit vacant.

This is one of many examples how CenturyLink had been used as a facilitator into aid criminal

activities against the Powell family.  These activities profoundly disrupted Powells' right to

'quiet enjoyment of property' as one of their Bill of Rights.  The other liabilities will be

addressed in a related case which Plaintiffs anticipate filing in this district soon.  There are

several more examples of Powell and Plaintiff Doe's safety and privacy being relentlessly

hindered or breached during long-term periods of time by individuals or entities other than

CenturyLink and through CenturyLink services.  These activities necessitated Powell being

vigilant about Plaintiff Doe's privacy, safety and self-awareness of guaranteed freedoms,

liberties and right to pursue happiness as a citizen of the USA despite not having access to such

65

guarantees.  A discussion with Director Jon Ford and his HUD Section 8 Administrator, Nona Johnson, which gave intimidating and clear evidence at least one of them had access into my internet activities and discussed it with the other in Powell's presence.  Plaintiff had to repeat events on several occasions which has created hardships by recalling extremely threatening events regarding Plaintiff G.B.J.H's lack of safety and citizenship privileges as a minor child of a Christian, whistle-blower and former employee of those related to Broad and Cassel, P.A., other Defendants and their agents.  Powell's diligence has been severely intensified by a visit to her home in Orlando involving two males and two get-away vehicles while Plaintiff G.B.J.H was in a Robert E. Lee Middle School in Orange County School District classroom, Mrs. Laura Dietz', during the administering of a HHS questionnaire.  Plaintiffs grew to be acquainted with Robert Dietz through a basketball program for Plaintiff G.B.J.H. and other events at Baptist church in the neighborhood which has since changed its name.  It was Robert Dietz's law firm (he as the marketing manager who also had an ongoing relationship as a 'pro bono' lawyer for HHS child-protective matters while practicing in workman's compensation), Zimmerman, Kiser & Sutcliffe which merged with a law firm that was known for high-speed rail business in Orlando – said firm being absorbed into the Zimmerman firm.  Hanley left the employment with Simply Self Storage and was employed with the Zimmerman firm until she associated with a former Darden restaurant shortly that restaurant chain severed itself from its parent company.  During the time between the visit of the two males and two get-away vehicles, the media cycled the high-speed rail project profusely in the media.  Powell learned one of the men involved resided extremely close to Powell's home (on the block across the street) in a rental property of a California owner who had a website highlighting 'soft living topics', plus transportation review, especially regarding rail projects.  Powell observed the other male in the front yard of the other side of that

66

duplex and he acted like he saw Powell and her daughter then, also. That property's taxes were managed for the absentee owner by an accounting firm in the neighborhood which shared the same last name as one of Hillary Clinton's co-managers for her 2008 presidential bid, Hathaway, who bears a reference to the Hathaway family involved in planning/zoning in Seminole County. Terry McAuliffe, governor of Virginia, was the other co-campaign consultant. Powell reported Terry McAuliffe's involvement in a parcel which appeared to relate to 'Bill' Clinton via its name before it merged into a 'Columbia' name and said parcel was sold in its entirety. Mallet proposed the purchase of the entire tract based on speculative terms, including the belief the purchase price of the remainder parcel would be greater later and eminent domain laws would support that purchase later. This information was derived from OOCEA minutes. The *en toto* sale covered the ownership deed in future title ownership searches and hid the initial purchase and sale. Had a remainder parcel existed, the ownership would be exposed in future deed searches.

56.     It has since become apparent, Broad and Cassel, P.A. has had lively relationships with at least two (2) potential presidential candidates which Powell believes is a core reason and purpose for the nationwide retaliations and harm which followed Plaintiffs from Florida to Minnesota:  McAuliffe has also served as a campaign consultant of both presidential campaigns of 'Bill' Clinton and served as the Democratic National Convention Chairman (2000-2005). It has been reported he paid, via a PAC and the Virginia Democratic Party (directly controlled by him or influenced by him), almost $675K (more than 1/3 of all her contributions) to a senatorial McCabe campaign whose husband later became the FBI Deputy Director who provided personnel and other resources to manage Hillary Clinton's email server 'investigation' and FBI Director Comey's former law firm represents the related server company and its employees

which would also have access to emails involving a server. This, plus the intent to abduct, harm and/or murder both Plaintiff and Plaintiff G.B.J.H. in a sequential fashion to compensate a relative for his criminal conduct with assisting with the harm of others and the annulment of constitutional rights of citizens of the USA.

57.     Powell has since learned that Bush grand-father, Sen. Prescott Bush, had assets seized from a bank of which he was Director for participation in WWII during and afterward, pursuant to National Archives released after being sealed. As a result of the bank asset seizure, according to the National Archives, more assets were seized after determining more involvements existed through material that was seized during the initial seizure. Powell believes the reason Schmutzler wore inline skates while he was intimidating Powell was to convey a 'nazi' motto: "Let's roll" as intimidation and colluding with a war activities in response to the 'Let's Roll' themed-victory who defeated hi-jackers at Shanksville, PA during the 9-11 crisis before they crashed.

58.     Simply Self Storage has initiated a press release last year alleging a Canadian investor was seeking to assume a Bahamian investor' (Tavistok) investment in the private company; however, what actually occurred and is occurring is two phases of purchases of the entire asset base of Simply Self Storage. The Canadian investor relates to German control after the queen dies due to an edict she released before she gave birth to her second son that directs her first-born son, his first-born, and his first-born (clarified later relating to sons only) would be in German 'royal' lineage of her husband, Phillip Mont Batten, who also relates to Russian royals. Powell believes the 'brexit' was the European Union realizing England was voting for Germany while Germany voted for itself and that England's departure was involuntary. Nonetheless, President Trump elected to fly to Scotland (the day of the Brexit announcement)

which is already under rule of Prince Charles Mont Batten, as a German/Russian royal, as the Duke of that territory.  This postured his and his mother's citizenship being Scottish-UK and German-Russian, giving homage to an errant Jewish standard that citizenship of a person is determined through the mother's citizenship and Prince Charles' blood-lineage depicted through his mother's edict.  The biblical Jewish standard formerly gave homage to a paternal's citizenship (which is not always easily provable or desired to be overtly disclosed).

59.    Broad and Cassel was co-founded by a Russian immigrant from New York and has the reputation of being 'Jewish'.  Powell was chastised for keeping a Sabbath Holiday as a Christian by a partner and by a Human Resources Director, Noelle Dinsé, on behalf of the firm while stating Powell had made an 'offensive religious statement' right after returning from keeping a required Sabbath as one of Powell's 'vacation' days.

60.    Powell believes the anti-U. S. Constitution relates to illegal New York Bet Dins which have a reputation for being gender-biased against women during divorces partly due to being stocked with male judges.  Illegal, as they are, by alienating women from their 'inalienable' rights cited in the U. S. Constitution for all.  It is also an anti-Christian movement with demonic persuasions.

61.    Christianity which participates taking Holy Communion properly 'as the Body and Blood of Christ Jesus', regularly, confronts vertical rankings of societies, including illusions that 'royal families' exist outside the royal Priesthood of Christ Jesus.  It is the truth-avenue achieving equalities [national origin, color, religion, age, and sex (gender)] with effortless conveyance of human rights by those also taking Holy Communion.  In strict terms, participating in taking Holy Communion could lead to treason accusations and defection from pagan royal illusions.  The pagan 'royal illusions' are impotent and irrelevant for those who employ Christian

gifts properly.  EVINE Live, Inc. is located in Eden Prairie, Minnesota; however, the upper

echelon offices are located in New York City.   Trump tweeted about 'Lyin' Ted and Cruz and

the media responded with referencing pictures of Melania Trump in comparison with Cruz' wife.

This began movement toward another planned attempt against Plaintiff G.B.J.H. which failed on

the evening of March 24, 2016.  Trump's beauty pageants have been aired on NBC and Powell

believes his involvement against the Powell family relates his relationship with George H. W.

Bush which is evidenced by the recording of the parent company being on his grand-child's birth

date (Neil's daughter) and resignation on a Sunday of CEO Bozek and the Corporate Counsel

Nuce also being on another grand-child's birth date.   EVINE Live, Inc. also depicted stock

activities by creating cadences emphasizing Powell's and Plaintiff G.B.J.H.'s birth dates and

other relevant dating referencing, including this year after Powell had voluntarily severed

employment after harassment and intimidations relating to cover-up an unethical review by a

supervisor without the standard Human Resources Department's participation and approval.

Powell conveyed most of these elements to the Human Resources Director who stated she would

'get back with Powell' and Powell has been ignored by her since.  The stock activity dropped

below the Standard & Poor's 500 baseline on a strategic date relating to the Powell family to

convey the dip was precisely to posture the activities related to the Powell family threats with

EVINE Live, Inc. were still ongoing.  After a post-employment attempt against Plaintiff G.B.J.H.

failed in late March, 2016, after Powell's resignation was effective on January 30, 2016, stock

movement evidenced EVINE Live, Inc.'s anticipation of Powell being temporarily re-employed

by spiking activity on her birth date.  This was due to G.B.J.H.'s social security survivor income

being anticipated to be eliminated with her death (the family's only income), creating another

episode of unexpected despair over meeting minimal standards of living without her social

security benefit payments and emotional trauma regarding loss. One date of a different threat against Plaintiff G.B.J.H. involved a neighbor only working a threatened day, with EVINE Live, Inc. breaking protocol by not requiring him to work minimum required weekly hours, including minimum weekend hours. EVINE scheduled a 'Deadliest Catch' show on 'Bill' Clinton's birth date during Powell's shift which orders were never fulfilled due to an allegation of lack of ice and, as such, was scheduled for threatening and retaliation effects on 'Bill' Clinton's birth date – a period which has been a risk-period the movement has regularly used, i.e. August 17-19 as JEB Bush Sr's wife's birth date, Dorothy Bush Koch's birth date and Clinton's, respectively. This is reinforced by Powell's neighbor unusually being scheduled that same day, exclusively, while not fulfilling required shift requirements to remain employed. President Trump has regular access to co-founder of The Apprentice (NBC) while alleging he is a co-producer of this 'reality show'. This person is a UK national from Scotland (under rule of 'Prince' Charles Mont Batten already) who appears to have immigrated illegally as a nanny/home security agent after serving in the British military. The co-producer has a purported $450MIL net worth for which he has likely never paid any IRS federal taxes. With no U. S. Constitution, there is no potential for criminal prosecutions – including for the debts, such as unpaid taxes, fines and interest. His wife is a Scottish national, also, with a reported $20MIL net worth. Additionally, another reality show "Shark Tank" (ABC & CNBC) features a neighbor of George W. Bush as one of its regular participants. A different participant of that program overtly cited his likelihood he would seek a political position in Canada which Powell believes he was suggesting Trump was a TV celebrity who legitimately was elected due to his TV shows and another's TV notoriety would capture votes in Canada. Due to Powell's retaliators involving high-level politicians and Evine Live, Inc. is also based in New York City, Powell believes George W. Bush and Donald J. Trump have

71

traced these issues via using the media by referencing topics, such as 'wiretapping'
(CenturyLink) and 'McCarthyism' (anti-Christian Jewish trending in these events and NBC and
NBCUNIVERSAL's involvements as a primary investor in the parent company of EVINE Live,
Inc.) to allege Powell has taken these facts from their recent media churning.  However, Powell
has authored several documents and sent them to different third-parties, including Federal agents,
to prove relevant facts and topics have originated long before they began their tracing (and that
they have had access to said documents to attempt to distort the sequencing of information).
They may be attempting to fraudulently create a 'reasonable doubt' with regard to their concerns
about criminal trials before juries.

62.     Powell moved her family outside the Orlando very shortly after employment with
Simply Self Storage ended voluntarily after profuse intimidation tactics and under the threat of
committing criminal acts to complete of a real estate closing.

63.     Immediately *prior* to this employment, Powell was employed by a temporary
agency which placed Powell with Miller, South and Milhausen, P.A. with the condition that the
temp-to-perm position would convert to employment with that firm within 30-45 days which was
consummated late and Powell, after that time, provided personal information to it, including her
daughter's birth date, for purposes of insurances.  Powell had regularly insured her daughter with
both health and life insurance.

64.     Powell was assigned to perform work for Angela Shaw, Partner, as well as others
with no exclusivity.  Shaw had advised Powell, during one of two meetings in her office, that she
did not want Powell to review title examination. Powell was advised to retrieve the title results
from the front and deposit same directly to Shaw who would review title examination results to
give Powell directives.  The other lawyer to which Powell never prohibited Powell from

reviewing title searches and prepare draft commitments/policies for review/revision/endorsement and there was no controversial event which would explain Shaw's directives.  Powell also directly reviewed and prepared commitments/policies on a regular basis before and after employment with Shaw with no controversies.   There had been no justification given to Powell by Shaw before this directive was given.  Powell knew of no reason for the change of policy with only Shaw outside established company policy.

65.      The second meeting with Shaw was initiated by her to discuss an 'emergency' real estate closing.  In the beginning of that meeting, before it had begun, another lawyer came to Shaw's door to discuss with Shaw her having family portraits and dinner that evening with the president, George W. Bush, in the home of her father-in-law, former U. S. Representative E. Clay Shaw, Jr.  Shaw who has served in his former role for 13 terms from 1981 - 2006, involving George H. W. Bush, William 'Jefferson' Clinton, and George W. Bush as 'president'.

66.      Very shortly after the 'emergency closing', Powell was called into a meeting alone with Shaw's Partner, J. Gary Miller, during which time Powell was told her employment was terminated without giving Powell any reason.  When Powell respectfully pressed for an explanation repeatedly, Miller stated he did not have to provide any explanation and would not be do so despite Powell asserting her belief not having any explanation would harm her potentials during future employment interviews and jeopardize potential employment offers.  Powell expressed this to Miller while he refused to convey any reason for the discharge.  Powell left and later sought an explanation from another Partner, via emails, and which generated no response.  Powell knew a good reference would not be available to assist with future employment due to the way Miller terminated the employment and subsequent non-communication.   Powell believes the temporary employment relationship was contrived to

appear as a permanent position, fraudulently, while posturing, via Shaw, George W. Bush was involved in the discharge.

67.     Regarding claims against Shutts & Bowen LLP, Angela D. Shaw, Esq., had been employed as an associate lawyer with this firm prior to her affiliation with Miller, South and Milhausen as a Partner.  Shaw had advised she was close friends with two paralegals from that firm, still, who consider themselves Jewish.  Powell was invited to interview for a secretarial position with Shutts & Bowen LLP as the first interview after leaving Miller, South and Milhausen shortly after leaving its employment.  This interview was to have been with a Partner; however, after answering his cell-phone, he immediately departed as the interview began without him ever participating.   He never asked the interview to wait for his return, expressed any obligation to return, nor did he return the entire period that Powell was interrogated particularly about why Miller, South and Milhausen employment was ended.  Powell was left inside a mid-sized conference room filled with lawyers who pressed Powell for the reason why Powell had *involuntarily* left the employment with Miller, South and Milhausen.  Depite Powell explaining factually what was said and done with J. Gary Miller, the lawyers pressed further for Powell to answer the question differently.  Powell responded, "Your guess is as good as mine" and the 'interview' promptly ended without discussing skills, dates of availability, etc.  Powell later learned that OOCEA was also represented by this firm.  Powell believes that event was to i) first have the inviting Partner's secretary investigate particularly *where in Louisiana* she had resided during a pre-interview lobby inquiry to target where Powell would predictably move back to due to more anticipated economic hardships from unemployment; ii) attract Powell to be investigated by lawyers without her knowing their identities since the only Partner whose name Powell would recall immediately left and never returned prior to Powell leaving the office (nor called to

reschedule and/or apologize for missing the interview); iii) arrange a fraudulent event to try to create witnesses against Powell to help Broad and Cassel (and J. Gary Miller) in legal defenses regarding these issues and to help attack Powell's credentials and/or credibility. A second fraudulent phase of the 'interview' ensued with two paralegals who Powell was told by Shaw that she was still very good friends with Shaw since her apparently departing from that firm prior to becoming a partner with Miller, South and Milhausen, P.A. These two also pressed particularly for a reason that Powell would give for the dismissal by the former firm. Due to these collusive activities, it is believed the discussion about the Bush dinner/photographs with Shaw and a MSM lawyer in front of Powell (while Powell waited inside Shaw's office to begin a scheduled meeting) was posturing by Shaw and that lawyer for Bush's involvement in the upcoming dismissal through Miller.

68.     Powell believes retaliations creating chronic unemployment while representing they were permanent full-time positions was, in part, to support the appearance of Powell committing suicide to support a death was not a murder related to more retaliation and, during the interim, ensure Powell could not afford to initiate legal actions in a civil court or become a witness in criminal actions. Powell believed financial debilitation to first create despair and suffering by Plaintiff Powell and Plaintiff Minor Child for Powell making statements to federal and state authorities regarding Broad and Cassel and its agents.

69.     Minor child, Plaintiff Child Doe has suffered numerous harmful events, such as being threatened, her mother's life being threatened, abruptly moving and losing heart-felt connections with family friends, feeling safe and secure in a familiar environment, being stalked, being a passenger in a vehicle which steering froze while driving in the North Georgia Mountains and miraculously being able to pull into driveway in lieu of falling off the side of a

mountain; enduring threatening, revelatory dreams/nightmares, learning her mother had two males at the home with two get-away cars (with two dogs which leashes were far larger than should have been for the size of the dogs which it is believed were to be used as a noose – due to an infiltrator advising Powell she came home and found a friend sitting on her couch dead with a 'red rash' around his neck and the secret things he talked with her about came out in the news later, allegedly, to convey what they planned to do to me), learning one of the males was seen on the same block as the residence across from the Powell home, experiencing her family being financially debilitated while observing others being financially secure and prosperous, leaving a sense of security and prosperity which was shared with Powell and observing generosity with her friends, not having friends to spend the night due to fear for their safety, feeling there is no future for her due to the lack of liberty and ability to freely pursue happiness without being threatened and experiencing a general sense of unfairness, being forced to primarily support the family financially due to the debilitation and security issues.

70.     Shortly after leaving employment with Simply Self Storage and learning there was no policing protections with the Tampa FBI, Powell moved; however, Powell moved Plaintiff Child Doe back in the same school she was enrolled, Princeton Elementary, due to her unhappiness from the move from not being with her friends in that school district.  Plaintiff Child Doe suffered enduring loss of relationships of innocence and unconditional acceptance she had for years prior to moving and more losses by leaving another location.

71.     During registration with Princeton Elementary, Powell inquired into the date of the 'senior trip' her fifth grade class would be taking.

72.     On the Sunday before field-trip permission slips were released to Plaintiff Doe at Princeton Elementary, Orlando, Florida, Orlando Sentinel published writer Scott Maxwell's,

through (*Kicking a\*\* and) Taking Names,* an article about an event he said he allegedly attended in a story published on March 14, 2010, alleging he was inside a group therapy session of adults and children discussing prejudices experienced due to being orphaned due to 'disease, suicide, even murder'. Maxwell centered his story on a reply of a boy, Bobby, who stated "It happens every time we have a field trip at school. They say: '*You don't have a mommy. You don't have a mommy.*" Plaintiff Doe had transferred to Princeton Elementary <u>shortly after Spring, 2010</u> <u>session had begun</u>. Shortly afterward the transfer, the current principal was transferred to a school near her home. Powell believes the transfer was done to commission more criminal intimidation, retaliatory and harmful conduct against Powell and Plaintiff Doe, including employing the older 'sister' of Plaintiff Doe's 'best friend' as the principal's direct assistant and other activities. It is alleged that Orlando Sentinel colluded with Maxwell through aiding 'insightful' publications to communicate with the organized criminal element involving Defendants, particularly regarding the Bush family. State Senator Nancy Schaefer (GA) was found dead with her husband as an alleged murder-suicide on March 26 on Plaintiff Doe's birth date shortly after Maxwell's threatening article. There was a male from Florida who was involved in a federal criminal case that allegedly killed his Ohio parents and then committed suicide on Ms. Schafer's birth date. He left recorded and written statements about Florida policing agencies needing to be investigated, according to an Ohio article published relating to his parents and his deaths. These deaths, showed a linkage with his death date to Ms. Schaefer's birth date which aligned with Maxwell's article posturing that Plaintiff Doe's death would be impending since Ms. Schaefer's (and her husband's) death date denoted the next (co)victim's (co) murders while likely being staged as another alleged murder-suicide. The Schaefers' deaths were strongly protested by friends and family that it was a murder-suicide as Christians,

especially since i) no investigation ensued in compliance with Georgia law, ii) the suicide was declared by a politician the same day, iii) both were Christians who attended church regularly. The former Florida victim had been in Ohio long enough to i) obtain a new driver's license and/or ii) receive his refund check(s) for Florida utility companies.  Immediately before Powell's vehicle froze in the North George Mountains, Powell observed a hand-painted sign on property across from the friend's property they stayed at which read, "Sheaffer's Lot" which Powell believes marked the property for someone to arrange for the car defects.

Scott Maxwell also revisited the Sea World storyline on March 17, 2016 with the *Orlando Sentinel* which was again published on March 18, 2016 by *The Dallas Morning News*, owned by A. H. BELO CORPORATION, (where George W. Bush and his wife reside) which the *Sentinel* article began a 10 day NASA count-down to March 27, Easter Sunday and The *Dallas Morning News* article began a 10 day NASA count-down to March 28.  With the 'one less' theming 'JEB' Bush, Sr. began in Minneapolis on December 2, 2016, the 10 day adjusts back to March 27 which is Plaintiff Doe's birth date and Easter.  Maxwell revisited Sea World's topic on April 19, 2016, again, as a very prominent date for the movement regarding several murders of children (Waco Invasion and OKC Bombings).  There are no The Dallas Morning News publications of Maxwell's before or after March 18, 2016.

Additionally, Jack W. Short, Jr. (Plaintiff's 'dad' and Plaintiff Doe's 'grand-father' was told he had 'six months to a year' before he 'died' of lung cancer.  George W. Bush, declared before leaving office as President that, for the first time, there would be no federal estate tax imposed during 2010 (after his last term ended) which created an encrypted financial wind-fall to Short's heirs.  [Note:  George W. Bush was appointed by non-elected judges and, with the 'one-less' theme, the panel is still missing a member-judge since Supreme Court Justice Scalia was

murdered in Marfa, Texas – said venue has been historically changed to Shafter, Texas on the Internet as part of a criminal cover-up.  November 11, 2016 will denote a 9 month gestation period from Scalia's murder, using a popular organized crime 11:11 or 11/11 motif making a mockery of Veteran's Day against those who chose to support the USA over the movement's criminal activities.  This date, too, is very prominent with regard to murders since opponents of the movement are viewed as patriots and since November 11 is the USA Veteran's Day, including informants of criminal activities to those who should protect U. S. Constitutional rights of its residents.]  Former Sen. Prescott Bush died of lung cancer and, in the last tax return actually filed by 'JEB' Bush, Sr. while he alleged there were 33 returns, the parent company for the largest diagnostic company in Louisiana (Short's resident state) was listed as one of his investments sold that year on one of his attached schedules.  In fact, there were only 32 returns uploaded on the Internet for scrutiny which represented his conveyance and approval of continuing the 'one less' theming to a treasonous movement intent to retaliate against Powell and Plaintiff Child Doe.  Joseph Martin Shuster, brother-in-law of Jack W. Short, Jr. chose his death date of March 6 in the evening, erev March 7, 2016. to criminally solicit to the criminal element and its leaders for more compensation for his immediate heirs for i) writing a warning 'paper' that 'predicted' Iran Oil Crisis that ultimately involved American hostages being held by Iranians, all who were released on the inauguration date of Reagan while a Bush became Vice President, ii) later promoting Congressional approval as a result of a hearing he participated in regarding a 'National Technology Transfer Program Act' signed by William "Bill" Clinton on *March 7, 1996* which led to Shuster's company, Teltech Resource Network, merging with Sopheon, a United Kingdom entity (yielding Teltech $44MIL with the merger) which company conveyed federal tax-paid research to third parties in/for foreign countries without restrictions or

initial sourcing costs, and iii) his promotion of a nuclear energy agenda to assist with planned
'accidents' as depicted in Margaret Atwood's, "A Handmaid's Tale" aka "Offred" [meaning,
transitioning into communism-red] which book was given to Powell from a county employee
receptionist in Carver County, Minnesota, Department of Human Services to depict the local
agenda of stealing federally-paid benefits as an organized criminal system (while also collecting
federally tax-paid funding as a Trustee) involving no minority employees despite receiving
federal tax-funding to run the county welfare, labor, court, sheriff offices.  It was reported,
during an interview with Shuster, that he wrote, " a report for Congress in 1973 predicting the Arab
oil embargo and rising oil prices." This was preliminary to the Iran Hostage Crisis and the release of
hostages the day George H. W. Bush became Vice President (with an apparent anticipation of a
freebee ascension into the President position had President Reagan's assassination been successful).
In part, Powell believes the Shuster/Leahmann/King involvement against the Short, Powell and
Plaintiff Doe's inheritance flow (with President George W. Bush's assistance via waiving federal
estate taxation that singular year that Jack W. Short, Jr. 'died') is to recapture Teltech/Sopheon stocks
which Shuster 'gave' to his sister (Margaret Short) and seeks to recapture them through a precise
sequencing of deaths so Powell's assets would not flow away from the Shuster heirs to Plaintiff Child
Doe's relatives on her dad's side who died in a one-vehicle accident which was inexplicable due to
good weather, road condition and clear visibility.  It is also believed that Powell's brother, Daniel
Allen Short, acquired inheritance assets, including life insurance proceeds as a named beneficiary to
which Joseph Martin Shuster and his heirs expect to have access to for also participating in assisting
with organized attempts against Powell and Plaintiff Child Doe.  Daniel Allen Short has no (legal)
wife or children and does not reside in a common-law marriage jurisdiction.  This is a small example
of need of funds necessary to pursue assets to which Plaintiff Powell and/or Plaintiff Child Doe

regarding probate of deaths, including Plaintiff Child Doe's dad's.  Due to an undesirable transient

lifestyle, there was a profound delay in learning of his death which created hundreds of thousands of

dollars of losses by Plaintiff Child Doe in not receiving social security survivor benefits.  This is

notwithstanding suffering which has ensued due to thefts of welfare food and other benefits while not

having basic necessities.

E. Clay Shaw, Jr., former U. S. Representative 'died' September 11, 2013 of lung cancer.

Powell was called for an interview with a law firm when Powell was advised the Human

Resource agent was just diagnosed with lung cancer.  Powell was invited for another interview to

the same law firm one year later for the exact same position and was told the prior Human

Resource agent with whom Powell had met the year earlier had just died or just had her funeral –

the person was unsure which had occurred 'that day'.  The HR Director affiliated with Broad and

Cassel when Powell was is now employed with that same firm as its HR Director and Mr.

Shaw's daughter-in-law, Angela Shaw, became employed with Broad and Cassel on June 9,

2014 as an *associate* and then changed her status to '*of counsel*' approximately a year later on

August 6, 2015.  There was a planned attempt against Plaintiff Child Doe scheduled for the

evening of June 18, 2015 which never fully materialized due to Plaintiff Child Doe changing her

schedule.  Powell believes these designations were to strategize to protect Broad and Cassel

from Powell's litigation and other 'necessary activities' to protect Shaw and/or principals of the

firm for Shaw's personal activities and activities on their behalf.  Powell believes Shaw's

adjusted statuses were due to learning of another failed attempt against Plaintiff Doe and to

protect Broad and Cassel from more legal culpabilities of which she was aware when she had

begun to be involved while Powell worked with her at Miller, South and Milhausen, P.A. where

Shaw was a Partner after leaving Shutts & Bowen.  Powell believes Shaw's 'Of Counsel'

affiliation with Broad and Cassel was in anticipation of a successful attempt scheduled very

shortly later against Plaintiff Doe which had ultimately failed.  Shaw has maintained an 'Of

Counsel' relationship with Broad and Cassel since August 6, 2015 and it is believed the status

has been anticipated to change after learning of a successful attempt against Plaintiff Doe's life

and, later, Powell's life.

73.    As to Scott Maxwell's Orlando Sentinel March 14, 2010 published story, the field

trip was exclusive to the entire graduating 5th Grade staying over-night at Sea World Theme

Park, Orlando, owned by Busch Entertainment Corp., a family entertainment division of

Anheuser-Busch.   Its successor, the Blackstone Group, made a first public offering after

acquiring the company in 2009 and has been accused of stock fraud involving its investors.

74.    Due to many reasons, Plaintiff Minor Child has suffered enormously due to these

activities and other related events while residing in Orlando, having moved away and returned to

Orlando, then going to two states until the family has resided in Minnesota.  Powell believed

residing in Orlando would be impossible without speaking with that area's Federal Bureau of

Investigation.  Powell had spoken with that office and was told to put information in writing.

Powel submitted a copy of a narration of events during the first meeting.  There was no follow-

up by the FBI office.  Powell was informed that 'Angel' had called as a follow-up; however,

when this was mentioned to the Maitland FBI Powell was advised there was no staff member

whose name was 'Angel'.

75.    Almost immediately after a second attempted meeting with the Maitland FBI

Office, Powell was sent an over-night package from Milwaukee, Wisconsin containing almost

$10,000 in money orders.  Powell delivered to the Maitland FBI office copies of same with a

statement Powell had no intention to negotiate any of them and had no reason to be paid almost

$10,000 from anyone from anywhere. Powell did not surrender the originals to the Maitland FBI due personnel refusing to provide Powell business cards conveying identities of agents. However, Powell always was processed via the security guard sign-in in the building lobby. Powell researched the account to someone involved with the Milwaukee Chamber of Commerce office and learned that Mark Walker, now governor of Wisconsin, is the nephew of George H. W. Bush with relations with his offspring and other relatives, including those located in St. Louis, Missouri of which Ferguson is a suburb. Powell has no ties to Wisconsin nor had any since the mid-1970's. The Missouri location depicted a Walker-Bush movement against Powell's child, Plaintiff Minor Child, **which was in concert with Liberty University staff (including adjunct professor at that time) and many others – all of which stem from the fraudulent employment relationships involving Powell at Broad and Cassel, P.A. and other employment entities listed herein. These activities also involved both Clintons' former campaign advisor, Terrence 'Terry' McAuliffe, during all three presidential campaigns who also is depicted as a principal of the Jefferson National Title Insurance Company entity which merged with the Columbia entity before OOCEA purchased the parcel, *en toto,* as a speculative 'whole-sale' purchase pitched by Robert F. Mallett to the OOCEA (over-sight) Committee and Chairman to obtain approval of said speculative, possible-future-need purchase while a partner with Broad and Cassel, P.A. This sale violated a basic right protected by the U. S. Constitution which gives rise to defining acceptable purchases of property through eminent-domain acquisitions. McAuliffe has been governor of Virginia since before Hathaway's co-murder and vague post-death cover-up (while the movement bragged about its involvement overtly through using Chelsea's birth date in the 'investigation' report).



76.     Powell became a full-time student to help support her young child and change her career for marketability which involved acquiring student loans.  Due to moves for safety and intimidations with threats conveyed through Liberty University, Powell has stopped attending online classes and abandoned finishing her degree program.  Powell's loans are substantially more than the initial cost at the first institution.  Morris E. Osborn, Powell's former Broad and Cassel co-worker/associate left employment for Akerman and then was employed with Liberty University as a law professor.  His tenure there lasted seven years and one month.  Powell's last professor worked for Emerson Electric, head-quartered in Ferguson, Missouri as a human resource professional while teaching a 300-level economics course.  During this semester, Liberty University conveyed on its web page a former student who had interned with William 'Bill' McCollum at the same time it conveyed an 'Investigation Report' of a student's campus killing, Joshua Hathaway, which had occurred on November 19 (George H. W. Bush's mother's death date).  For the record, immediately prior to Hathaway's death, on the evening of November 16, Marco Rubio and the President of Law School were featured guests/speakers at the 8th Annual Policy Awards Dinner given by the Florida Family Policy Council with Rubio a late-announced key speaker.  This President resigned October 20, 2014 which may have depicted him having a 'seizure' by the U. S. Government since this date is when assets were seized in 1942 from information contained in banking books while Prescott Bush was Director of the Union Banking Corp. (Dutch aka Old German) controlled by the Thyssen family who was reported as an early financer of Adolph Hitler.  The bank and its affiliates had assets seized for violating the US 'Trading With The Enemy Act'.   This dinner postured for the movement overtly through also featuring an author and his book about Dietrich Bonhoeffer who was killed by the Nazi's while opposing the movement as a 'pastor'.  Bonhoeffer died days before the end



of the war. Prescott Bush became a U. S. Senator with Pat Robertson's (former Republican presidential candidate) dad when both served on the same banking committee at the same time. Prescott 'served' Connecticut where Sandy Hook occurred.

The Joshua Hathaway investigation report was dated February 27, 2014 which was Chelsea Clinton's birth date. Lynchburg Deputy Commonwealth Attorney's Investigation Report also used referencing to February 11, provided that 'JEB' Bush, Sr. was born in the evening on erev February 12, and January 20 (President Inauguration Date). The early morning November 19 killing was initially conveyed by Hathaway attacking an officer with 'hammer' which was depicted as a mallet through a picture in the 'investigative' report. The movement uses aliases to depict alliance as a conspirator, such as the author of this article who is shown as "Barrett Morhmann' (Bare It More Mann) and later as 'Barrett Mohrman' with his contact information. The university police radio system was reported defective as well as the shooter of Hathaway alleged his radio was off at times which he alleged was accidental. His name, Mulberry, was kept from the public until the investigative report was released. Despite the venue of the killing was an inside lobby of a former hotel/motel, there were no cameras reported to exist in the lobby where Hathaway allegedly died. During the interim between Hathaway's death, Powell was assigned an economics part-time professor for a course during which time he skipped Chapter 13, yet updated his LinkedIn to show his association with a publication regarding the same topic of that chapter. The course included sequential chapters assigned except for Chapter 13.

These elements centered on Powell's reports made against Robert F. Mallet and rounded-out exactly nine-months from Hathaway's death to William "Bill" Jefferson Clinton's birth date which is a typical risk period, annually. (August 17-19, i.e. 'JEB' Bush, Sr.'s wife Columba



Bush's birth date (17th), Dorothy Bush Koch's birth date (18th), and William 'Bill' Clinton's birth date (19th). Michael Brown was killed on August 9, conveying a 10-day count-down to August 19, William 'Bill' Clinton's birth date. Mr. Brown's birth date is May 20th which is Powell's birth date if calculated in a jewish manner since Powell was born in the evening of May 19, or 'erev May 20'. The method of Brown's murder aligned with former FEMA Chief Michael D. Brown taking the credit through his resignation for profuse criticisms conveyed against George W. Bush for allowing dead victims to remain on the streets of New Orleans to bloat, etc., in the heat after Hurricane Katrina and for withholding necessities from survivors for several days which may have resulted in more deaths. Those who did not evacuate were impoverished and viewed as 'democratic supporters' due to their long-term reliance upon public assistance programs. Brown's killing was done in an organized, criminal mann-er to convey if a Bush wants to do such things, he will do such things and expects no criticisms next time. Since the element uses a 'railroad' theme. it double-tracked with threats against Powell and Plaintiff Doe.

Liberty University changed the Dean of Students to ROBERT MULLEN, then senior pastor of 16 years, and lawyer, of Shenandoah Baptist Church, Roanoke, Virginia. The paternal parent of the university officer who allegedly shot Hathaway in self-defense had worked at the Shenandoah Baptist Church as a youth pastor and was involved in administration of finances. Mullen also conveyed enormous regrets regarding him leaving his senior pastor position despite him and his son deriving faculty-related free tuition benefits since Mullen's assuming his Liberty University employment. This represents an $88,000 employment 'bonus' based on current tuition of $22,000/yr. Also, Mullen, during a very emotional speech to his congregation about leaving, stated he loved his wife and daughter – never mentioning his son. Shenandoah has a

political history of ignoring equal pay requirements of females employed with it and/or its private school while propagating a false teaching that women are to be subordinated to males, including with regard to pay. Powell believes Mullen making a reference to the women in his family was conveying to subversive audience the necessity to move was politically driven to benefit males promoting a GOP agenda which does not recognize equality for all, including women. This is especially due to Roanoke Baptist alleging in a court case it had a legal right to usurp the U. S. Constitution laws regarding equality in pay by compensating primarily a staff of female teachers below legally mandated minimum wages while it asserted it also had a religious legal right to selectively primarily pay married males a salary supplement, and not married women, due to an allegation of a biblical teaching and it holding unique status as a 'church'. In fact, the New Testament states there is no difference 'between male and female' which is proven through the dual-sexed Body of Christ when people take Holy Communion since the manifestation of God/Christ Jesus is both male and female. Additionally, the bible statement, "I can do all things through Christ who strengthens me" (KJV) is not foot-noted with "unless I am not male". Christ Jesus, himself, addressed equal pay while conveying a parable. As such, venerating and elevating any wife or daughter is not historically relevant to males in that church, including its leadership (which consists entirely of male pastors sixteen years later). Liberty University, purporting to be a non-profit Christian university, Raphael 'Ted' Cruz began his presidential campaign at that campus one month prior to John Ellis 'JEB' Bush, Sr. delivering its commencement speech early May, 2015. President Falwell, Jr. also publicly endorsed Trump prior to the Virginia primary. Mullen, as full-time Dean of Students, over-sees student conduct, pastoral counseling and other student care and enhanced that position with providing experienced legal perspectives and possibly advice with attorney-client protections in favor of Liberty

87

University.  He was also available to any witnesses counseled (and files) as a result of
Hathaway's fairly recent death and any dissent expressed regarding whether his killing was done
in self-defense or that the campus and staff were unsafe especially after the investigation report
was released to the public and the retention of the shooter as a university employee without any
disciplinary action.  It was disclosed that the shooter had medical training prior to being
employed with Liberty University; however, he had not attempted to treat Hathway after he was
shot by him.  The Dean of Student office was poised to confirm whether Powell was suicidal
prior to Powell being reported as a victim (while the University paid his salary and his son's
annual tuitions). That department was in the position to solicit to Powell services if Plaintiff Doe
was abducted and/or killed.  Mullen took his position August 15, less than one week prior to the
targeted risk dates of August 17-19 that year.  Due to beliefs his church promoted, Powell
believes Mullen has an inherent inability to believe Powell and Plaintiff Doe are truly valuable
humans while disregarding gender.  At the time of Liberty University's employment offer while
Mullen was serving as Senior Pastor, the prior employment by Shenandoah Baptist Church of a
parent of Hathaway's shooter posed a conflict-of-interest for Mullen to accept the Dean of
Students position while creating a strong incentive to benefit both organizations through
Mullen's oversight of confidential information/evidence regarding Hathaway's shooting by
Shenandoah's former employee and Powell's date-related planned murder exactly nine months
after Hathaway's death which was conveyed during months of a symbolic, perverted gestation
statement (not for life, but death) by members of the organized criminal element.  The former
Dean of Students Anderson was transferred to Director of Student Health Records.   Powell
believes Mullen was employed as Dean of Students to act prejudicially against Powell and
Plaintiff Doe and Liberty University has engaged in acts antithetical to core Christian values and

has *falsely advertised an unworthy Christian reputation* to generate commerce during involvements of criminal activities against Hathaway which relates to Powell and Plaintiff Doe. Powell believes strategizing was primarily due to Liberty University's direct involvement in criminal activities or employing alleged criminals out of states for seven years so they can resumé careers without serving prison sentences due to the unlikelihood that states' prosecutorial reach would not extend very far outside their jurisdictions where acts were committed, such as the Western Beltway. Before Hathaway's first Freshman semester began, a valedictorian of his private school, Liberty University also employed a faculty member from a different university who was an author of a police training manual with regard to crime scenes and taught a Biology course about DNA. Powell believes the criminal element strained itself to convey Hathaway was low-income and mentally suffering before his death (despite attending Liberty University on a full scholarship, graduated as Valedictorian and having substantial cash in his vehicle). This slander has deeply anguished Powell for his legacy being harmed in retaliation for being a 'good and faithful servant'. Powell believes he was more likely 'chosen' for being sympathetic toward Hispanics and was committed to South Americans which represented his non-alignment with the criminal movement, such as Powell and Plaintiff Doe. Powell has been deeply, deeply anguished while being related to deaths which otherwise would not be connected to Powell or Plaintiff Doe if not for the criminal element of her former employment relationships. Powell has also been deeply affected by acts taken against her by Liberty University staff despite being a committed Christian and loving mother while purely disregarding the welfare of Plaintiff Doe while depicting itself as a 'Christian' university. The Student Handbook postures retaliation against students who are involved in acts which would harm the reputation of the university. As such, Powell has been threatened and subversively affected to restrict Freedom of Speech.

Trayvon Martin (killed on Chelsea Clinton's jewishly-accounted birth date), Eric
Gardner, Michael Brown and Alton Sterling, all four related reported recent visits or being at
convenience stores to convey they were all 'convenience killings' to publicly give credit to an
organized element through the media – meaning, there are no actual consequences for needlessly
stopping their lives.  This also aligns with false 'suicide' and 'murder-suicide' policing reports
being 'convenient killings'.  Alton Sterling was co-killed on jewish erev July 6 (evening of July
5) on George W. Bush's birth date.  These details are displayed to see the 'organized' tactics
used to harm and kill others which has caused extreme grief to Powell to realize she was related
to them in some way and the enormous grief those victims' parents which has occurred as a
result of the unrighteous and sudden loss of their children.  Said empathy toward parents and
other survivors has intensified Powell's mental anguish and created inability to pursue 'life,
liberty or happiness' for her daughter and herself while protecting their selves from harm.
Erosion of health and general loss of vibrancy has resulted from long-term stressors to both
Plaintiffs.   These extreme circumstances have defined Plaintiff Doe's 'normalcy' which is
contrary to The American Way and the desire to thrive innocently during a youthful period.  It is
deplorable that RICO civil laws require at least 10 years' activities to give accreditation for civil
law suits, especially while those activities lead to murders during the interim of waiting.  Powell
believes their rights of access to court review during this period has been designed to foster
RICO activities by politicians relating to the movement and led by Bush/Clinton and align with
the seven year period of waiting for their criminal statute of limitations to expire before the
movement advances for murders that would not denote motives relating to employment
relationships.  As a result, Powell and Plaintiff G.B.J.H. have been deliberately denied their
constitutionally protected right, as amended in the Bill of Rights, Fifth Amendment, to have

access to due process through criminal, non-immune activities by politicians.   During post-employment, the State of Florida developed a 'Registered Paralegal' through the assistance of a former employee of Broad and Cassel and personal friend to C. David Brown, II, Debra A. Hanley, who was appointed to the formation committee.   Hanley and Powell were closely employed at Simply Self Storage during which time Hanley initiated a discussion about the company's lawyer not being a Florida licensed attorney and that Powell's non-registered status could not improve during this employment relationship.   It is likely that there was no provision developed to equitably compensate those paralegals who were retaliated against through the program or reinstate tenure which was destroyed or damaged through retaliation of former employers.   Registered status related primarily to continued experience with Florida attorneys and was to serve as a filter to determine qualifications for employment and salaries.   In time, Powell could not compete on paper in resumé' during application processes and was unable to over-come credit checks as a condition for employment if ever there was a legitimation offer of employment despite both detriments were from retaliations.

77.   Due to moves to different towns and states, Powell has exceeded the necessary initial degree credits since all credits have not transferred which necessitated more student loans than normal.

78.   Powell believes these RICO liabilities have been anticipated by those involved to become a non-issue so long as Powell and/or Plaintiff G.B.J.H. were murdered (while declared as suicides) without any real investigation as has been done with other former work associates of the Bush family members and William "Bill" Clinton.   Powell believes George H. W. Bush's letter left in the White House for William 'Bill' Clinton stating his victories were 'ours' relate to

the collusion of a private criminal element shared between the two men which has become

somewhat overt since that time.

79.     Due to risks against Plaintiff G.B.J.H., Powell (and a restraining order existing to

protect Minor G.B.J.H. yet was refused to be enforced after the Defendant followed Plaintiff

G.B.J.H. from the front of a drug-store to the back where her mother stood despite the national

chain store having cameras) converted to full-time online with a private 'Christian' university

with tuition and costs far higher than the original degree program Powell had enrolled.  The

Defendant was from Great Neck, New York and had no prior history in Albert Lea, Minnesota

until shortly after Powell and Plaintiff G.B.J.H. had moved there.  This was after the Defendant

had filed false allegations against Powell which appeared to relate to Minnesota corruption.  He

also had a parramore who also levied false allegations against Powell which necessitated filing

pleadings and hearings in defense until both cases were dismissed.  Said Defendant was married

and celebrated his wedding anniversary with his wife who is a public school teacher in New

York.  Powell was ordered to leave Minnesota by the Defendant after Powell had already

become a 'political refugee' having already left the State of Florida.

80.     Powell and Plaintiff G.B.J.H. have been threatened numerous times before and

after leaving Orlando especially while residing in Minnesota.  Powell learned that it was seven

years after employment with Broad and Cassel before advancements to murder Powell occurred

on February 25, 2011 in a rented townhome (involving two males and two get-away vehicles)

which delay was mean to exempt the firm and associates being perceived as agents with a motive

to commit murder(s) after the seven year statute for criminal fraud expired around July, 2010.  It

was at that time the media picked up the general story again through cycling a story about

releasing a redacted transcript to the public:  one side that represented 'The People' for the

censored release being the Orlando Sentinel's law firm. One perpetrator who appeared on February 25, 2011 had with him two small dogs on inappropriately large leashes. Powell found organized evidence of a 'death-chain'; whereas, a victim's death date publicly conveyed the next victim through their birth date. There was an alleged murder-suicide (Sen. Shaefer, GA, who opposed the movement and her husband) which was reported on Plaintiff G.B.J.H.'s birth date on March 26, 2010 which aligned with a clear threat against Powell conveyed through a Scott Maxwell article published in the Orlando Sentinel weeks earlier on March 14, 2010. On March 18, 2016, The Dallas Morning newspaper published Scott Maxwell's March 17, 2016 Seaworld article which related, by topic, to Maxwell's March 14 article referencing the Seaworld field trip permission slip released the next day to Plaintiff G.B.J.H. and her entire class at Princeton Elementary. The Orlando article posed a 10-day period to Plaintiff G.B.J.H.'s birth date and The Dallas Morning publication emphasized a 'one less' calculation method that was established through 'JEB' Bush, Sr. on December 2, 2015 during a trip to Minneapolis, Minnesota. Both publications showed Maxwell using an Apollo mission as a purely unrelated comparison to the story. The early morning Pulse (in the 'heart of Orlando') event on June 12 was on George H. W. Bush's birth date with Maxwell being compelled to write about 'who we are' on June 14. With the 'one less' application, his story postured on George H. W. Bush's birth date if he was born the evening of June 12 in the evening, erev June 13. That event was factually against Latins/Hispanics despite it being churned with an anti-sodomy motive with a long marketing tail through the Gay Pride period afterward. Maxwell's article further conveyed 'no regrets' while promoting Orlando was 13th as a 'Place To Go'. Maxwell's article wrote as a 'national-syndicated columnist' to the locals while conveying nothing they locals did not already know, other that Puerto Ricans, Cubans, Mexicans and Dominicans (Caucasia Program non-candidates)

were particularly depicted as Pulse victims.  Actually, it is '52 Places To Go' (making a '2''2''2' referencing, which was the time report of the 9-11 call alleged by a city policeman through the media, i.e. at 02:02 a.m.) while using Clinton's '13' taking credit (George H. W. Bush had also been attached to the event through the date of the event).  The New York Times 2015 article mentions the 62-mile Sunrail which was cycled in the Orlando Sentinel from February 25 until around April 1 during the immediate period after the two men, two dogs, and two get-away vehicles arrived at the Powell residence.  Both references conveyed 'This is how we roll", which is typical of the movement and also conveyed by SCHMUTZLER during Powell's employment when he wore in-line skates in the office as he repeated statements Powell had made to the Federal Bureau of Investigation loud enough and close enough for Powell to hear to intimidate and threaten Powell.  Maxwell's 'Naming Names' column was not exactly right, unless one could read his symbolism.  Yet, he wrote nothing of the subterranean-type for which he operates through his articles.  In fact, telling people who 'we' are was symbolically attuned to the movement. The association of Hillary Clinton to this movement was conveyed through Donald Trump alleging Clinton hated Hispanics during a dinner with a Catholic Church official on October 20, 2016 in Manhattan where the United Nations is head-quartered.

81.     Through the assistance of media outlets, such as this, the organized criminal element has been very methodical by using certain dates, especially those which relate to Bush and Walker family birth dates and location affiliations, Bush's wedding anniversary, Clinton family dates, such as Chelsea Clinton's birth date (especially).  George H. W. Bush also conveys ownership through use of July 20, Apollo moon-landing (denoting an 'illumination' theme), astronauts, and 3 and 10 day (NASA) count-downs.  Clinton uses '13' and '50' as a jewish 'jubilee' theme, i.e invading the Koresh compound near the Bush Waco property after waiting 50

days, and March 12 which is the day German troops invaded Austria (which is why 'Sound of Music' is aired on TV stations 'religiously' during every Christmas Holiday season). It steadfastly holds to a'won't back down' philosophy while it repeats failures to try to reach its initial goals. It profusely has used '22' (the number for Christ's crucifixion) '2' and multiples of 2's, such as '222', such as Powell receiving a 'warning on February 22 (2/22) prior to visits of two males, with two dogs, and two get-away vehicles outside Powell's rented townhouse. Plaintiff G.B.J.H. received a warning sent via email from a San Bernardino County, California resident at 2:22 p.m. during the day of the San Bernardino shooting while "JEB" Bush, Sr. was in Minneapolis, Minnesota on that day, December 2, 2015. Incidentally, the first national official statement regarding the San Bernardino shooting was from Deputy Bozek who shares the same last name of the CFO where Powell was employed at that time. 'JEB' Bush, Sr. was in Minneapolis on December 2, 2015 which began a cycle of 'one less' in dating with the ex-patriot's organization (converting his visit to December 1 since his family seeks to be 'first'). Hillary Clinton was scheduled to visit Minneapolis on December 15 and, with the 'one less' dating, this adjusted to December 14 (date of Sandy Hook event in Newtown, CT). The movement capitalized on the December 2 'reverse psychology' when – on this date – mere days before the Sandy Hook event - the media released a statement that Asperger Syndrome would not be in the diagnosis manual anymore. So, the Minneapolis visit clearly made a reference to 'reverse psychology' theme in 2015, on precisely the same date used before the Sandy Hook event. All datings during the period after his visit to date has been calculated as 'one less' (including the death of Supreme Court Justice Scalia's death on February 13 (which he was last seen alive on February 12 and 'one less' from that date is February 11 ('JEB' Bush's birth date and the 'President's Day Massacre' referencing date – see Margaret Atwood's, *A Handmaid*

95

*Tale,* (retitled from *'Offred'*) book which was hand-delivered to Powell by a county office agent. Referencing February 11 (211, 112) is profusely used since it denotes a "President's Day Massacre" plan (of U. S. Congress members which is depicted as an event primary to annulling the U. S. Constitution depicted in Margaret Atwood's, "A Handmaid's Tale" formerly known as "Offred" meaning (banned due to content in some libraries) (almost red-communism). Some of these themes have been cycled through the media which appears as if it is done to dissuade jurors from believing Powell's insights are factual and not based on TV programming, such as 'Accidental President' featuring Canadian Kiefer Sutherland. It profusely uses foreign entities (or potentially foreign entities who can claim non-USA citizenship at any time) to avoid treasonous charges levied against the U. S. government for participating in criminally-motivated activities. February 17 is a recent emphasis which denotes the date for President's Day Holiday in 2020. The Atwood book educates symbolism for the non-patriotic, treasonous movement, such as a character stating it was feeling as of its feet were removed, i.e. 'defeated' (de-feeted). This book was hand-delivered to Powell by a Carver County employee to denote the movement controls federally-paid funds at that venue. It was a tangible notice to Powell why her Supplemental Nutritional Assistance Program (SNAP) food benefits would be skimmed approximately 11% per month and then Powell would have access to only mock administrative and court reviews (purely for purposes of appearing a fair hearing occurred and to suppress non-government testimony to ensure appeals cannot prevail for appellants) through fraudulent administrative hearings which Powell believes were selected due to their non-citizenship status or ability to claim foreign citizenship in the event that criminal charges were levied against them for their activities. In addition to the skimming, Minnesota has not increased its general state-aid since 1989. This would include anti-Jews who may claim Israeli citizenship, if necessary.

Organized court fraud was further evidence after Powell placed on the record making reports to federal agents regarding the thefts and fraud and the court-reporter position being vacated and that position being advertised by Minnesota Courts' website would no longer be available after November 13, 2014 at precisely 2:11 p.m. (Judge Janet L. Cain, appointed without an election by former Gov. and GOP US presidential candidate, Pawlenty, concurrent while stating he intended to take funds from the (federal) public assistance program without declaring it was a loan to be paid back to the named beneficiaries).   The movement likes to repeat events to reorient itself to apply same strategies as attempted before which is deemed 'a practice' while it makes another attempt without admitting the prior event was a failure or should be entirely abandoned as being wrong, unfair or inappropriate.  (Such as WWI and WWI or the continuation of WWII which is ensuing through the ex-patriots).  They have infiltrated Christian church environments to front as a defense of an anti-Christ movement while defrauding those who are seeking to live a good life while taking their tithes and having a vehicle to tithe into instead of paying federal income taxes. These activities redirect tithes from going to actual Christian churches for Christian outreach. Many have started their own tax-exempt non-profits which most would view as 'Christian' or benevolent.  'Won't back down' is their motto.   They are engaged in hate-crimes which are war-oriented.  Like the McCarthy days, they will allege being treated unfairly for being a 'jew'. Reality is, when any one jew declares Christ Jesus died on the cross and never resurrected, it declares itself a 'widow' and 'orphan'.  This is biblically evidenced through the Husband who covenanted himself to The Bride on Mount Sinai and came in the flesh in Christ Jesus so he could die to get out of the long-suffering relationship with the stiff-necked (and, as evidenced herein, extremely evil) jewish Bride since it is 'until death do you part' in marriage.  Until Christ Jesus, God had no ability to 'die' to leave that marriage despite God generously covenanting

himself to it.  Due to the conception of Jesus through the Holy Ghost, God the Father and Husbandman was on the cross and resurrected only for those who believe in his God-ness and perpetual immortality.

82.    February 11 is 'JEB' Bush, Sr.'s birth date and William Jefferson Clinton's surgically-adopted birth date through his open-heart surgery conducted on February 11 when his surgeon posted a statement certifying online that Clinton's heart stopped and started on that day which is a mockery of a 'born-again' event creating his new birth date to help carry out the treasonous agenda using consistent February 11 symbolism with Bush family as a 'family' member whose birth date aligned with 'JEB' Bush, Sr.'s.  'Big Brother' theming regarding communistic threats and activities depicted in mid-70's American civic classroom evidences the long-term plans of younger son "JEB' Bush, Sr.'s and William 'Bill' Clinton's (informally adopted) relationships to oldest son George W. Bush during late-term plans to help finalize destruction of the existence of the USA.  It is asserted Powell was initially recruited for employment to further this agenda as an employee or be removed permanently in a manner that would not perpetuate any threats or harm against Bushes or Clinton family members and associates.

83.    The number '211' (and '112' as Hebrew 211 from right to left methodology) denote to treasonous members reference to the planned massacre/Bush/Clinton birth dates for people to associate with the movement, '322' and '223' which relates to the Skull and Bones 'secret' movement from Yale due to these numbers being under the skull and femur cross-bones (not humerus bones (arm) to show 'this is nothing to laugh about', or 'not humorous', which depicts the movement will operate phonetically and not necessarily spelling of words.  It will omit 'r' usage due to 'r' denotes 'righteousness' and the non-use depicts it boasting it has none

nor wants to be viewed as having any.  Members of the movement are entrenched with 'living' the agenda with its purpose.  It is a war movement led by those who voluntarily do not view themselves as true citizens of this country (nor want to be) yet enjoy constitutional rights as if they were supporting same.  In Minnesota, many drivers' license plates depict participation with the movement, arrogantly.  It uses 'mann' to denote the German designation of an army private. Birth dates are calculated by the movement in a (anti-Christ) jewish, Julian, and/or Gregorian method.  Currently, calculations are 'one-less' than the target date since the San Bernardino shooting event related on December 2, 2015.  Jewish accounting of dates are from sundown to sundown, so the evening of July 5th would be the beginning of the 6th.  Washington's birth date of February 11 is also calculated as February 25 due to the conversion of Julian and Gregorian methods.  It is necessary to understand these elements to appreciate facts conveyed in this Complaint heretofore, especially since it was on February 25 two men with two get-away cars visited the Powell in Orlando, Florida.  September 11th and September 13, March 12, any Bush family birth dates (June 8, 12 and 13, July 5 and 6, February 11, January 6 and 7, October 22) and wedding anniversary dates (January 6 and 7) plus George H. W. Bush's mother's death date (November 19) are more prominent symbolic numbers used.  '711' Denotes Unauthorized Orchestrated Incomes For The Movement and the movement is progressing in some fashion during which time '711' is used to call attention to monetary enrichment of the movement. Teaching these concepts is employed through Skull and Bones and Freemason meetings, mentorship of members to 'family members', books, mainstream media in movies and 'documentaries' training events which are conveyed to the general public like 'Dateline' and the "Amanda Knox" Netflex Documentary segments, yet are training tools to political anti-USA and anti-Christian dissidents (which is the core agenda) and are protected as 'Freedom of Speech'.

It is anti-Christian movement, despite alleging it is a religious movement via the Ashkenazi
Eastern-European judaism.  Due to sodomy being part of its culture with murdering/co-
murdering, including 'sacrificing' humans (making a mockery of God sacrificing his Son) it
clearly cannot be any religion acceptable in any thriving culture due to its dedication to
destruction of family units through various forms of 'birth-control' and 'convenience' murders.
Some term themselves as 'Methodists" due to a methodology of using symbolisms, approaching
the Old Testament purely as a method approach, and employing 'method acting' skills.
Participants use 'star', 'angel', 'water-carriers' (Sen. Rubio grabbing for a Polish water bottle
during a press event centered on him was conveying his actions were pre-authorized for the
movement – this mocks Christ Jesus stating, ". . . drink of me . . . " aligning with biblical
symbolisms and mockery of the sacred) and 'dogs' in lieu of (sodomy-consummated) 'wives'.
Opponents are called Dogs (another biblical term exploited).  George W. Bush is currently
referred to a 'Father of the Year', 'poppie', 'a pastor/shepherd' and use golfing symbolism since
golf is a 'shepherd's' game after George H. W. Bush first being appointed these designations and
William 'Bill' Clinton taking 'Father of the Year' (mockery of a biblical teaching) designation as
a co-leader on erev June 12 (George H. W. Bush's birth date) until it was conveyed to the
younger Bush.  They fixate on '3', '33', '333' or derivatives of 3's in dating, such as March 3,
March 6, March 9 (or erevs thereto) due to the anti-Christian element which denies the existing
of the Trinity which is composed of the Father, Son, and Holy Ghost – two of the three personas
they like to deny exist.  Since the criminal element uses spiritual referencing in its evidentiary
methods, this court will need to justly incorporate Christian gifts, methods and teachings to
understand the demonic, pre-meditated, and lurid activities through which the criminal element
operates and boasts to its collusive member whom most would deem treasonous under the

concept the USA does not recognize dual citizenship, even for those who believe are jewish Israeli's by birth, a religious concept of theirs', and those who claim other ethnic descent. The first 'Father of the Year' conveyance was shortly after Freedom of Information ('FOIA') materials were made available to Bush and Clinton which contained a question asking, essentially, "What type of mother keeps a teenager girl in the same home as a [recently] admitted sex addict?"  Powell also believes the date and prominence of William 'Bill' Clinton after the murder of Travon Martin related to either FOIA documents and/or internet access of drafted documents prior to documents were sent to federal agents while Powell asked what the penalty was against those who commission third parties to commit serial ('hit-man') murders for them. Powell had conferred with lawyers in an Orlando law firm who was retained by CNN as a 'legal moderator' (the named founding partner, Mark NeJame) for the Martin killing while another partner's wife, Seminole County Circuit Judge Jessica Rickseidler) was assigned to engineer the shooter's criminal trial as the county judge assigned to the *State of Florida v. Zimmerman*.  It was reported a 'potential' conflict of interest existed due to Zimmerman attempting to retain the firm for his defense; however, Powell identified the profuse use of married couples participating in criminal activities to enjoy spousal protections from testifying.  Powell asserts the true conflict related to NeJame partners colluding to advise the spousal judge how to handle the case.  Powell brought Plaintiff G.B.J.H. to an office consultation with the NeJame regarding bring an action against the Clintons and possibly others and later learned the firm support Hillary Clinton in her last presidential attempt.

Since the 'Father of the Year' award was created and awarded to 'Bill' Clinton, an extraordinary person (writer for Palm Beach Post) was honored during the interim until the agency gave three 2015 awards:  George W. Bush (TX), David Gonzalez (FL) and Morris

Goldfarb, III (NY).  Goldfarb is the last name of a wife of a NY stalker of Plaintiff G.B.J.H. and

Powell in Minnesota and Morris Goldfarb, III has since been promoted in the media as a

collective $10MIL common stock investor with Tommy Hilfiger and Tommy Mottola (Sony) in

Evine Live, Inc. who has been pre-paid a 10% 'discount' (potentially, $333,333.33 each) for its

September 14, 2016 stock investment (with the 'one less' theme, September 13 which is a

prominent posturing date.  September 14, 2015 (with the 'one less' theme, Evine stock opened at

2.11 and the high was 2.11 both denoting a purpose of President's Day Massacre, 'JEB' Bush,

Sr.'s birth date and 'Bill' Clinton's born-again birth date via open heart surgery on that date

(February 11).  September 13 denotes a 9 month gestation period from June 12 in the evening

(erev June 13) which relates to George H. W. Bush's conception as the movement's anti-Christ

primary leader. As to the 'Father of the Year' award, the date of the announcement is relative to

the anti-USA movement.   The June 18, 2015 award event, with a 'one less' theme denotes June

17 to commemorate the Queen Elizabeth II declaration that the Windsor name would be used for

all in her family, with the exception of her first-born son, his first born son and his first born son

who would bear her husband's German name, "Mont Batten" (or Battenburg).  Powell believes

this event was evidenced prior to entertainer 'Prince' killing when a family portrait of 'real

princes' was released before he was found on Queen Elizabeth, II's birth date (which was again

celebrated in England on George H. W. Bush's birth date, using June 11-13, 2016) while events

were occurring in Orlando, Florida.  Powell believes the withdrawal from the European Union

was Powell's system being 'hacked' which memorialized in a document that England (UK) was

representing, potentially, Germany twice while appearing to be a separate sovereign nation.

Powell believes the German entity is anti-Christ Jewish, i.e. Ashkenazi Jewish, aka 'Nazi' jewish

(originating as Eastern European Jews) which is directly opposing to Christian truths since it

infringes upon the fiction of exclusivity of 'royal blood lines' through taking properly blessed Holy Communion regularly and said communicants sharing in the Royalty of Christ Jesus, in actuality.  It also excludes UK's ownership potentials of land enjoyed by communicants as part of The Kingdom of Christ Jesus since God has declared everywhere they/we step shall be 'Israel'.  Before changing the name to 'Windsor' the English family was German, Saxe-Coburg and Gotha.  Communism has no ruling power over communicants who believe in Christ Jesus' salvation.  Powell believes a 'Caucasia Program' which includes light-skinned people, regardless of eye or hair color excludes Spanish and Hispanics due to a loyalty to Christ Jesus, anti-abortion (anti-Eugenics) and a different political system which protects and elevates the hindered or debilitated – especially while they have been deliberately debilitated by those who 'have'. These insights of recent events depict the political motivation by many defendants to harm, retaliate, debilitate, attempt to abduct and murder Powell and/or Plaintiff G.B.J.H..  Powell has spoken with others about these concepts while Powell has observed hundreds of elements of treasonous conveyances being infused into Powell's personal sphere of influence, including a scripted message diagonally across the TV screen, "To Russia With Love" after featuring a news story about a US Gold-Medalist from Minnesota (not the hockey team, but an individual male) an apparent success for the USA while, by all other appearances, was from a Minnesota town competitively training, from a very young age, hockey and ice-skaters (while violating their civil rights and access to general freedoms to choose their forms of liberty and pursuits of happiness – both of which are 'inalienable').  This white-on-screen inscription was conveyed on KSTP, Channel 5, St. Paul, Minnesota as if the state has been under unofficial communist occupation (so long as it can continue to steal federal funding for its unofficial foreign government while ensuring certain people are harmed and/or imprisoned illegally).  Having Secretaries of State

who stem from membership of Yale's Skull and Bones has ensured not declaring war against this movement for its internal war tactics while seizing more assets and incarcerating those who are harming US residents who do not align with the anti-USA, anti-Christian philosophy, such has and is occurring against Plaintiff G.B.J.H..  Minnesota holds the highest number of prisoners committed, per capita, absorbing three times the cost of a prison inmate with only one person in 20 years being released unconditionally.   In both instances of youths, the movement creates an illusion of 'nowhere to go' unless proactivity compels to prove otherwise in honor of the U. S. Constitution being more that 'just a piece of paper,' to quote George W. Bush during 'his' second presidential term.  It is believed that the racial slurs and threats which have generated since the conclusion of the 2016 mock campaigning period relates to students whose parents have raised their families as militants waiting to 'arise' and are under the belief that alleged president-elect Trump is a German national taking over on behalf of his Scottish mother (now under Mount Battenberg overt German rule of Charles as the Duke). Powell believes annulling the U. S. Constitution to avoid criminal charges aligns with Atwood's book, *A Handmaid's Tale,* fka, *Offred,* is believed to be an underlying concern by RICO-related acts which are tied to Powell's relationships with Broad and Cassel, P.A., and other defendants.  Powell also asserts no Federal Court in Minnesota would give unbiased and fair consideration of the U. S. Constitution and it would be very difficult to pool an appropriate jury panel due to the primarily Minnesota anti-USA, anti-Christian culture of which it boasts.  Powell believes the 'witch hunt' 'president Trump' has referenced is mis-translated a'which hunt', meaning which one of Germany (via the UK), China or Russia, is fronting against the USA (i.e. their 'trinity' mockery) as a unified communist adversary against what we know as the USA.   Powell was handed the Atwood book,

taken from a box of more of the same books, from a county worker as if it was an official publication.

84.       These insights are related as the *movement's form of a universal language* to understand the movement's history, methods, systems and reasonable predictable goals as it has either moved forward to harm the Powell and Plaintiff G.B.J.H. or planned to on multiple occasions from differing people.  It operates with a mockery of the sacred truth that God will tell his people what will happen before it occurs, hence the public posturing beforehand, such as through Scott Maxwell's articles published in March in 2010 and 2016 mentioned herein.  These elements are also necessary to convey Liberty University is part of an Anti-Christ, Anti-Christian movement and has falsely advertised itself as a 'Christian University'.  Powell's Dean of Business was a 'consultant' with the oil and gas industry while he concurrently held his academic position.  The movement references the 'Deliverance' movie depicting sodomizing for freedom in a 'cronyism' system to mock a 'consummate salvation' of Christians through water baptisms which symbolizes a person's consummation union as the Bride of Christ with the Son of God (with God inside of Him) in a life-long covenant relationship.  The mainstream media is used to convey a 'flow' of sequenced information leading up or reporting murderous and criminal events to lead its followers to understand the 'power' of its destruction of the USA and its inhabitants and the status of a planned communist coup led by anti-Christ jews who are fronted as German Ashkenazi jews.  Florida Sen. Wassermann's 'hacked' email to Clinton asking whether the public could identify the difference between an atheist or a jew referenced her knowledge, minimally, of this agenda and movement.  Much is being 'churned' by the media about the email without discussing the true issue which is the content of Wasserman/Clinton email and not whether the Russians participated in hacking a server.  Kabballah or 'jewish

mysticism' is attempted to be communicated by the movement to justify its activities which is, by nature, understanding God's blessings and curses.  It regularly seeks to implement spousal criminal immunities from testifying against each other and, therefore, divorces are rarely litigated.  It implements Jewish laws as if a 'Bet Din' prevails despite New York Bet Dins are illegal since they are laws of a foreign land (Israel) which prevails over the U. S. Constitution while it violates the U. S. Consitutional *inalienable rights*.  The Bet Din courts are patriarchal and disregard rights of women which is a primary element of Christian theology that outraged leading jews who crucified Messiah Jesus in their hearts before conspiring to commit his murder through other men.  These philosophies violate the laws of the USA.  These insights are not a complete list of methods, purposes or results created by the movement.  After WWII, the USA provided land to German soldiers in northern USA who became farmers.  In alignment with furthering a communist, anti-USA movement, they have termed the area as 'Mid-West' to denote a mid- Western Hemispheric location being attacked despite it being comprised of North Central regions of the USA.  This movement centers on a 'Caucasia Program' which prejudices against all who do not have fair-skin, regardless of eye or hair color.  Clinton's Eleanor Roosevelt quote preceded the 'zika' scare in Miami which ultra-deviously claimed the movement's terrorism on a Miami community known to be low-income darker-skinned (likely Roman Catholic).  'Zika' backward is 'kaiser' backward, less an 'r' since the movement does not seek to have any righteousness.  Clinton portraying sympathy for a 'Gold Star' Muslim son was to posture the dad's name, *Khizr* Kahn, before a 'zika' scare was accelerated in Wynwood, Florida. In the past, the movement has postured through the media the use of the last name Cahn to represent 'being conned' (by a con-man, slang).  Causing harm against those in Wynwood whose skin color does not qualify them to be favored by the movement via poisons, a unique abortion scare

exemplifying a eugenics campaign was the agenda conveyed through Hillary Clinton during her

Khizr posturing right before quoting Eleanor Roosevelt's husband's statement that the only thing

we have to fear is fear itself.  Clinton references FDR via his wife was conveying, "Vote for me,

you will have my husband as the two shall become one' and we are tied with the German Kaiser

movement.  Adding to the planned hysteria, Gov. Scott stated there would be tests provided as

soon as possible.  The tests would be pre-abortion tests for a community which would be

primarily catholic – those same individuals who would not have made the Planned Parenthood

offices an effective eugenics agenda until then.  Clinton depicting the wife of Franklin D.

Roosevelt being responsible for the quote, "We have nothing to fear but fear itself", depicted i)

she and her husband are a package deal regarding serving this country as 'a' President and ii) she

was taking credit for the terrorism which was about to ensue immediately thereafter in

Wynwood, FL immediately after she postured with the Gold Star Kahn couple.   She previous

postured before all of these symbolism and statements through stating she was opening a new

office in Wynwood during a Miami rally.  Her activities reveal an aliance against dark-skinned

(Hispanics, 'Blacks') people and hopes of abortions of their children through collaborating with

the zika scare which was also in Wynwood.  In the back *A Handmaid's Tale*, it cites a through a

article dated in the future discussing, in retrospect, how the President's Day Massacre was

instrumental to ridding the U. S. Constitution.  It depicts this outcome as a 'done-deal' and the

political issues are non-negotiable at this point.  This depicts that nothing or no one (or two, such

as Plaintiff G.B.J.H.) shall interfere with this goal which has a 2020 deadline, lest it be viewed as

a failure by its participants.   It has created a motivation for secessions from the Union to avoid

being criminally prosecuted by laws supporting the U. S. Constitution:  without that particular

constitution existing, there can be no convictions.  As George W. Bush stated on May 11, 2006,

"The Constitution is just a piece of paper."

85.     In the Jefferson National Title Insurance Company conveyance, rights of the

seller were not breached; however, it was a breach of public trust of tax-payers, general public

and threatens others' right to own property by government taking property which is not

necessary or beneficial for the general public.  As a result of illegal and unethical events which

occurred during and after employment with Broad and Cassel, Plaintiff Powell has endured many

losses and threats of losses including anguish of watching Plaintiff G.B.J.H. enduring many

actual losses and threats of further losses, including of life and the loss of an only remaining

parent.  Attempts against Powell's life and Plaintiff G.B.J.H.'s liberty and life have conveyed, by

Defendants and associated individuals, the only legal recourse available to them are through a

civil lawsuit(s) and those attempts are to be pre-empted from any court resolutions for them and

others adversely affected.  This was the topic of the consultation with the NeJame lawfirm who

refused to take Plaintiffs' case and, in fact, one consulting lawyer threatened to call the

Department of Human Services which terrorized Powell due to the threat against her child.

Powell would not have retained it due to that lawyer having no concept of attorney-client

confidentiality and its financial support of the Clinton presidential campaign. Access to factually

unauthorized tax-paid funds (taxation without representation) approved contrary to policies

governing committee and chairman to ensure proper land appraisals and purchases ensue and

avoidance of conflicts of interests with insiders, such as the 'wholesale' purchase by a

government entity (OOCEA) of an insider's parcel, i.e. Jefferson National Title Insurance

Company merged with the Columbia entity and controlled through insiders over a period of time

to ensure a large return to 'sellers' (before the Clinton couple was overly recognized by the

108

public as close associates with George H. W. Bush and his associates/relatives and not political

adversaries).  Insiders involved William Jefferson Clinton (Blythe), McAuliffe relatives, C.

David Brown, II (close personal friends with JEB Bush, Sr. and manager of that account), and

Gov. JEB Bush, Sr. who appointed Chairmen of the OOCEA.  Plaintiff realizes the approval and

executive funding for the controversial project which many believed was unjustified may have

been done to primarily to enrich Clinton and the McAuliffes.  Powell believes threats against her

family also related to the fact that few were aware that the Clintons and Bushes were not actually

political rivals – 'Bill' Clinton collecting campaign funds under an allegation that he was a

Democrat without being aware of his involvement via McAuliffe with Brown, Mallet, and 'JEB'

Bush, Sr. which has been portrayed to be a 'family' relationship with George H. W. Bush and

George W. Bush via being deemed as a 'brother of another mother' since Powell's dismissal and

ongoing threat.  Their acts also ultimately created 'taxation without representation' so long as

tax-paid funds reach truly unauthorized destinations while OOCEA's lawyer conveyed it was

just to violate constitutional precepts to take land only on an as-needed-basis or otherwise

illegally justified due to inordinately improving the non-necessity sale.  It is possible, so long as

the evaluation was high, that it was constructed as a pre-payment for political favors after

politicians, such as Hillary Clinton, took office and approved more unnecessary projects which

translates to attorney fees being paid to Broad and Cassel, partner bonuses and other favors or

enrichments.  These are enticements for Brown to have coordinated with Simply Self Storage

through its CEO, Kurt O'Brien, primarily (as his neighbor), to fraudulently employ Powell while

she was deemed as a threat to all.  Additionally, it is extraordinary circumstances that the

Jefferson entity purchased a parcel exactly where a road would be sought for construction while

JEB Bush, Sr. would be appointing Chairmen of the entity responsible for approving purchasing

of the Jefferson/Columbia property.  Especially since it has been proven and posted online that the drive between two points on Western Beltway, Part C, could be accomplished by traversing on a pre-existing road for essentially the same amount of time while said road does not assess any tolls.  It is believed the merger into the 'Columbia' entity before the sale was to cloak the duality of public versus private relationships involving Bush and Clinton and that it was a District of Columbia project which may involve several executive-level people while exploiting tax-payers.  At one point, according to the OOCEA Minutes, then Attorney General/Defendant Ira William 'Bill' McCollum conveyed his willingness to begin taking in Eminent Domain matters into his office for in-house administration.  This depicts his knowledge of Powell's continuing threat to politicians with whom he was closely associated since Powell spoke with him regarding the cow-blood, AIDs-infected vaccines and supports Powell was layed-off from Baker Hostetler where McCollum worked at the time with a reasonable anticipation that Powell would seek employment with Broad and Cassel so long as they kept a paralegal position unfilled.

72.     Regarding claims against the STATE OF FLORIDA DEPARTMENT OF TRANSPORTATION; ORLANDO-ORANGE COUNTY EXPRESSWAY AUTHORITY, ISAOA; IRA WILLIAM 'BILL' MCCOLLUM, JR., Indv.; JOHN ELLIS BUSH aka 'JEB' BUSH, SR.; GEORGE WALKER BUSH; WILLIAM JEFFERSON CLINTON aka 'BILL' CLINTON, fka WILLIAM JEFFERSON BLYTHE, III; GEORGE H. W. BUSH; MARCO ANTONIO RUBIO, activities transcended from Florida Government Agencies, offices and affiliates while Powell and Plaintiff G.B.J.H. remain as *"Political Refugees"* of Florida *USA* unable to safely return.   This is while some individuals have been generating more RICO activities against Plaintiffs while residing in Minnesota.   As to Rubio, he was a speaker at the Florida Family Policy Council fundraising dinner on Saturday evening, August 16, 2013 during

which time the then-Dean of the School of Law at Liberty University also was a key speaker during that event.  On the 2013 "A Legacy of Leadership" flyer, it also featured an author, Eric Metaxas, who wrote a book on German pastor, Dietrich Bonhoeffer, a Nazi resistor who was killed by the Nazi's days before the end of the war.  A book featuring Bonhoeffer was previously used to warn/threaten Powell by a someone who helped set-up Powell for becoming a victim immediately after learning that Orlando plans had apparently failed during the summer, 2011. November 16 is erev, November 17: two days prior to Joshua Hathaway's co-murder on Liberty University property which began a nine-month death-gestation period toward Powell failed planned demise (and Plaintiff G.B.J.H.) originally scheduled for August 18 and erev August 19th (Dorothy Bush Koch's birth date and William 'Bill' Clinton's birth date) which was back-dated to August 17-19th – all of which dated events failed.  Powell believes, had Bonhoeffer not been 'Lutheran', a 'Protestant', considered himself German, he would have also prevailed while under the influence of properly blessed Holy Communion evidencing Christ Jesus' flesh and blood as a true Christian.  However, Powell deems posturing with Liberty University, Marco Rubio (as a former or current employee of Broad and Cassel, P.A. at that time) with the Bonhoeffer author as lurid conveyance of dire threats against Powell and Plaintiff G.B.J.H..  Powell and Plaintiff G.B.J.H. had already fled their townhome on February 25th, the state of Florida, and the retaliatory activities followed the family into the home through the internet due to the necessity of Powell taking online courses to finish her degree program and the movement using that medium as its threatening device to intimidate and threaten Powell and Plaintiff G.B.J.H..

74.     Regarding claims against SHUTTS AND BOWEN aka SHUTTS AND BOWEN LLP; GENERAL ELECTRIC COMPANY, GE REAL ESTATE CORP and GE REAL ESTATE dba OB COMPANIES; SIMPLY SELF STORAGE, LLC dba OB COMPANIES; OB

COMPANIES, LLC; OB DEVELOPMENT CO., LLC, ISAOA; OB MANAGEMENT

SERVICES, INC., ISAOA;  O.B. MANAGEMENT SERVICES, INC.; GENERAL ELECTRIC

COMPANY; GE REAL ESTATE as subsidiary of  GENERAL ELECTRIC COMPANY;

GENERAL ELECTRIC CAPITAL REAL ESTATE, as subsidiary of GENERAL ELECTRIC

COMPANY; BROOKFIELD ASSET MANAGEMENT through BROOKFIELD STRATEGIC

REAL ESTATE PARTNERS II FUND as a successor of  SIMPLY SELF STORAGE, LLC;

KURT O'BRIEN, Indv. and as partner/manager of O.B. COMPANIES and/or SIMPLY SELF

STORAGE; JESSICA M. WOLF O'BRIEN, Indv; KYLE ALLEN SCHMUTZLER; JASON

JACOBSON; DEBRA A. HANLEY; O.B. COMPANIES and/or SIMPLY SELF STORAGE,

operating under a fictitious entity and ISAOA; O.B. MANAGEMENT SERVICES, INC.,

operating under a fictitious entities, ISAOA; O.B. DEVELOPMENT SERVICES, INC.,

operating under a fictitious entity, ISAOA, and equity owners, Indv; O.B. DEVELOPMENT

COMPANY, LLC, an Indiana corporation, operating under fictitious entities registered as

foreign entities in Florida, ISAOA, and equity owners, Indv.; SIMPLY STORAGE

DEVELOPMENT, INC.; SIMPLY STORAGE MANAGEMENT, LLC, ISAOA, GE CAPITAL,

AKERMAN, SENTERFITT & EIDSON, P.A., ISAOA, fka AKERMAN SENTERFITT nka

AKERMAN LLP, all have colluded with Florida Post-Employment activities after leaving Broad

and Cassel.

   75.    Regarding claims LIBERTY UNIVERSITY, INC. AND ALL EQUITY

OWNERS; JERRY FALWELL, JR., ROBERT MULLEN, SHENANDOAH BAPTIST

CHURCH, the painful death of Joshua Hathaway began a nine-month death-gestation period

from 11/19/13 to 8/19/14, adjusted to 8/17/14" (using Columba Bush (8/17), Dorothy Bush Koch

(8/18) and 'Bill' Clinton (8/19) birth dates and included using Chelsea Clinton (2/27) birth date

when the investigation report was dated.  That evening, Laura and George W. Bush appeared on

The Tonight Show, her emphasizing her 'necklace' given as a wedding anniversary gift.

Hathaway was raised where Laura's Welch relatives are established.  Powell views the Bush

crime couple postured publicly to emphasize the evening of Hathaway's early morning death that

all had gone well with his death and the initial cover-up and the organization was progressing

with the 'gestation period' of nine months toward the August 19 date (which was adjusted back

to August 17-18, and 19) during the interim.  Powell was intimidated through the McCollum

intern web story that was cycled, circularly, on the home page when it also published

Hathaway's investigative report was released late February, 2014.  Powell found it unavoidable

to have these materials thrust on her due to the necessity of pulling up the home-page of Liberty

University while accessing on-line classes.  Powell was deeply, deeply, affected by the

recognition that Liberty University was in the business of harming students while fronting as a

respectable Christian university.  Powell was stalked and terrorized as a student of Liberty

University during on-line courses and was also deeply affected by Michael Brown's killing in

Ferguson, Missouri as another 'convenience' killing (referencing him to a convenience store,

such as Eric Garner and Trayvon Martin had . . . and later, allegedly, others).   Plaintiff G.B.J.H.

had been assigned a 'mentor' who worked at Emerson Electric and Powell had a Liberty

University adjunct professor who worked at Emerson Electric which is head-quartered in

Ferguson, Missouri.  These 'close associations' to Plaintiff G.B.J.H. through her high school and

Powell through her online school was profusely intimidating while Powell sought to seek and

provide enriching educations for her daughter and herself.  Michael Brown, the young man killed

and left on the road to rot shares Powell's birth date (born in the evening of May 19, erev May

20) and Powell believes his August 9 murder was to create a 10-day count-down, NASA-style, to

113

depict George H. W. Bush's involvement with William "Bill" Clinton's (tag-team) involvement through Clinton's August 19 birth date.  Prior to and after the planned events failed with regard to Liberty University's planned involvements, Liberty University also detrimentally conveyed misleading and/or false information long enough to impair Powell's ability to timely register for the next semester.

76.     Regarding claims against PATRICIA SHUSTER as non-probated heir of JOSEPH MARTIN SHUSTER, SIRI ANN SHUSTER LEHMANN; THOMAS E. LEHMANN; ESTATE OF JOSEPH MARTIN SHUSTER; PETER WALLACE SHUSTER; SUSAN SHUSTER KING; LAEL KING; ELECTRONIC CONTROLLED SYSTEMS, INC. dba KING CONTROLS dba KING, Joseph Martin Shuster is the brother of Margaret J. Short who is Powell's biological mother and Plaintiff G.B.J.H.'s maternal grandmother.  Margaret Short's husband, Jack W. Short, Jr. was diagnosed as allegedly having 6-12 months to live before dying of lung cancer.  Jack Short resided in Louisiana where, at the time, the largest diagnostic company was a subsidiary of Tenet Healthcare of which 'JEB' Bush, Sr. was on the board after leaving the Florida governor position and while Tenet was investigated in Florida which was later settled by his successor and former Lt. Governor.  Tenet Healthcare (Texas head-quartered) has a corporate presence in Coral Gables, Florida, a town where 'JEB' Bush, Sr. has resided for many years, at 5810 Coral Ridge Drive, Suite 300, Coral Springs, FL 33076.  Several people who were autopsied after Katrina showed large levels of morphine in victims in New Orleans, Louisiana and it was reported people were either euthanized (without legal documents existing from the decedents) or murdered without later being criminally prosecuted.  Those former patients were in a Tenet-owned hospital.  Hurricanes do not occur like fires or shootings; they allow several hours' or days' notice to properly prepare and/or evacuate.  A recent issue has been

114

regarding a Florida Tenet hospital failing to meet pediatric coronary surgical standards.  In lieu

of strategizing to comply with predicated standards, it was reported annulment of those standards

occurred in 2001, the year that George W. Bush became president. From 1999-2003, a lawsuit by

the State of Florida alleged Tenet had stolen $1,000,000,000 during this period; however, gave

no indication whether its schemes had stopped for the remainder of 'JEB' Bush, Sr.'s terms as

governor (1999-2007).  Regarding the pediatric coronary issues, it was reported physicians

compassionately recommended parents to seek different hospitals for surgeries and sought the

hospital to stop performing those types of surgeries. Allegedly, Administrative Hearing Judge

John G. Van Laningham criticized opposition to the pediatric mortality trends as 'insulting' to

the medical staff and stated it was only 'speculative' to believe it would continue at three times

national average under the same circumstances.  Powell believes the use of the 2001 dating of

the alleged non-documented 2001 annulment of procedures was to criminally relate the

mortalities as deliberate and war-related guided by George W. Bush's established protective

authorities.  He has recently named as 'Father of the Year' to convey a criminal God-Father role

which was formerly established by William J. Clinton as 'Father of the Year' who fronted for

George H. W. Bush for a period in the same criminal role.  It is believed that George W. Bush

acted as 'Commander in Chief' on behalf of war activities to benefit war advantages for another

country which is oppositional to the U. S. Constitution and said mortalities relating to New

Orleans metropolitan area (Katrina, Tenet and pediatric surgical) are evidence of criminal

agendas and acts of war against the USA low-income who customarily are Democrats due to

reliance upon income-related philosophies usually being oriented to human-rights. JEB Bush,

Sr.'s pay from Tenet was reported as almost $37,000 per day.  Before leaving office, George W.

Bush declared the following year would involve a complete moratorium of federal estate taxes.

That year, after Short 'died' (which is believed to have been *precisely six months* after his prognosis), Joseph Martin Shuster and Peter Wallace Shuster participated as the only two contacts posted on a fictitious LinkedIn for Daniel A. Short, Margaret Short's son (Powell's biological brother, Minor G.B.J.H.'s biological uncle).   Additionally, Powell observed online on Margaret Short's White Pages under her phone number profile there was a recent addition of Margaret Short and Joseph Shuster's mother who had died in the mid-1990s and another decedent, Jack W. Short, Jr.'s biological father, who also had died decades earlier. The entries to Margaret Short's White Pages was done by CenturyLink which is head-quartered in Monroe, Louisiana (100 miles east of Bossier City where Margaret Short resides).  These collective activities suggested unique attempts to connect the Shuster family to Powell's mother and/or Daniel Short after one or both of their deaths to reap inheritance income which, in part, was uniquely enriched and protected directly through George W. Bush's moratorium on federal estate taxes the year that Jack W. Short, Jr. died or was murdered. Powell believes the moratorium was to enrich Joseph Martin Shuster directly for i) writing a 'warning' paper/report to Congress predicting the oil crisis event involving Iran taking 52 American hostages from November 4, 1979 until Ronald Reagan and George H. W. Bush assumed offices on January 20, 1981; ii) addressing Congress regarding the passage of a technology act which gave the private individuals access to obtain and sell tax-paid research (obtained for free by Joseph Martin Shuster or associates via private companies, i.e. Teltech, founded by him, which merged with Sopheon at a reported $44MIL increase of value of Teltech within five years of the bill passage and would otherwise considered criminal and espionage had Clinton not legalized access to the tax-paid research, ratifying a 'taxation without representation' scheme to partially annul the U. S. Constitution, *as amended*) conducted by the US Government which was signed by William 'Bill'

Clinton; and iii) writing and lecturing pro-nuclear energy propaganda that aligned with Atwood's book which depicted harming residents of the USA which promotes deaths and short and long-term suffering before more deliberate deaths within an anti-USA, anti-Christian agenda. It is also believed that Shuster directly affected transference of unpaid research information to the French government, companies and/or agents as a non-agent for the U. S. Government (for which Shuster was awarded by a French President). Due to three allegedly dying from lung cancer (the HR representative, Rep. Shaw, and Jack Short) and Sen. Prescott Bush also dying of lung cancer, allegedly (plus 'JEB' Bush, Sr. posting his last presidential IRS return selling Tenet stocks in one of his thirty-three IRS tax-returns uploaded during the 2016 presidential campaign cycle), it is believed diagnoses were fake and a function of eliminating people who serve no future value to the movement. Powell believes Jack W. Short, Jr. was fraudulently misled to believe he was infected with lung cancer within a time frame for Joseph Martin Shuster to ultimately benefit from the federal estate tax moratorium established by George W. Bush. As such, Powell believes the moratorium was particularly and greatly geared toward more retaliation against Powell as a core result of her employment with 'Broad and Cassel' and co-conspirators. As such, Powell believes George W. Bush and Tenet agents, including JEB Bush, Sr., conspired to murder Jack W. Short, Jr. by 'putting him down' (like a dog) whose death occurred the late evening of September 16, 2010 – six months after his initial diagnosis. Powell had reported these elements to federal agents which Powell believes Joseph Martin Shuster obtained access to same through the Freedom Of Information Act or those who had read related material and conveyed same to Shuster. During June, 2015, there was evidence of an attempt against Plaintiff Minor G.B.J.H. was developing at which time the residence of the LEHMANNs was placed on the market for sale and taken off the same month after the planned event did not

fully execute.  It is believed that at Thomas E. Lehmann and Siri Ann Shuster were anticipating

the event to be successful and, when it failed, they took the house off the market to wait for the

next attempt or wait until after a successful execution thereof.  It is further believed that

sequencing the death of Plaintiff Child G.B.J.H. before Plaintiff Powell being paramount to

ensure the flow of estate assets go toward Margaret Short or Daniel Short, excluding Plaintiff

Child's G.B.J.H.'s paternal relatives entirely who are not related to the

Shusters/Kings/Lehmanns.  Due to Joseph Martin Shuster and Peter Wallace Shuster both

attaching themselves as contacts to Daniel A. Short's fictitious LinkedIn history, it is believed

there has been a conspiracy by the Shusters/King/Lehmann families (all are or related to Joseph

Martin and Patricia Shuster as their children or their spouses) involved in an ongoing agreement

or conspiracy that they would collect from the Shorts' estate and it was, in part, payment for

Joseph M. Shuster's i) production and distribution of a paper/report predicting an oil crisis which

allegedly occurred with speculation it was engineered to help with the election of Bush as Vice

President with Reagan; ii) Shuster's help with convincing Congress to allow the passage of the

National Technology Transfer and Advancement Act, signed on March 7, 1996 by William 'Bill'

Clinton, which allowed access by the private sector to results of research conducted at tax-

payers' expense; and iii) writing and lecturing pro-nuclear energy propaganda which is in

alignment with Atwood's book depicting nuclear 'accidents' as an agenda to harm populations in

the USA (while financially enriching a segment not in the death scope). Joseph M. Shuster

selected his death date of March 6 (erev, March 7), to convey to the movement that they 'still

owe the Shusters' for his contributions regarding March 7, 1996 while a nuclear power

proponent wrote an article on Shuster's behalf that he donned a "I Love Nuclear" T-shirt during

his final hours to also depict the movement still 'owes' the Shusters.  This 'repayment plan' is a

mockery of the biblical of 'generational blessings'.   Another attempt was evidenced in August,

2015, involving a black-out at an amusement park where Plaintiff G.B.J.H. applied for

employment.  Powell since learned that Joseph M. Shuster was involved with a company in the

sale of bulk electricity to large commercial and government operations in Minnesota.  The

amusement park is located 8.6 miles from the Powell residence and approximately 25 from

Shuster's former resident.  Prior to Shuster's planned death, the Kings capitalized on Electronic

Controlled Systems, Inc. dba King or King Controls being administratively dissolved during

which time they purchased Joseph Martin Shuster and Patricia Shuster's lake-front home with

the help of Thomas E. Lehmann as the mortgage originator.  Powell and Plaintiff G.B.J.H. had

disassociated from this clan almost immediately after moving to Minnesota in 2011.  Powell has

also discovered that Daniel Short has conveyed property of substantial value to a woman who

shares the exact same name as George H. W. Bush's former paramour, Jennifer Fitzgerald,

which evidences strongly Short's belief that he is not legally entitled to said substantial asset

which leads to Powell and Plaintiff G.B.J.H. being the yet to be litigated legal heirs.  Through an

announcement on the internet, energy-advocate and Shuster's co-associate, 'Tom' Blees, alleged

that Joe Shuster donned a pro-nuclear T-shirt in his final hour(s) at home during which time

Blees co-conspired with Shuster and his family who Blees depicted was in attendance prior to

Shuster apparently died and that they were aware and staying committed to the movement and

that they all expect that, as Shuster heirs, they would be further compensated for his continuing

alignment with a long-term anti-USA program, including the more recent propaganda relating to

the promotion of nuclear energy on behalf of an anti-USA program aligned with, *inter alia*,

George H. W. Bush, 'Bill' Clinton and George W. Bush (primarily) with others and as depicted

in "A Handmaid's Tale" by Margaret Atwood, fka "Offred" and their attempted participation

against Powell and Plaintiff G.B.J.H. thru mid-August, 2015 before his death reported on March 6, 2016. Blees and Shuster were committed to nuclear energy which is evidenced by Shuster's biased book being promoted on Science Council for Global Initiatives website which also depicts Joseph Martin Shuster on the Board of Director more than six (6) months after his death. Shuster's bio on that website fails to depict Shuster's company, Teltech, as part of an international merger with Sopheon, while falsely depicting it as a national company which, due to the anti-USA agenda involved, appears criminally-motivated.

Part of the anticipated probate enrichments relate to Teltech stock Joseph Martin Shuster had gifted to his sister, Margaret Short, and other surviving siblings.

77.     Regarding claims against VALUEVISION MEDIA, INC. fka SHOPNBC, fka SHOPHQ, nka EVINE LIVE, EVINE and EVINE II; EVINE Live, Inc. dba EVINE LIVE and dba EVINE LIVE II; COMCAST CORPORATION fka COMCAST HOLDINGS; CLINTON GROUP, INC. aka THE CLINTON GROUP; CLINTON RELATIONAL OPPORTUNITY MASTER FUND, L.P.; CANNELL CAPITAL LLC; VALUEVISION MEDIA, INC.; VALUEVISION RETAIL, INC.; VALUEVISION INTERACTIVE, INC.; VALUEVISION MEDIA ACQUISITIONS, INC.; MARK C. BOZEK; GEORGE RUSSELL NUCE; ROBERT 'BOB' ROSENBLATT; LANDEL CLAY HOBBS; STACEY R. TRUSSONI; TRACY MARIE RAICHE (REICH) ROTHSTEIN; MERSIHA DEMIROVIC; CENTURYLINK, INC. fdba CENTURY TEL; ASF RADIO, L.P., (French) as successor of GE CAPITAL EQUITY INVESTMENTS, INC., GENERAL ELECTRIC COMPANY, and GENERAL ELECTRIC CAPITAL CORPORATION; NBCUNIVERSAL MEDIA, LLC, successor of NBC UNIVERSAL, INC.; NBC UNIVERSAL, there is a history of ValueVision involving the Presidential U. S. Chief Navy Advisor to George H. W. Bush (and possibly William 'Bill'

Jefferson Clinton During their Presidential Terms who later served as ValueVision's second CEO and Executive Chairman from 1998-2003 and collecting a *beginning* salary of $500,000 per year, i.e. more than CEO Bozek's 2015-2016 salary before he resigned on a Sunday, two days after Powell's last paycheck was disbursed the previous Friday.  Robert 'Bob' Rosenblatt had become the non-executive Chairman of the Board when Bozek became Chief Executive Officer on June 23, 2014 (showing a deadly motif of '2' to June 25) to further denote threatening acts were impending and a primary purpose of these executive changes which had been established less than a month earlier on the May 20 released articles regarding anticipating its take-over of the Board.  Rosenblatt was interim CEO and now acting CEO and, thus, Powell believes Rosenblatt conspired with Bozek and Nuce to take over control of the organization after Powell's employment ended (anticipated as a 'unexpected' death, not a voluntary resignation).  All individuals were residents or worked in New York prior to the rebranding to Evine.  It is reported that McCaffery allegedly raised $220 Million from NBC and GE Equity during an era prior to rebranding to Shop NBC.  Prior to Evine Live, Inc., Bozek was CEO of HSN (Home Shopping Network) and Senior Vice President of QVC, Inc.  (ValueVision International, Inc. merged into) ValueVision Media's CEO and Executive Chairman, McCaffery, and the former Civilian Aide to Cabinet Secretary Army during George H. W. Bush's terms, had his funeral memorial on George H. W. Bush and Barbara's wedding anniversary, considering the ceremony was on January 6 and not consummated until that evening, erev January 7th.  This wedding was held in Rye, New York which reference was made during the Hinkley-Reagan-Brady shooting event.  AT&T merged into Comcast, historically, which Comcast became the result of a merger between General Electric Company and a NBC entity (now known as NBC Universal and rebranded as NBCU). It was reported the 'Clinton Foundation' forced a CEO out to allow for a new rebranding to

'Evine' and the installment of BOZEK and his partner NUCE as Chief Executive Officer and

General Counsel, respectively.  In 2014, on Powell's birth date, May 20, Clinton Relational

Opportunity Master Fund, L.P. (together with its affiliates, "Clinton") announced its intention

to take-over Valuevision's Board.  On the evening of November 18, 2014 (erev November 19),

it was published in several articles that it was changing its name to Evine.  The evening

publications of the story conveyed it was a continuation of an attempt against Powell's life

which had just failed a prior attempt after cycling from the morning of November 19, 2013

when Joshua Hathaway was killed inside Liberty University property.   On two occasions,

Clinton Foundation filed to timely comply with mandated documentations to support the changes

and by-laws that were passed in 2010 which were changed to allow their request which distanced

the company from SHOPHQ which was SHOPNBC a year before SHOPHQ began.

ValueVision International, Inc. when it was registered in the Minnesota Secretary of State

records on June 25, 1990 (Lauren Bush Lauren's seventh birth date, with jewish accounting);

began airing on March 12, 1991 (her next youngest brother's (Pierce Mallon Bush) birth date if

he was born in the evening of March 11; and BOZEK and NUCE resigned on Sunday, February

7, 2016 after Powell's last pay disbursal (Friday, February 5, 2016) on Lauren's next youngest

sibling's (Ashley Walker Bush) birth date of February 7, 1989.  These are all children of Neil

Mallon Bush, son of George H. W. Bush (who was involved in the first mortgage crisis the USA

experienced which transcended to/from Neil Bush of Silverado Savings and Loan, Denver,

Colorado (1989-1995 cost to tax-payers of $132.1 Billion per General Accounting Office).  At

16 years old, then Lauren Bush interned with NBC and modeled with Tommy Hilfiger (which

has very recently co-associated with EVINE Live, Inc.).  NBC has been a constant thread in

ValueVision's several entities despite converting its notoriety from ShopNBC when Powell and

Plaintiff G.B.J.H. moved to a town next to the venue where EVINE Live, Inc. is located where

ShopNBC and ShopHQ also operated.  Powell was fraudulently led to believe, as was the public,

that EVINE was a new company in Eden Prairie which led to a new employment opportunity

with new employees.  In fact, one HR employee died during work in the HR office who had been

employed for 22 years.  [On November 18-19, 2016, president-elect Trump met with Willard

"Mitt" Romney and announced DeVos as his first cabinet nominee.  Plaintiff Powell, on

March 21, 2017, received a firm full-time employment offer which company's parent company

was co-founded by Willard "Mitt" Romney ultimately via another company, has the CEO a

former employee/partner of the founding company, and has a board member of the founding

company.  Romney's birth date is March 12 a very prominent date of the anti-USA movement

since it is when Germany invaded Austria.  Romney served as the Chairman of the Board of the

parent company for fifteen (15) years before entering into politics leading to a failed attempt for

the presidency.  Plaintiff Child G.B.J.H. will be graduating soon and it is believed this is another

attempt to ensure the Powell home will have access into it via internet and phone connections.

Evine Live, Inc. achieved this same result through an offer of employment after Powell had

turned off CenturyLink services.  One month after turning off services, the City of Minnesota

expanded CenturyLink territory which appeared to be a pay-off for collusion.  Evine Live, Inc.

also purchased CenturyLink stocks and sold them shortly after Powell disengaged employment

due to harassment and intimidations.  The Minneapolis expansion created a 6 week delay in

installments which appeared the timing of the expansion was spontaneous.  Shortly before,

Powell had called about how long it would take to turn on internet and was advised 2-3 days.  On

January 14, 2015, President Obama spoke on broadband services from Cedar Falls, IA with a

peg-board that clearly hung two mallets behind him which Powell believes was staged to convey

the Powell home privacy was being invaded via CenturyLink internet services via listening.

Using mallets conveyed, particularly, the surveillance related to Powell's employment with

Broad and Cassel and Robert F. Mallet. This symbolism was used with the death of Joshua

Hathaway while Powell was an online student with Liberty University through allegations he

wielded a 'hammer' which later was shown as a mallet in the 'investigation report'.

78.     Powell, as an effort to gain her privacy, disconnected CenturyLink services.

Shortly thereafter, Minneapolis awarded CenturyLink a larger territory in which it could operate

which was formerly reserved for its competitor(s). Powell views this as a pay-off for violating

Powell's and Plaintiff G.B.J.H.'s privacies and assisting with tracking and conspiring to harm or

abduct Plaintiff G.B.J.H. and/or accommodating the (co) murders of Plaintiffs. When Powell

moved into the building in which Powell resides (Chanhassen, MN), there was at least two

choices for internet services which choices no longer exist. Powell reinstalled CenturyLink

services to work in the home as an Evine Live, Inc. employee and learned the territory expansion

seemed to be unplanned since installations were taking six-weeks to fulfill. Powell was

introduced to the employment opportunity by a neighbor, Wayne Henry, who trained with

Powell and was under the same requirements to work the same minimum schedule of hours: 8

on weekends and 8 on week-days. Despite this, Henry was not held to these standards, had told

Powell he had quit and yet Powell observed him having an ability to still have access to Powell's

weekly hours scheduled. Powell learned from the IT department that Henry was an employee.

(Powell called to ask how long it would take before a former employee's password was revoked

and was told they were never revoked). Powell believes orchestration for Powell's employment

with Evine relates to Broad and Cassel and Simply Self Storage (affiliated with General Electric

Company which was a majority holder of stock with NBCUNIVERSAL which comprises the

majority stock-holder, Comcast). Comcast is depicted as 'the Owner' of Evine as a majority

stock-holder.  During shifts Powell also received calls which related to intimidation relating to

these issues.   Powell believes Evine Live, Inc. purchased CenturyLink stock as another form of

enrichment for participating in RICO activities which stocks were (substantially) sold shortly

after Powell's last pay was deposited which sale revoked financially enrichment of CenturyLink

for RICO activities.   Powell has reason to believe that HENRY is employed with Evine Live,

Inc. and is fraudulently on its payroll and possibly over-paid while Powell was employed with it

and HENRY was not working minimal required hours.

79.     MERSIHA DEMIROVIC supervised Powell and Henry.  After Powell detected a

production report missing approximately 11% of calls, Demirovic admitted this had occurred due

to some of Powell's calls being redirected to another account.  This was after Demirovic had

taken off and conducted a review from her personal cell phone (not recorded on the company

line) for weeks before Powell stopped bring up the topic repeatedly to have the issue resolved.

Powell had detected more missing calls to which Demirovic responded unless Powell could

prove the system was defective, there would be no consideration for missing calls.  Powell

responded there had been an admission by her that the system had been defected in the past and

that it was unreasonable for her to allege the system was not defected without investigating it

again.  Demirovic then gave Powell a 'company review' which Powell discovered after the first

of the year was unauthorized and not actually part of any company review, such as Demirovic

had alleged.  During the actual company, Demirovic harassed and intimidated Powell to not

discuss any information which was part of the prior (mock) review.  As a result of Demirovic

going to great extent to use another supervisor's phone system and using another employee help

bully Powell to not discuss any events which occurred during the (mock) review, Powell

125

resigned.  Powell had already submitted information to the authorized human resource agents

about the missing production and could not have withdrawn the topic of she wanted.  Demirovic

has a Russian accent and is from Ukraine.  Demirovic departed from customary practices of

requiring Henry to work the customary 16 hours and other necessary supervisory effects, such as

giving weekly coaching sessions to all employees.  Despite reporting this, Demirovic is still

employed and Powell's re-employment has not been offered.  This is despite Powell sending the

Human Resources supervisor an email depicting problems concurrent with Powell's resignation

and later meeting with TRACY MARIE RAICHE (REICH) ROTHSTEIN.  Rothstein advised

Powell she would contact Powell to follow-up on information they had discussed; however,

Powell has not been contacted since.  Due to Rothstein stating she could not remember the name

of her processor HR Director nor offered to look it up quickly and other statements, it was

established that Rothstein was interested in a cover-up and no resolution.  STACEY E.

TRUSSONI was the Human Resource Director until Rothstein assumed that position.  Powell

believes, minimally, she was employed to revitalize her resumé' to track her schedule and

personal activities, future employment and/or residence locations to assist with harming Plaintiff

G.B.J.H., first, and then Powell.  ROTHSTEIN was advised of the criminal nature of Powell's

concerns regarding a resident where Powell and Plaintiff G.B.J.H. resides and Powell desiring to

have access to important emails evidencing HENRY's production and being minimally

employed without meeting company hourly requirements.  Nonetheless, ROTHSTEIN has since

failed contact Powell regarding whether access to emails could be informally provided without

suing Evine.  Powell believes ROTHSTEIN's failure to do so was to protect, primarily,

DEMIROVIC in Bowling Green, Kentucky who was directly related to HENRY's continued

employment without meeting company standards as his supervisor.  Powell understands that

TRUSSONI was the Human Resource Director in August 19 and October 31, 2015 while

HENRY briefly appeared for shifts during risk times involving Powell and Plaintiff G.B.J.H..

HENRY's excessive absences should have been detected and managed by the HR office, as well

as DEMIROVIC for not properly governing minimal production standards.

80.     By the end of the same quarter that Powell resigned due to harassment and

intimidation by MERSIHA DEMRIVOC, the GE stock-portion of Comcast (Approx. 200,000)

was sold to a third-party (leaving less than 10,000 stocks which were later conveyed to the same

entity).  Powell believes there are numerous indicators that ValueVision prepared for Powell's

employment through distancing itself from the NBC notoriety, staging a take-over of the Board

after neglecting two deadlines to submit necessary documentation to consider changes,

ultimately changing its by-laws to accommodate the take-over and to proceed with a different

CEO and brand (which protected NBC and other branding notoriety) and that the divestiture was

in response to Powell raising serious safety, harassment, retaliation and allegations of collusion

with criminal activities and the sell-off was a criminal asset-protection move.  Recent rebranding

began when Powell began to plan to relocate (with her Section 8 benefits) to the area, first

rebranded from SHOP NBC, then from SHOPHQ to EVINE.  A new corporation, EVINE Live,

Inc., was created in lieu of operating under the same entity which alleges it started June, 1990

and began to air March 12, 1991.  Henry worked during a shift that was anticipated to be planned

events against Plaintiff G.B.J.H. which failed due to a change in Plaintiff G.B.J.H.'s plans.

Powell asserts working the same shift put Henry in the 'chat-room' to assist with harming Powell

later through appearing to be a 'close friend' during a 'difficult time' after she was to have been

informed that her daughter became missing before being murder (i.e. deadliest 'catch').  The

hotel where the plans failed has since, allegedly, sold to a Chinese entity after first being partially

funded through federal funds due to it being located near the Minneapolis airport.  Conveyance

of title by a company that was already part-German to a non-USA entity is conversion of federal

funds so long as the government was not repaid at least its pro-rata cash infusion.  Additionally,

Powell could find no connection with the person associated with the 'Deadliest Catch' (Powell's

first-hour show) segment until later when Powell discovered he was a Board Member of Evine

Live, Inc.  It has since changed its brand logo and name.  There were other instances and forms

of intimidation was used against Powell by Evine during employment with it which was very

upsetting due to it occurring while Powell believed she was safe and the acts were unexpected.

Powell discussed some of these tactics with ROTHSTEIN who denied any of the events could

exist which also upset Powell, post-employment.

81.     In addition to the General Electric Company stock sales, the Clinton Group sold

92% of CenturyLink Stock (Nasdaq CNL) Stock Same Period Powell Resigned (First Qtr 2016)

After Increasing CenturyLink Shares 421.1% for the previous quarter (Fourth Quarter 2015)".  It

is believed the purchase was to enrich CenturyLink for resuming access to Powell's wifi usage

during Powell's employment.  It is alleged that Minneapolis granting CenturyLink access to a

larger territory was compensation for same and, due to Powell's discontinuation of services,

CenturyLink was due to be paid for allowing access to Powell's wifi usage over a period of a

long time.

82.     Additionally, the new CEO MARK BOZEK managed Evine in such a manner to

consistently perform similar to his predecessor until there was a very steep drop on May 19-20,

2015 when the performance graph line crossed the Standard & Poor 500 performance baseline.

Powell believes this precise drop was to overtly convey to third parties BOZEK and others were

involved in orchestrating harm against Powell and Plaintiff G.B.J.H. and subsequent low-

performance was related to the company initially 'making a point' (where the two lines crossed on Powell's birth date) and it was capable producing better valuation of stocks on the record. Bozek's performance remained low while strategically communicating other dates/amounts relating the general agenda to criminal activities involving Sarbane-Oxley Act.

83.    BOZEK and NUCE were paid a very generous severance packages late February, 2016, including stocks, after already being paid $1MIL due to a sale of a company to Evine prior to airing under the EVINE brand.  Powell believes BOZEK has given consulting services through March, 2016 as a result of POWELL speaking to ROTHSTEIN.  Powell believes NUCE and Rothstein participated in RICO activities which involved NUCE returning to his employment without any press release and contrary to the press release announcing his departure with Bozek.  It is also believed Nuce's activities relate to a Beverly Hills law firm for which he was employed and may be involved.  Since these departures, NUCE has returned in some capacities during which time stock performance dropped, again, steeply on May 19, 2016 which Powell believes relates to unfinished business planned against Plaintiff after an anticipated March 24, 2016 evening event failed (against Plaintiff G.B.J.H., particularly) which would lead Powell to quickly seek reemployment due to Plaintiff G.B.J.H. receiving survivor SSI benefits from her father's death which would stop after Plaintiff G.B.J.H. was either murdered or missing from the Powell resident for more than 30 days.   BOZEK formerly was employed with Home Shopping Network in St. Petersburg, Florida.  He came from a company that reinvented and re-launched *the same brand/name* and then went public.  Considering the '666' motif used concurrent with a warning three days prior to threatening visits to the Powell resident in Orlando, Powell believes the rebranding was to create an evil and threatening Nasdaq code "EVLV" to intimidate Powell during her employment.  Despite converting Evine Live, Inc. to EVINE Live,

Inc., there has been no change in the Nasdaq code.   Bozek also uses a 'two year, two month' motif to relate how long the interim occurred from his associating with ValueVision/Evine before the rebrand was begun (see pp. 73 for symbolisms used to outwardly denote part of an organized movement, especially if there is any (mock) investigation).  Nuce is listed as the Chief Strategy Officer of Evine Live, Inc. since 2014 (never recognizing his February, 2016 departure with Bozek).  It does not list his former tenure as in-house General Counsel prior to his alleged resignation on February 7, 2016 and receiving a severance (with Bozek) package in late February, 2016 as a result of said apparent resignation.   ROTHSTEIN made false claims to Powell during a meeting which was to cover-up criminal activities, including intimidating and harassment of Powell during employment.  Powell asserts employment with Evine Live, Inc. involved fraud against Powell prior to and during employment through a supervisor making a solicitation to convert from part-time at home work to work full-time in the Minnesota office (DEMRIVOC) which distancing from the home would have put Plaintiff G.B.J.H. in peril and without Powell's close supervision for her security.  This proposed conversion was contradictory to a policy that new hires could not apply for another position until after the first six months.

As to Stephen B. Burke, he has been and is the Executive Vice President of Comcast (largest stock-holder of Evine Live, Inc.) and is President and Chief Executive Officer NBCUNIVERSAL which was partnered with General Electric Company until right after Powell left employment with Evine Live, Inc. when General Electric Company disposed of its stocks through a sale to a subsidiary of a French multi-national company, perhaps temporarily as an asset-protection strategy against these purposes.  Burke was also involved in collaboration with the General Electric and NBCUNIVERSAL merger which created Comcast Corporation as a majority stock-holder of Evine Live, Inc comprising of 6.99% of the shares.  Despite this priority

status of Comcast, it was an inferior class which staged a take-over (alleged) which changed several board members and installed Bozek as CEO (while protecting Comcast Corporation, NBCUniversal and General Electric Company's and Stephen B. Burke's reputations involved in criminal activities). The take-over was allegedly due to low stock performance by the former CEO; whereas, the former CEO's performance never dipped lower than the Standard & Poor 500 thresh-hold like Bozek's had apparently done so. Evine Live, Inc. agents redirected an incoming call from a politician in Washington State, Barbara Mowrey, whose senatorial bid failed. However, her opponent had recently died and shared Powell's birth date. Mowrey Facebook depicted every town Plaintiff G.B.J.H.'s 'boyfriend' had lived in three different states depicting our family had been infiltrated by her and the boyfriend. Accordingly, Evine Live, Inc. directed said call to Powell during her shift to retaliate and threaten Powell and Plaintiff G.B.J.H. Powell believes Mowrey was recruited for her participation by someone who had a full concept of Powell's and Plaintiff G.B.J.H.'s retaliations and history and that Evine Live, Inc. conveyed private information to Mowrey, such as when Powell shift would occur. Mowrey opened her conversation on December 26, 2015 with Powell by stating she was a paralegal. The movement operates under a 'just like you' relationship-building approach, whether any of it is true or not. Calls are monitored to last no more than 130 seconds and Mowrey's conversational approach suggested the call was 'unique'. The 'boyfriend' shared the same last name as the former Prime Minister before he was ousted after the 'Brexit' which Powell believes is why he was involved in attempts against Plaintiff G.B.J.H., long-distance. There was another caller which seemed to be contrived to inquire into what country Powell and her daughter would move to by discussing a preferred language.

Despite many aspects of Sandy Hook appearing to be staged by actors/actresses from Florida, it is undeniable that General Electric Company's Peter Lanza was indirectly involved with the event through his son, Adam.  Powell believes GE VP Lanza was involved in the management of real estate assets which were part of Simply Self Storage activities while Powell was employed with the company.  Plaintiff G.B.J.H. was deeply adversely affected and terrorized through watching those events on the high school school television, fake or not, especially due to one female victim being a Hispanic girl who shares her first name.

Interviews with a mother, Veronica Haller, and Anderson Cooper (former CIA intern) Powell identified the event was to display national advancement against Powell and Plaintiff G.B.J.H. through a Cuban immigrant wrestler, 'Jesus Wilson' who had been previously convicted of selling cocaine (lost an appeal) and was a close witness to the victim murdered in his barber shop during a federal Miami murder case, *USA v. Baker, 432 F.3d 1189 (11th Cir. 2005)*.  Despite Wilson testifying he had prior knowledge of the shooting during the planning stages, Wilson apparently was not charged for his involvement in the murder and was admitted as a resident of the Albert Lea Housing Redevelopment Authority building where Powell and Plaintiff G.B.J.H. resided at the same time.  Wilson also was an after-school wrestling coach (as a recent convicted cocaine felon) at Albert Lea High School where Plaintiff G.B.J.H. was attending.

Burke is also formerly associated with The Walt Disney Stores and is on the Berkshire-Hathaway Board of Directors located in Omaha, Nebraska.  Berkshire-Hathaway, which owner, Warren Buffet, has for more than a year conveyed via media outlets his pessimistic market forecasting involving 'warnings' to the general public.  Omaha, Nebraska is the home-town where Lane Graves resided before he was reported to have been killed by an alligator on or near

Disney's Grand Floridian property. That event was engineered with the Orange County Sheriff in Lake Buena Vista, Florida. Sheriff Jerry Deming (DOB 6/12 – same as George H. W. Bush's) is the former City of Orlando Chief of Police until his wife 'Val' Deming (DOB 3/12 – Invasion of Austria by Germans) took his position as Chief of Police. She departed from her position as Chief while a statement was released by the Mayor there was a 'shake-down' at City Hall and that she may run for the Senate which she has since done. Powell resided in the City of Orlando, Orange County, Florida jurisdictions at the time her visits were made at 2211 DePaul Avenue by two males and two get-away vehicles waiting for them. Powell reported the visits to an Orange County investigator at the main office on Colonial who advised Powell to call the city police. Both were advised of the motives of the visitors being politically motivated and related to former Broad and Cassel employment, C David Brown, II who was friends with 'JEB' Bush, Sr.

85.     Concurrent with the Evine Live, Inc. June 2015 – February, 2016 fraudulently cultivated employment event, Powell and Plaintiff G.B.J.H. were solicited by the new Metropolitan Council office for deducted transportation services so long as the Council could track travel pattern as part of a study.   Plaintiff G.B.J.H. was to begin full-time college courses approximately 17 miles away and the Powell family resides almost right across a public bus station. Concurrent with this program, Gov. Dayton had been *profusely criticized* for giving several large raises to government employees, especially the recently hired Metropolitan Council Chairman, Adam Duininck who is the husband of Gov. Dayton's Chief of Staff, Jaime Tincher. At this time, Duininck allegedly stated to a newspaper reporter he was surprised his position had been depicted as full-time, believing it was still part-time, in response to Dayton's justification for his very high salary as compared with his processors. Duininck's position's salary increased from $61,000 to $145,000 (which Gov. Dayton had awarded him initially) and then reduced to

$123,000 within two months.  The initial annual salary of $145,000 was $23,000 more than a 'doubled salary' for a position allegedly that had just converted from part-time to full-time with Duininck's assumption of this position.  Despite Duininck being hired in February, 2015, Dayton stated the high salaries were necessary to 'attract and retain' talented people as his reason for increasing several government agents salaries which Powell believes was purely done as a diversion from of Duininck's huge salary.  Duininck also controls Powell's HUD Section 8 benefits and has access to current and future addresses.  Hence, this type of posturing (including via Gov. Dayton) has been extremely intimidating while challenging any belief that Powell's privacy and security exists and that her benefits have been fairly administered.  In fact, Powell's recent research shows she has been profusely over-charged the past two years.  Powell believes the multiple salary increases by Dayton was done to protect himself and others involved in criminal activities against Powell and Plaintiff G.B.J.H.  Powell owns a vehicle and, therefore, the transportation program solicited to the Powell residence was directed to track Plaintiff G.B.J.H.'s  independent travels to and from school approximately 17 miles away, one-way, which at one point involved riding a bus past the point of destination to down-town Minneapolis, walking to another station, and back-tracking on a bus to the school, Normandale Community College.  Once it was established Plaintiff G.B.J.H. would be riding to and from the school with her mother, the route changed to a direct ride to and from Normandale.  Like the payment to Mrs. McCabe, Powell believes pre-payment for criminal services is customary, in lieu of pay-offs made afterward which is a red-flag during criminal investigations.  Some would call it criminal bribes.  Powell listened to local constituents' outrage over the Minnesota court system approving pre-payments to judges up to $130/day which Powell believes is intended to annul the U. S. Constitution due process protections due to judicial favors being implied through said

unlimited daily payments. It depicts the 'Judas' 'love of money over love of people' via respecting their constitutional rights in a fair and unbiased manner. One Minnesota Court of Appeals cited a transcript where a former county judge (Perkins) told a litigant she had no constitutional rights so long as she was in 'his' courtroom. It also cited he had interrupted her more than 100 times (which was to keep facts off the record and impair her ability concentrate to have actual due process in his court).

Gov. Dayton attended Yale University during the same period as George W. Bush, is associated to him through the same 'fraternity' (undisclosed name) as concurrent members, and was a U. S. Senator (2001-2007) during the George W. Bush 'presidential' terms (2001-2009). Duininck *governs over Powell's and Plaintiff G.B.J.H.'s Section 8 benefits* and the metropolitan public transportation system which allowed for Duininck and his subordinates to *have access to Powell and Plaintiff G.B.J.H.'s whereabouts/residence(s) after moving within the Section 8 program, regionally and nationally,* since it is conditional to a 'transfer' of Section 8 benefits, not severance from an existing case file and opening a new file elsewhere such as how school transfers occur. It was only a month prior to Duininck's appointment that his wife was selected by Gov. Dayton to become his Chief of Staff. Powell believes two being employed was facilitated by Dayton to develop *spousal immunities from being compelled to testify against each other during any possible criminal trials and/or Congressional hearings while facilitating access to Powell's records and activities via Duinick to his wife to Dayton and possibly vice-versa. Despite enormous media coverage regarding Duinick's exorbitant pay, Powell neither heard nor read anything about Duinick's marriage with Dayton's Chief of Staff.* Duinick had also been employed for one month for Dayton as a 'consultant', such as Rubio had alleged regarding his relationship with Broad and Cassel while he was Florida's Speaker of the House. After Powell

and Plaintiff G.B.J.H. signed-up for the transportation program to create an on-record proof of receipt of the mailed transportation tracking program letter sent to her through the mail, Powell nor Plaintiff G.B.J.H. never actually participated in the program due to the loss of privacy, intimidation and threats by tracking Powell and Plaintiff G.B.J.H. – including detecting regular patterns of activities on foot by Plaintiff G.B.J.H.  There has never been any other communication sent to Powell regarding the 'success' of the research program nor any more solicitations of any kind.  These parties, as well as others, will be sued in a related case in this jurisdiction regarding organized conduct with and for the Bush Family, William 'Bill' Clinton and other Defendants which primarily stems from more fraudulent employment practices. Powell has recently learned that the Metropolitan Council has been over-charging Powell's rent portions for years, illegally.

86.     Another example of collusion was Gov. Dayton, within days of 'JEB' Bush visiting Minnesota on February 2, 2015 (the day of the San Bernardino crisis when the first spokesperson, Officer Bozek, released initial information regarding the events), 'shifting' people into and from the Minnesota Courts of Appeal while a supreme court justice was confirmed on January 19, 2016 into the Middle District of Minnesota which publicly postured a 'one-less' dating of a presidential installment of January 20th.  One of the installments was the then Minnesota Secretary of Human Services named on Friday, December 4, 2015 to be installed at the Minnesota Court of Appeals.  Concurrently, a Minnesota Court of Appeals judge ascended into the Court of Appeals after libeling Powell in an opinion published online (while alleging it was an 'unpublished opinion') by fraudulently stating an appeal related to a typical administrative review whereas the appeal sought a remand based upon judicial fraud with the county attorney's office and Minnesota Attorney General Office.  Powell noted the

136

administrative judge waited outside the legal limits to issue its decision on *March 12*, to posture

for a treasonous movement, while the district court judge reiterated this date while citing a case

involving an *campaigning election* decision about service which postured to the higher court to

consider he was appointed by a governor without any election to facilitate the treasonous fraud in

the courtroom while denying actual access to due process through repeatedly interrupting Powell

and taking the floor away to keep the Appellant's transcript vacant of pertinent testimony.

With the Bush Family obsessed as being 'First', the local media postured Bush's visit

with Hillary Clinton's planned event on December 15th.  This depicted an association with the

Sandy Hook event on December 14 (2012) which also associated to shifting 'JEB' Bush's visit

to anchor on the 'first' of December (one-less day from December 2), which began a 'one-less'

calculation of dating used by the criminal element.  The timing of his visit also referenced

directly the December 2, 2012 dating which conveyed a 'reverse psychology' theme through

main-stream media while reporting Asperger's Syndrome would no longer be an entry in the

psychological diagnosis manual.  This announcement was days prior to Adam Lanza, an

Asperger Syndrome.  It was also the day that the mainstream media would have focused on

President Obama's announcement that Hillary Clinton would be replaced as Secretary of State

by Sen. John Kerry.  [Due to the school's crisis, she was not the issue of the day along with the

unresolved Ben Ghazi events.  This is typical of the movement, such as occurred with OOCEA

and the Casey Anthony media extravaganza and Joshua Hathaway's co-murder which occurred

concurrent with a politician who was attacked and against on the day that Joshua Hathaway's

'investigation report' was released while Liberty University created a media event about a

'Joshua Allen' who allegedly was killed in Texas (former student and alleged adjunct professor).

The Sandy Hook event occurred 50 days from Hillary Clinton's birth date which denoted a

jewish 'jubilee' theme, such as the Waco stand-off that occurred after a 50-day stand-off.  When Wasserman-Schultz, an anti-Christ jew, cited in an email released to the public her speculation whether the public could recognize the difference between a jew and an atheist, she was asserting the candidates *symbolized* purely anti-Christ jewish or atheist choices and disregarded expected and necessary Democratic values exemplified by a 'Democratic nominee' at the Democratic National Convention.   The movement likes to use the number '22' with Christians' murders since this is the number for the crucifixion.  It could be the age of the victim or the length of employment reported or some other dating element which can use '22' while communicating the movement is taking credit for the murders.  The Aurora movie theater shooting on July 20, 2012 which publicly denoted John Kerry (who is from Aurora, Colorado where the shootings killed people) being selected as the next Secretary of State even before the Ben Ghazi event occurred the following September.  In that movie, 'Sandy Hook' was depicted as a focused area on a map.  The July 20 date publicly denoted George H. W. Bush leading these events since this is a major referencing he uses (Apollo 11 landing on the moon, Buzz Aldren, astronauts, Apollo Theater), despite President Obama appearing as President at that time.]  The Sandy Hook 'reverse psychology' messaging after the shooting centered on an alleged grieving mother, Veronique Haller Ponzer, allegedly a oncology RN employed at a local clinic whose son allegedly was shot '9 to 11 times' using a '911' public referencing through an officer.  Haller stressed there was a need for 'gun control'.  As a result of Haller's reverse psychology apparent statements against guns, gun license purchases spiked due to her national prompting to do so (and Anderson Cooper's involvement while, as a former CIA intern, repeatedly gave her his microphone to convey her directives) to the treasonous criminal participants.  This was done due to the 'reverse psychology' being established earlier that month on December 2, 2012.  Adam Lanza's dad was

associated with real estate portfolio management for General Electric Company and it is believed Lanza's involvement was due to Powell's association with a GE Real Estate closing during her tenure with Simply Self Storage and the company's general relationship with OB Companies, a subsidiary of General Electric Company at that time Powell was employed with Simply Self Storage.  Ms. Haller repeatedly made comments about 'wrestling' – that were reported in a Jewish publication on more than one day – over the situation which prompted an association to a former Cuban professional wrestler who resided in Powell's building.  The first official statement alleged Haller's twin son was shot '9 to 11 times' which denoted the event was another '9-11 event by a 'shadow' movement.  The Cuban was also a federal witness in a murder case which occurred in his barber shop (while he was present) in Miami after immigrating from Cuba with another professional wrestler.  While these events ensued, Gov. Dayton unilaterally conveyed through local media that he would be returning $711MIL (casino symbolism) back to the public school system and then almost the next day stated it was not feasible to do so.  Dayton's announcement was to cultivate continued attention in the media cycle he began to cycle events involving a planned massacre to be held right after his birth date (which fell on a weekend) at Plaintiff G.B.J.H.'s then- high school.   Despite being a convicted felon for recently selling cocaine, the Cuban coached wrestling at the high school.  Also, the superintendent had an interview very shortly afterward at Apollo High School, St. Cloud, Minnesota which was to have been his compensation for his successful collusion and would have given notice to Powell that George H. W. Bush deserved the credit for orchestrating her daughter's death.  The new principal had also recently transferred from St. Cloud and was known as a wrestler.  He is now the St. Cloud superintendent and his boss is still in his superintendent position.  On the day of the planned event, the electricity was turned off in that part of town and all cameras on campus (31-

139

32) were off due to scheduled routine maintenance of the generator which Powell believes was planned by a Minnesota Fire Marshal.  Noah Ponzer has been depicted in a pictorial 'wall of victims' as one of the 135 children murdered in an Afghanistan school killing, also, which is reported online early January, 2016 by several observers.  General Electric Company has also been a constant thread from Simply Self Storage through a majority stock holder with EVINE Live, Inc. through Comcast until shortly after Powell received her last pay disbursal.  Powell asserts NBC and General Electric Company have colluded with RICO events.  The Judge Scalia events have been re-written from occurring in Marfa, Texas to Shafter, Texas which is approximately 40 minutes and his death occurred at the county seat.  The first time Powell noticed editing on the internet was while revisiting 'JEB' Bush's Wikipedia that had omitted information previously reported to federal agents.

86.     CFX's new Executive Director, LAURA KELLEY, has initiated an extenuating motive against Powell and Plaintiff G.B.J.H. through her advocating the continuation of a high-speed rail program which had been postured during a period from February 22, 2010 (when Powell received a telephonic threat prior to two men visiting her home with two get-away vehicles waiting near the home) and approximately April 4, 2010 during which time the Orlando Sentinel and other media outlets churned whether the high-speed program would prevail with federal funding.  Powell believes Kelly has coddled the culture of corruption identified with OOCEA due to her appointment being controversial since it interfered with her predecessor's ability to continue to root-out corruption existing with the OOCEA which gave rise to fraud, employment irregularities, threats, acts against Powell and Plaintiff G.B.J.H. while residing in Orlando which has not abated.  Transfer of assets to CENTRAL FLORIDA EXPRESSWAY AUTHORITY, CFX, required gubernatorial endorsement of Senate Bill 230 CS/CS/SB 230

which Powell believes was predicated by corruption and cover-up for OOCEA's liabilities and

was meant to give a false illusion of a long-term, continuing agenda of fraud, illegal taking of

assets from the public and retaliation against Powell for being a whistle-blower on behalf of the

public and her right to be employed without retaliation for refusing to participate in illegal

activities and for being identified as someone who 'could' do something to harm a firm which

was involved in illegal activities associated with the Bush family and/or 'Bill' Clinton's and

Hillary Clinton's former presidential campaign consultant/manager and Terrence McAuliffe who

is now governor of Virginia.

With Regard to ROBERT A. DIETZ, he was a church association with Powell and

Plaintiff G.B.J.H. while Plaintiff G.B.J.H. was on a 'Christian' youth basketball team.  DIETZ's

wife was also Plaintiff G.B.J.H.'s teacher at Lee Middle School, Orlando, Florida.  On February

22, Powell was conveyed a voice message from Lee Middle School principal 'Tom' Pylant who

stated there would be a Department of Human Services, Child Protective Services survey given

to '6 classrooms in 6 schools' in Orange County Public School System.  The survey was given in

Ms. Dietz's room while Plaintiff G.B.J.H. was seated in assigned seating which controverted the

exercise would be 'anonymous'.  While Plaintiff G.B.J.H. was in Dietz's classroom while the

survey was being given, two males came to the Powell residence with two get-away cars.

Plaintiff G.B.J.H. was part of an after-school program at Lee Middle School which ended at 5:45

p.m.  Powell realized the February 22 (2/22) recorded message by Pylant began a '666' message

since it would be 6 o'clock when Plaintiff Child G.B.J.H. would be taken into custody by Child

Protective Services for Plaintiff's failure to pick up her daughter on time.  Alternatively, had not

Powell escaped the men and their accomplices, Plaintiff G.B.J.H. would have been taken into

custody sooner.  Robert A. Dietz was a lawyer for Department of Human Services for Child

Protective Services at that time.  Also, he was the marketing manager of ZIMMERMAN, KISER & SUTCLIFFE, P.A. which merged with a firm which handled high-speed rail matters within one (1) week from the February 25 visits to/at Powell's residence.  It is believed that funding was awarded and then rescinded by the federal government due to reports Powell (and perhaps others) had made to authorities and cycled as if Gov. Scott had rejected the funding.  None of these activities protected either Powell or Plaintiff G.B.J.H., financially compensated or enhanced Powell's employability.   Plaintiff has forwarded the recording to third-parties and anticipates compelling production of the recording from said third-parties.  Also, Pylant met with Powell while she sought to obtain a copy of her school records to autonomously begin Plaintiff G.B.J.H.'s education at a private school.  After initial resistance, Pylant authorized the release of records while unnecessarily keeping evidence of the private school contact information.   Prior to the survey, Powell realized the 'permission slip process' was peculiar insofar as it stated parents should send a non-consent statement (of which it could easily be disposed).  Due to this, Powell visited the school to review the survey which was highly guarded and extremely extensive.  As such, it is believed that DIETZ conspired to ensure the survey would be administered in his wife's class, while Plaintiff G.B.J.H. was there, with his Department of Human Services, Child Protective Services relationships.  Powell believes the merger with the high-speed rail law firm was his compensation to DIETZ and his wife for their involvements in conspiring to harm Plaintiff G.B.J.H. with prior knowledge that Powell would likely be murdered at the Powell residence while Plaintiff G.B.J.H. was with DIETZ's wife in her class.  Powell believes Pylant's 'retirement' related to these events; however, there have been no criminal charges against him or co-conspirators. DIETZ has also left ZIMMERMAN, KISER & SUTCLIFFE, P.A., allegedly or apparently; however, the firm has been financially enriched and likely has participated in

criminal activities by not reporting information which would lead to Powell and Plaintiff G.B.J.H. being protected from more harmful threats through RICO activities. Powell was sent a Social Security Statement in the mail depicting contributions and benefit calculations within one week after abruptly vacating the home in flight due to the two males on the property with two get-away vehicles. Powell believes DIETZ's additional intentions was to have access to SSI monthly survivor benefits without Plaintiff G.B.J.H. being aware Plaintiff Powell was murdered (nor foster/adoptive parents) and she was entitled to said funds held in a trust until she became of the age of majority. Powell asserts Florida Department of Human Services sought to gain monthly payments as the 'caregiver' which exceeded the state monthly payments made to foster parents while, in fact, becoming a 'for-profit' entity and liable for federal tax payments for said monthly income. Powell believe these evil and demonic symbolisms are evidence of the symbolisms used by the ex-patriot organized movement which appears to have a strong anti-Christ and Old German personality and were meant to be in retaliation for Powell 'whistle-blowing' against Defendants and the results of said disclosures being the withdrawal of substantial funding for a high-speed rail program. The Bush family are involved in the steel industry with St. Louis, Missouri being a epi-center for steel (hence, the steel arch) which is another reason Ferguson, Missouri was the location of Michael Brown's murder and degradation as a human being left on the hot street in front of his community and relatives without being moved to a hospital promptly. Gov. Mark Walker (R-Wis) Walker family members relate to the Bushes (his is the nephew of George H. W. Bush) who are located in St. Louis. These relationships give a greater understanding why Trump's VP choice as churned by the media as 'very good friends' with Paul Ryan (R-Wis) . . . who is closely connected with Gov. Mark Walker (Wis) . . . who has occasions to freely speak with his cousins or uncle to receive and

convey direct governance for the office of the President of the United States. Powell believes, in addition to retaliation for making disclosures about OOCEA, Broad and Cassel, P.A., its agents and clients, plus receiving money-orders from Wisconsin, it has been relentless regarding its motivation to continue an organized anti-USA, anti-Christian program without opponents such as Powell and Plaintiff G.B.J.H.. Powell believes Broad and Cassel, and its agents/affiliates did not really truly 'let Powell go' after employment disengaged from Broad and Cassel, P.A. and that its influences trellised into Simply Self Storage through its agents. Powell believes this was accomplished through slanderous statements stated against Powell to inspire others to conspire with Broad and Cassel and its agents to participate in temporarily employing Powell, intimidating and harassing Powell during employment relationships or during interviewing processes. Powell, due to questions asked by a staff member in a lobby of a law firm before an interview opportunity, believes a major element of consigning others to conspire with agents and affiliates of Broad and Cassel; Miller, South and Milhausen; Shutts and Bowen; Simply Self Storage and Evine Live, Inc. was to track Powell's residence(s) for seven years to move toward murdering her and Plaintiff G.B.J.H. (in proper sequencing to benefit Shuster) after the seven year federal criminal statute had expired to exonerate any *apparent motive* leading to principals of Broad and Cassel, P.A.

87.    As to the February 2, 2016 'reverse psychology' theming through the dates of the Bush/Clinton visit to Minneapolis, it was used after Supreme Court Justice Scalia's murder after which 'JEB' Bush stated through the mainstream media that he was thankful for what his brother has done for him. In reality, the reverse psychology message was that Scalia's murder (in Texas near George W. Bush's resident) related that George W. Bush was thankful for what his brother,'JEB' Bush, did for him in Florida (during the first 'election' in Florida which entailed

Scalia's involvement about the 'chad' event) during his first election process which involved Supreme Justice Scalia. At that time, 'JEB' Bush had not 'suspended' his 2016 presidential campaign. During this campaign cycle, mainstream media covered a story of a dachshund allegedly being found five miles off the east coast of Florida. Since this is a jewish, anti-Christ movement, the first four letters, backward or right-to-left as in Hebrew, of that breed is 'chad' which was calling out to non-patriotic dissidents to keep in mind filing a supreme court case if the election was not orchestrated 'just right' before the court's intervention. Powell has conveyed an intention to file a federal lawsuit against those involved in retaliating against her and Plaintiff G.B.J.H. and, as a result of 'JEB' Bush's visit, within four days, Gov. Dayton and President Obama 'shifted' a 'recently retired' Minnesota Supreme Court judge into the U. S. District Court for the Minneapolis area and made two other appointments which clearly depicted this was done in anticipation of Powell's lawsuit during which time Powell and Plaintiff G.B.J.H. would not have access to any rights of access to due process. It is clear there has been a wide-spread effort to annul the U. S. Constitution through denial of ownership of land and related rights, denial of access to due process, a right to pursue life, liberty and happiness through employment and self-sufficiency, rights to privacy, freedom from slander or being put on an offensive for conveying a need for acts to stop against the Powell family (freedom of speech) without fear of retaliations, etc. Said related case shall be filed within thirty (30) days from the filing of this Verified Complaint. It is for these reasons that case should also be litigated outside the Minnesota District Court since the evidence is clear that JEB Bush and Dayton conspired to 'stack' the court for criminal activities on their behalf and due to Minnesota activities being directly related to Powell's employment relationships in Orlando, Florida before establishing residency in Minnesota in 2011.

88.     Plaintiff G.B.J.H. and Powell have been denied access to necessary medical treatments which has caused suffering and anguish, including anguish by the mother for not being able to provide sufficient care for her daughter, Plaintiff G.B.J.H..  Plaintiffs have also had instances which incurred that materialized losses and/or plaintiffs were unable to seek relief from losses (including mitigating of loss) which were unable to materialize or be remedied as a result of actions by Defendants; therefore, Plaintiffs seeking compensations for said losses.

## JURY TRIAL DEMAND

89.     Plaintiffs demand a jury trial.

## PRAYER FOR RELIEF

Plaintiffs, jointly and severally, demand(s) judgment against Defendants, jointly and severally, prospective and retroactive, seeking the following relief, to-wit:  i) a jury trial; ii) injunctive relief; iii) compensatory damages awarded (including for wrongful termination, whistle-blower retaliations, slander and libel); iv) punitive and actual damages awarded; v) pain, mental anguish and suffering compensations; vi) statutory damages, such as treble damages or fines (RICO, Whistle-blower, Terrorist Activities) awarded vii) reimbursement of actual losses and related debts incurred retroactively and protracted; viii) attorneys' fees, if ever applicable, plus all fees and all additional costs to prosecute this case; and ix) a declaratory judgment that Plaintiff Powell has not violated confidentiality laws.  In this regard, Powell seeks a legal statement addressing federal 'sunshine laws' that should exist in those instances where federal funding is extraordinary which includes an declaratory judgment regarding legal duties to report information derived from attorney-client privileges relating to commercial and/or civil law activity.  It is believed, due to the nature of corrupt executive leadership, no 'sunshine laws' have

been defined or developed by a bill and, thus, a declaratory statement establishing a legal precedence on this topic is requested.

SUBMITTED,

PAMELA POWELL, Indv. and obo Plaintiff G.B.J.H., Minor
721 Lake Susan Drive, #309
Chanhassen, MN  55317
952-457-3268

147

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA

PAMELA POWELL, Indv. and on behalf of
G.B.J.H, her minor child

CIVIL CASE NO. _____

      In *Propria Persona*

, JUDGE

Vs

C. DAVID BROWN, II, Indv.; WANDA LEIGH BROWN,
Indv.; C. DAVID BROWN, II, P.A. as partner of BROAD
AND CASSEL, P.A.; ROBERT FRANKLIN MALLETT,
Indv; ROBERT F. MALLETT, L.L.C. as partner of
BROAD AND CASSEL, P.A., ISAOA; DOUGLAS E.
STARCHER, Indv.; DOUGLAS E. STARCHER, P.A. as
partner of BROAD AND CASSEL, P.A., ISAOA; BROAD
AND CASSEL, P.A.; J. GARY MILLER (NKA JAMES
G. MILLER AKA JAMES GARY MILLER, JR,) Indv. and
as partner of former MILLER, SOUTH AND
MILHAUSEN, P.A., nka SOUTH MILHAUSEN, P.A.;
MILLER JOHNSON LAW, P.L.; JEFFREY P.
MILHAUSEN, Indv. and as partner of former MILLER,
SOUTH AND MILHAUSEN, P.A. nka SOUTH
MILHAUSEN, P.A.; ANGELA D. SHAW, indv. and as
former partner of MILLER, SOUTH AND MILHAUSEN,
P.A. nka SOUTH MILHAUSEN. P.A., as a former
Associate Lawyer of BROAD AND CASSEL, P.A. and
currently as Of Counsel for BROAD AND CASSEL, P.A.;
MORRIS E. OSBORN; STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION; ORLANDO-
ORANGE COUNTY EXPRESSWAY AUTHORITY,
ISAOA; IRA WILLIAM 'BILL' MCCOLLUM, JR. aka

BILL McCOLLUM, Indv.; SCOTT MAXWELL;
ORLANDO SENTINEL COMMUNICATIONS
COMPANY, LLC as successor to ORLANDO SENTINEL
COMMUNICATIONS COMPANY; A. H. BELO
CORPORATION dba DALLAS MORNING NEWS;
JOHN ELLIS BUSH aka 'JEB' BUSH; GEORGE
WALKER BUSH; WILLIAM JEFFERSON CLINTON
aka BILL CLINTON fka WILLIAM JEFFERSON
BLYTHE, III; GEORGE H. W. BUSH; SHUTTS AND
BOWEN aka SHUTTS AND BOWEN LLP; KURT
O'BRIEN; GENERAL ELECTRIC COMPANY, GE
REAL ESTATE CORP and GE REAL ESTATE dba OB
COMPANIES; SIMPLY SELF STORAGE, LLC dba OB
COMPANIES; OB COMPANIES, LLC; OB
DEVELOPMENT CO., LLC, ISAOA; OB
MANAGEMENT SERVICES, INC., ISAOA;  O.B.
MANAGEMENT SERVICES, INC.; GENERAL
ELECTRIC COMPANY; GE REAL ESTATE as
subsidiary of  GENERAL ELECTRIC COMPANY;
GENERAL ELECTRIC CAPITAL REAL ESTATE, as
subsidiary of GENERAL ELECTRIC COMPANY;
BROOKFIELD ASSET MANAGEMENT through
BROOKFIELD STRATEGIC REAL ESTATE
PARTNERS II FUND as a successor of  SIMPLY SELF
STORAGE ACQUISITIONS, LLC; KURT O'BRIEN,
Indv. and as partner/manager of O.B. COMPANIES and/or
SIMPLY SELF STORAGE; JESSICA M. WOLF
O'BRIEN, Indv; KYLE ALLEN SCHMUTZLER; JASON
JACOBSON; DEBRA A. HANLEY; O.B. COMPANIES
and/or SIMPLY SELF STORAGE, operating under a
fictitious entity and ISAOA; O.B. MANAGEMENT
SERVICES, INC., operating under a fictitious entities,
ISAOA; O.B. DEVELOPMENT SERVICES, INC.,
operating under a fictitious entity, ISAOA, and equity
owners, Indv; O.B. DEVELOPMENT COMPANY, LLC,
an Indiana corporation, operating under fictitious entities
registered as foreign entities in Florida, ISAOA, and equity
owners, Indv.; SIMPLY STORAGE DEVELOPMENT,
INC.; SIMPLY STORAGE MANAGEMENT, LLC,
ISAOA, GE CAPITAL, AKERMAN, SENTERFITT &

EIDSON, P.A., ISAOA, fka AKERMAN SENTERFITT
nka AKERMAN LLP, ISAOA, LIBERTY UNIVERSITY,
INC. AND ANY EQUITY OWNERS; JERRY FALWELL,
JR., ROBERT MULLEN, SHENANDOAH BAPTIST
CHURCH; VALUEVISION MEDIA, INC. fka
SHOPNBC, fka SHOPHQ, nka EVINE LIVE, EVINE;
EVINE II; EVINE Live, Inc. dba EVINE LIVE, EVINE
LIVE II and EVINE; COMCAST CORPORATION fka
COMCAST HOLDINGS; CLINTON GROUP, INC.;
CLINTON RELATIONAL OPPORTUNITY MASTER
FUND, L.P.; CANNELL CAPITAL LLC; VALUEVISION
MEDIA, INC.; VALUEVISION RETAIL, INC.;
VALUEVISION INTERACTIVE, INC.; VALUEVISION
MEDIA ACQUISITIONS, INC.; VALUEVISION
INTERNATIONAL, INC.; VALUE VISION
INTERNATIONAL, INC.; MARK C. BOZEK; RUSSELL
NUCE; ROBERT 'BOB' ROSENBLATT; LANDEL
CLAY HOBBS; STACEY R. TRUSSONI; TRACY
MARIE RAICHE ROTHSTEIN; MERSIHA
DEMIROVIC; WAYNE HENRY; CENTURYLINK, INC.
fdba CENTURY TEL; ASF RADIO, L.P., as successor of
GE CAPITAL EQUITY INVESTMENTS, INC.,
GENERAL ELECTRIC COMPANY, and GENERAL
ELECTRIC CAPITAL CORPORATION;
NBCUNIVERSAL MEDIA, LLC, successor of NBC
UNIVERSAL, INC.; NBC UNIVERSAL; PRESCOTT
GROUP CAPITAL MANAGEMENT L.L.C.; PATRICIA
SHUSTER as a non-probated heir of JOSEPH M.
SHUSTER, SIRI ANN SHUSTER LEHMANN; THOMAS
E. LEHMANN; ESTATE OF JOSEPH M. SHUSTER;
PETER WALLACE SHUSTER; SUSAN SHUSTER
KING; LAEL KING; ELECTRONIC CONTROLLED
SYSTEMS, INC. dba KING CONTROLS dba KING;
LAURA KELLY, Indv., EXECUTIVE DIRECTOR OF
CFX fka CENTRAL FLORIDA EXPRESSWAY
AUTHORITY as successor of ORLANDO-ORANGE
COUNTY EXPRESSWAY AUTHORITY; RICHARD
LYNN 'RICK' SCOTT, Indv.; and ROBERT LEE. DIETZ,
Indv., LAURA DIETZ, Indv., ZIMMERMAN, KISER &
SUTCLIFFE, P.A., ISAOA

# VERIFICATION

STATE OF MINNESOTA

COUNTY OF CARVER

BEFORE ME, the undersigned Notary Public, appeared PAMELA POWELL, who is personally known to me or whose Minnesota Driver's License is _6747055429418_ _expires    5-19-2018_

And who stated under oath that the foregoing Verified Complaint is based upon information, knowledge and belief.

DONE this ___23___ day of March, 2017.

_Pamela Powell 3/23/17_

NOTARY PUBLIC

_01/31/2019_
Commission Expiration Date

JAMES A. MAGEE
NOTARY PUBLIC - MINNESOTA
MY COMM. EXPIRES 01/31/2019

151

I have a pending offer for full-time employment with a company owned by Staples, Inc.  Training begins April 10, 2017 which I was told would be for two weeks.  This company was begun by Bain & Corp. of Boston, MA with Williard "Mitt" Romney serving as its Chairman of the Board for fifteen (15) years before seeking a political career as Massachusetts governor as President of the United States.  The current, fairly new September, 2016, CEO is a former employee of Bain & Corp., along with one of its Board members.  There were indicators during the interview and afterward that this proposed employment is criminally motivated, including being told the CEO is from Brooklyn, MN which I have been unable to find evidence this is true for her nor her husband.  Given the experiences with prior employers and retaliations cited in the associated lawsuit with said former employers, including Simply Self Storage, former Miller, South & Milhausen, P.A., Shutts & Bowen (fraudulent interview), Evine Live, Inc. – and many defendants bearing political relationships which are 'GOP' and 'Republican', such as Romney is, I am anticipation suing Staples, Inc. for furtherance of invasion of my privacy (telecommuting job requiring a phone and internet) and/or being temporarily employed to be discharged without actual merit (as before, as retaliations again).  I am unsure whether a discharge will develop before training, etc.  The hours will allow me to continue to seek employment elsewhere which, hopefully, can remain an unrelated employer to these retaliatory issues.

Thank you,

Pamela Powell     3/23/17