UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PAMELA POWELL,

        Plaintiff,

v.                                    Case No:   6:17-cv-528-Orl-37GJK

WANDA LEIGH BROWN, C. DAVID
BROWN, II , C. DAVID BROWN, II, P.A.,
ROBERT FRANKLIN MALLETT, et al,

        Defendants.

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 86) filed August 24, 2017. No answer has been filed. Accordingly, it is

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), this case is hereby **DISMISSED**. The Clerk is directed to close the file.

**DONE AND ORDERED** at Orlando, Florida this 28th day of August, 2017.

ROY B. DALTON JR.
United States District Judge

Copies:      *Pro Se* Parties
                Counsel of Record